Alexander Chen [SBN 245798]
William R. Walz [SBN 136995]
Katja M. Grosch [SBN 266935]
Theodore S. Lee [SBN 281475]
**INHOUSE CO. LAW FIRM**
7700 Irvine Center Drive, Suite 800
Irvine, California 92618
Telephone: Tel: (949) 250-1555
Facsimile: (714) 882-7770

Attorneys for Defendants,
Andy Chou (aka Lizhi Zhou); Yiwu Cute Jewelry Co., Ltd.;
Yiwu Xite Jewelry Co., Ltd.; CJ Fulfillment Corp; and
CJ Trade Corp. and Yiwu Promotional Trade Co., Ltd.
(aka Yiwu Promotion Trade Co., Ltd.)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JUUL LABS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ANDY CHOU (aka LIZHI ZHOU), an individual; YIWU CUTE JEWELRY CO., LTD., a Chinese limited company; YIWU XITE JEWELRY CO., LTD., a Chinese limited company; CJ FULFILLMENT CORP., a California corporation; CJ TRADE CORP., an Arizona corporation; and YIWU PROMOTIONAL TRADE CO., LTD. (aka YIWU PROMOTION TRADE CO., LTD.), a Chinese limited company,<br><br>Defendants. | Case No.: 2:21-cv-03056-CAS-PHx<br><br>**ANSWER TO COMPLAINT** |

Defendants, Andy Chou (aka Lizhi Zhou); Yiwu Cute Jewelry Co., Ltd.; Yiwu Xite Jewelry Co., Ltd.; CJ Fulfillment Corp; CJ Trade Corp. and Yiwu Promotional Trade Co., Ltd. (aka Yiwu Promotion Trade Co., Ltd.) ("These answering Defendants") file this Answer to JUUL LABS, INC.'s ("Plaintiff") Complaint ("Complaint").

## ANSWER

This Answer is based on these answering Defendants' knowledge as to their own activities, and upon information and belief as to the activities of others. The numbered paragraphs herein correspond to the like-numbered paragraphs of the Complaint, to the extent applicable. These answering Defendants deny each and every allegation contained in the Complaint that is not expressly admitted below. Any factual allegation admitted below is admitted only as to the specific admitted facts, not as to any purported conclusions, characterizations, implications, or speculations that may arguably follow from the admitted facts. These answering Defendants deny that Plaintiff is entitled to the relief requested or any other relief.

## INTRODUCTION

1. Paragraph 1 of the complaint does not contain any allegations and therefore no response is required.

2. Paragraph 2 of the complaint does not contain any allegations and therefore no response is required.

3. These answering Defendants deny the allegations in paragraph 3.

4. These answering Defendants deny the allegations in paragraph 4.

5. Paragraph 5 of the complaint does not contain any allegations and therefore no response is required.

6. Paragraph 6 of the complaint does not contain any allegations and therefore no response is required.

7. These answering Defendants deny the allegations in paragraph 7.

8. These answering Defendants admit the allegations in paragraph 8.

9. Paragraph 9 of the complaint does not contain any allegations and therefore no response is required.

10. These answering Defendants deny the allegations in paragraph 10.

11. Paragraph 11 of the complaint does not contain any allegations against these answering Defendants and therefore no response is required.

12. These answering Defendants lack sufficient knowledge to admit or deny the allegations in paragraph 12.

13. Paragraph 13 of the complaint does not contain any allegations and therefore no response is required.

## THE PARTIES

14. Paragraph 14 of the complaint does not contain any allegations and therefore no response is required. These answering Defendants incorporate their responses to paragraphs 1 through 13 of this Answer as if fully set forth herein.

15. These answering Defendants admit paragraph 15, except Defendants are answering on behalf of Yiwu Xite Jewelry Co., Ltd and Yiwu Promotional Trade Co Ltd., under reservation and out of an abundance of caution so as to avoid default, but note that no known, accurately corresponding Chinese company name for either Yiwu Xite Jewelry Co., Ltd. and Yiwu Promotional Trade Co Ltd. were provided in the complaint. (These two defendants' names appear to be confused conflations of phonetical translations with literal translations of Chinese characters.) The remaining Defendants reserve the right to withdraw the answers for Yiwu Xite Jewelry Co., Ltd. and Yiwu Promotional Trade Co Ltd. if, upon verification Defendants determine that they have no ownership interests in these two companies.

16. These answering Defendants admit paragraph 16.

17. These answering Defendants lack sufficient knowledge to admit or deny the allegations in paragraph 17.

18. These answering Defendants admit paragraph 18.

19. These answering Defendants admit paragraph 19.

20. These answering Defendants admit paragraph lack sufficient knowledge to admit or deny the allegations in paragraph 20.

