Alexander Chen [SBN 245798]
William R. Walz [SBN 136995]
Katja M. Grosch [SBN 266935]
Theodore S. Lee [SBN 281475]
**INHOUSE CO. LAW FIRM**
7700 Irvine Center Drive, Suite 800
Irvine, California 92618
Telephone: Tel: (949) 250-1555
Facsimile: (714) 882-7770

Alejandro S. Angulo [State Bar No. 217823]
Bradley A. Chapin [State Bar No. 232885]
Kathryn D.Z. Domin [State Bar No. 274771]
**RUTAN & TUCKER, LLP**
18575 Jamboree Road, 9th Flr.
Irvine, CA  92612
Telephone: Tel (714) 641-5100
Facsimile: (714) 546-9035

Attorneys for Defendants and Counter-Claimants,
Andy Chou (aka Lizhi Zhou); Yiwu Cute Jewelry
Co., Ltd.; Yiwu Xite Jewelry Co., Ltd.; CJ Fulfillment
Corp.; CJ Trade Corp.; and Yiwu Promotional Trade
Co., Ltd. (aka Yiwu Promotion Trade Co., Ltd.)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JUUL LABS, INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>ANDY CHOU (aka LIZHI ZHOU), an individual; YIWU CUTE JEWELRY CO., LTD., a Chinese limited company; YIWU XITE JEWELRY CO., LTD., a Chinese limited company; CJ FULFILLMENT CORP., a California corporation; CJ TRADE CORP., an Arizona corporation; and YIWU PROMOTIONAL TRADE CO., LTD. (aka YIWU PROMOTION TRADE CO., LTD.), a Chinese limited company,<br><br>          Defendants. | Case No.: 2:21-cv-03056-CAS-PHx<br><br>**DEFENDANTS' AND COUNTER-CLAIMANTS' NOTICE OF ASSOCIATION OF COUNSEL**<br><br>**Honorable Dale S. Fischer** |
| ANDY CHOU (aka LIZHI ZHOU), an individual, YIWU CUTE JEWELRY | |

CO., LTD., a Chinese limited company; CJ FULFILLMENT CORP., a California corporation; and CJ TRADE CORP., an Arizona corporation,

        Counter-Claimants,

  vs.

HU QIAN, an individual,

        Counter-Defendant.

_____

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendants and Counter-Claimants Andy Chou (aka Lizhi Zhou); Yiwu Cute Jewelry Co., Ltd.; Yiwu Xite Jewelry Co., LTD.; CJ Fulfillment Corp.; CJ Trade Corp.; and Yiwu Promotional Trade Co., LTD (aka Yiwu Promotion Trade Co., LTD.) hereby associate Rutan & Tucker, LLP as counsel of record and request the Court and parties to add the following to their service list:

    Alejandro S. Angulo [State Bar No. 217823]
    aangulo@rutan.com
    Bradley A. Chapin [State Bar No. 232885]
    bchapin@rutan.com
    Kathryn D.Z. Domin [State Bar No. 274771]
    kdomin@rutan.com
    RUTAN & TUCKER, LLP
    18575 Jamboree Road, 9th Flr.
    Irvine, CA  92612
    Telephone: Tel (714) 641-5100
    Facsimile: (714) 546-9035

Dated:  May 17, 2021　　　　　　　　　　Respectfully submitted,

                                           **INHOUSE CO. LAW FIRM**

                                         By  */s/ Alexander Chen*
                                                Alexander Chen

| | | |
|---|---|---|
| 1 | Dated: May 17, 2021 | **RUTAN & TUCKER, LLP** |
| 2 | | |
| 3 | | By  */s/ Bradley A. Chapin* |
| 4 | | Bradley A. Chapin |
| 5 | | **Attorneys for Defendants and Counter-Claimants:** |
| 6 | | Andy Chou (aka Lizhi Zhou); Yiwu Cute Jewelry Co., Ltd.; Yiwu Xite Jewelry Co., Ltd.; CJ Fulfillment Corp.; CJ Trade Corp.; and Yiwu Promotional Trade Co., Ltd. (aka Yiwu Promotion Trade Co., Ltd.) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on this date to all current and/or opposing counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ.L.R. 5.4(d). Any other counsel of record will be served by electronic mail, facsimile, and/or overnight delivery upon their appearance in this matter.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 17th day of May at Irvine, California.

By: */s/Sharon Shepard*
Sharon Shepard