## JURISDICTION AND VENUE

21. Paragraph 21 of the complaint does not contain any allegations and therefore no response is required. These answering Defendants incorporate their responses to paragraphs 1 through 20 of this Answer as if fully set forth herein.

22. These answering Defendants admit the allegations in paragraph 22.

23. These answering Defendants deny the allegations in paragraph 23.

24. Paragraph 24 of the complaint does not contain any allegations and therefore no response is required.

25. These answering Defendants deny the allegations in paragraph 25.

26. These answering Defendants deny the allegations in paragraph 26.

27. These answering Defendants deny the allegations in paragraph 27.

28. These answering Defendants deny the allegations in paragraph 28.

29. These answering Defendants deny the allegations in paragraph 29.

30. These answering Defendants deny the allegations in paragraph 30.

31. These answering Defendants deny the allegations in paragraph 31.

32. These answering Defendants admit that Venue is proper in this District pursuant to 28 U.S.C. § 1391 (b-c).

## FACTUAL ALLEGATIONS

*A.    JLI's History and Background*

33. These answering Defendants lack sufficient knowledge to admit or deny the allegations in paragraph 33.

34. These answering Defendants lack sufficient knowledge to admit or deny the allegations in paragraph 34.

35. These answering Defendants lack sufficient knowledge to admit or deny the allegations in paragraph 35.

36. These answering Defendants lack sufficient knowledge to admit or deny the allegations in paragraph 36.

B. *JLI's Trademarks*

37. These answering Defendants lack sufficient knowledge to admit or deny the allegations in paragraph 37.

38. These answering Defendants lack sufficient knowledge to admit or deny the allegations in paragraph 38.

39. These answering Defendants lack sufficient knowledge to admit or deny the allegations in paragraph 39.

40. These answering Defendants lack sufficient knowledge to admit or deny the allegations in paragraph 40.

41. These answering Defendants lack sufficient knowledge to admit or deny the allegations in paragraph 41.

42. These answering Defendants lack sufficient knowledge to admit or deny the allegations in paragraph 42.

43. These answering Defendants lack sufficient knowledge to admit or deny the allegations in paragraph 43.

44. These answering Defendants lack sufficient knowledge to admit or deny the allegations in paragraph 44.

C. *JLI's Quality Control Measures*

45. These answering Defendants lack sufficient knowledge to admit or deny the allegations in paragraph 45.

46. These answering Defendants lack sufficient knowledge to admit or deny the allegations in paragraph 46.

47. These answering Defendants lack sufficient knowledge to admit or deny the allegations in paragraph 47.

48. These answering Defendants lack sufficient knowledge to admit or deny the allegations in paragraph 48.

49. These answering Defendants lack sufficient knowledge to admit or deny the allegations in paragraph 49.

D. *Consumer Confusion and Counterfeit JUUL Products*

50. These answering Defendants deny the allegations in paragraph 50.

51. These answering Defendants lack sufficient knowledge to admit or deny the allegations in paragraph 51.

52. These answering Defendants deny the allegations in paragraph 52.

53. These answering Defendants deny the allegations in paragraph 53.

54. These answering Defendants lack sufficient knowledge to admit or deny the allegations in paragraph 54.

55. These answering Defendants lack sufficient knowledge to admit or deny the allegations in paragraph 55.

E. *Defendant's Illegal Enterprise*

56. These answering Defendants admit the allegations in paragraph 56.

57. These answering Defendants admit the allegations in paragraph 57.

58. These answering Defendants deny the allegations in paragraph 58.

59. These answering Defendants admit the allegations in paragraph 59.

60. These answering Defendants admit the allegations in paragraph 60.

61. These answering Defendants admit the allegations in paragraph 61.

62. These answering Defendants admit the allegations in paragraph 62.

F. *JLI's Discovery of Defendant's Counterfeit Products*

63. These answering Defendants lack sufficient knowledge to admit or deny the allegations in paragraph 63.

64. These answering Defendants lack sufficient knowledge to admit or deny the allegations in paragraph 64.

65. These answering Defendants lack sufficient knowledge to admit or deny the allegations in paragraph 65.

66. These answering Defendants lack sufficient knowledge to admit or deny the allegations in paragraph 66.

67. These answering Defendants lack sufficient knowledge to admit or deny the allegations in paragraph 66.

68. These answering Defendants lack sufficient knowledge to admit or deny the allegations in paragraph 68.

G.  *Defendants' Unlawful Conduct*

69. These answering Defendants lack sufficient knowledge to admit or deny the allegations in paragraph 69.

70. These answering Defendants lack sufficient knowledge to admit or deny the allegations in paragraph 70.

71. These answering Defendants lack sufficient knowledge to admit or deny the allegations in paragraph 71.

72. These answering Defendants lack sufficient knowledge to admit or deny the allegations in paragraph 72.

73. These answering Defendants lack sufficient knowledge to admit or deny the allegations in paragraph 73.

74. These answering Defendants lack sufficient knowledge to admit or deny the allegations in paragraph 74.

75. These answering Defendants lack sufficient knowledge to admit or deny the allegations in paragraph 75.


INHOUSE CO. LAW FIRM

76. These answering Defendants lack sufficient knowledge to admit or deny the allegations in paragraph 76.

77. These answering Defendants lack sufficient knowledge to admit or deny the allegations in paragraph 77.

78. These answering Defendants admit the allegations in paragraph 78.

## FIRST CLAIM FOR RELIEF
## [ALLEGED] FEDERAL INFRINGEMENT AND COUNTERFEITING
### (15 U.S.C. §1114 [Lanham Act §32] Against All Defendants

1. Paragraph 1 of the Complaint does not contain any allegations, and therefore no response is required. These answering Defendants incorporate their responses to paragraphs 1 through 78 of this Answer as if fully set forth herein.

2. These answering Defendants lack sufficient knowledge to admit or deny the allegations in paragraph 2.

3. These answering Defendants lack sufficient knowledge to admit or deny the allegations in paragraph 3.

4. These answering Defendants deny the allegations in paragraph 4.

5. These answering Defendants deny the allegations in paragraph 5.

6. These answering Defendants deny the allegations in paragraph 6.

7. These answering Defendants deny the allegations in paragraph 7.

8. These answering Defendants deny the allegations in paragraph 8.

9. These answering Defendants deny the allegations in paragraph 9.

## SECOND CLAIM FOR RELIEF
## [ALLEGED] Federal Unfair Competition
### (False Designation of Origin and False Advertising, 15 U.S.C. § 1125(a), [Lanham Act § 43(a)] Against All Defendants)

DEFENDANTS' ANSWER TO JUUL LABS, INC.'S COMPLAINT

10. Paragraph 10 of the Complaint does not contain any allegations, and therefore no response is required. These answering Defendants incorporate their responses to the preceding paragraphs 1 through 9 of this Answer as if fully set forth herein.

11. These answering Defendants deny the allegations in paragraph 11.

12. These answering Defendants deny the allegations in paragraph 12.

13. These answering Defendants deny the allegations in paragraph 13.

14. These answering Defendants deny the allegations in paragraph 14.

15. These answering Defendants deny the allegations in paragraph 15.

## THIRD CLAIM FOR RELIEF

## [ALLEGED] California False Advertising

## (Cal. Bus. & Prof. Code § 17500 Against All Defendants)

16. Paragraph 16 of the Complaint does not contain any allegations, and therefore no response is required. These answering Defendants incorporates their responses to the preceding paragraphs 1 through 15 of this Answer as if fully set forth herein.

17. These answering Defendants deny the allegations in paragraph 17.

18. These answering Defendants deny the allegations in paragraph 18.

19. These answering Defendants deny the allegations in paragraph 19.

20. These answering Defendants deny the allegations in paragraph 20.

## FOURTH CLAIM FOR RELIEF

## [ALLEGED] California Unfair Competition

## (Cal. Bus. & Prof. Code § 17200 Against All Defendants)

21. Paragraph 21 of the Complaint does not contain any allegations, and therefore no response is required. These answering Defendants incorporates their

responses to the preceding paragraphs 1 through 20 of this Answer as if fully set forth herein.

22. These answering Defendants deny the allegations in paragraph 22.

23. These answering Defendants deny the allegations in paragraph 23.

24. These answering Defendants deny the allegations in paragraph 24.

## AFFIRMATIVE DEFENSES

Defendants allege the following additional reasons that Plaintiff is not entitled to recover anything by its action or have its damages minimized or nullified.

### FIRST AFFIRMATIVE DEFENSE

(Failure to State a Claim – All Causes of Action)

The Complaint and each and every cause of action alleged therein fails to state a claim upon which relief can be granted or facts sufficient to constitute a cause of action against these answering Defendants.

### SECOND AFFIRMATIVE DEFENSE

(Unclean Hands – All Causes of Action)

Plaintiff is not entitled to the relief sought by reason of its own unclean hands with regard to the matters alleged in the complaint. Plaintiff is barred by the approval and ratification of the actions claimed in each and every cause of action alleged in the Complaint.

### THIRD AFFIRMATIVE DEFENSE

(Waiver – All Causes of Action)

Plaintiff is barred from claiming or recovering any relief set forth in the Complaint, and each and every cause of action alleged therein on the grounds that Plaintiff's words, statements, conduct, and actions, made a knowing, intentional and

voluntary waiver of any and all claims, further obligations and liabilities as to any and all matters raised in its Complaint.

## FOURTH AFFIRMATIVE DEFENSE
### (Equitable Estoppel – All Causes of Action)

Plaintiff accepted, authorized, approved and ratified Defendants' conduct and/or prevented Defendant from protecting its interests. Under the doctrine of equitable estoppel, Plaintiff is barred from claiming or recovering relief set forth in the Complaint and each and every cause of action alleged by reason of acts, omissions, representations and courses of conduct by Plaintiff by which Defendants were led to rely to their detriment.

## FIFTH AFFIRMATIVE DEFENSE
### (Failure to Mitigate – All Causes of Action)

Plaintiff is barred from claiming or recovering any relief set forth in the Complaint and each and every cause of action alleged therein because Plaintiff failed to exercise reasonable care and diligence to mitigate any alleged damages, and has further unreasonably delayed in the submission of its claims for any alleged losses.

## ELEVENTH AFFIRMATIVE DEFENSE
### (Ratification and Waiver – All Causes of Action)

Plaintiff's claims are barred by the doctrine of ratification and waiver.

## TWELFTH AFFIRMATIVE DEFENSE
### (Third Party Causation – All Causes of Action)

Plaintiff's claims are barred because the harms allegedly suffered by Plaintiff, if any, were and are due to the willful and intentional acts caused by factors, persons or entities other than these answering Defendant or by the Plaintiff's own conduct.

### THIRTEENTH AFFIRMATIVE DEFENSE
(Damages Caused By Plaintiff – All Causes of Action)

Plaintiff's claims are barred to the extent that damages, if any, resulted from the acts and/or omissions of Plaintiff.

### FOURTEENTH AFFIRMATIVE DEFENSE
(Speculative Damages – All Causes of Action)

Plaintiff is not entitled to any recovery from Defendant because the alleged damages, if any, are speculative.

### FIFTEENTH AFFIRMATIVE DEFENSE
(Materiality – All Causes of Action)

Plaintiff is not entitled to any recovery from Defendant because any alleged false or misleading statements or omissions attributable to Defendant, which Defendant denies, were not material.

### SIXTEENTH AFFIRMATIVE DEFENSE
(Preventative/Corrective Opportunities – All Causes of Action)

Plaintiff unreasonably failed to take advantage of preventative or corrective opportunities or to otherwise avoid harm.

### SEVENTEENTH AFFIRMATIVE DEFENSE
(Third Party Conduct – All Causes of Action)

Allegations by Plaintiff are due to the acts and/or omissions, and/or negligence and/or intentional conduct of third parties and not these answering Defendants.

## RESERVATION OF RIGHTS

Defendants reserve the right to assert any additional defenses that are supported by information or facts obtained through discovery or other means during this case and expressly reserve the right to amend its Answer to assert the additional affirmative defenses in the future.

## PRAYER FOR RELIEF

These Answering Defendants deny the underlying allegations of Plaintiff's prayer for relief against these answering Defendants, deny that Plaintiff is entitled to any relief whatsoever, and request that the Court deny all relief to Plaintiff and enter judgment in favor of these answering Defendants on all counts and award these answering Defendants their costs and reasonable attorneys' fees and any further relief as the Court may deem appropriate. To the extent that any allegations of the Complaint have not been previously specifically admitted or denied, these answering Defendants deny them.

Respectfully submitted,

**DATED:** May 13, 2021                    **INHOUSE CO. LAW FIRM**

By:   /s/ Alexander Chen
        Alexander Chen, Esq.

Attorneys for Defendants
Andy Chou; (aka Lizhi Zhou)Yiwu Cute Jewelry Co., Ltd.; Yiwu Xite Jewelry Co., Ltd.; CJ Fulfillment Corp; CJ Trade Corp. and Yiwu Promotional Trade Co., Ltd. (aka Yiwu Promotion Trade Co., Ltd.)

## CERTIFICATE OF SERVICE

DEFENDANTS' ANSWER TO JUUL LABS, INC.'S COMPLAINT

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on this date to all current and/or opposing counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ.L.R. 5.4(d). Any other counsel of record will be served by electronic mail, facsimile, and/or overnight delivery upon their appearance in this matter.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 13th day of May at Irvine, California.

By: /s/Sharon Shepard
Sharon Shepard