STEPHEN C. STEINBERG (SBN 230656)
  ssteinberg@bzbm.com
GABRIELLA A. WILKINS (SBN 306173)
  gwilkins@bzbm.com
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone:  (415) 956-1900
Facsimile:   (415) 956-1152

Attorneys for JUUL Labs, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUUL LABS, INC., a Delaware Corporation, | Case No. 2:21-cv-03056-DSF-PDx |
| Plaintiff, | **PLAINTIFF JUUL LABS, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| ANDY CHOU (aka LIZHI ZHOU), an individual; YIWU CUTE JEWELRY CO., LTD., a Chinese limited company; YIWU XITE JEWELRY CO., LTD., a Chinese limited company; CJ FULFILLMENT CORP., a California Corporation; CJ TRADE CORP., an Arizona Corporation; and YIWU PROMOTIONAL TRADE CO., LTD. (aka YIWU PROMOTION TRADE CO., LTD.), a Chinese limited company, | Judge:  Hon. Dale S. Fischer<br>Date:   August 16, 2021<br>Time:   1:30 p.m.<br>Ctrm.:  7D<br><br>Action Filed:  April 8, 2021<br>Trial Date:    October 18, 2022 |
| Defendant. | |
| AND RELATED CROSS ACTION | |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on August 16, 2021 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Department 7D of the above courthouse, located at 350 W 1st Street, Los Angeles, California 90012-4565, Plaintiff JUUL Labs, Inc. hereby moves the Court for summary judgment as to each and every claim in the Complaint filed by JUUL Labs, Inc. ("JLI").

This motion is based upon this Notice of Motion and Motion for Summary Judgment, the Memorandum of Points and Authorities in support thereof, the Separate Statement of Unconverted Facts and Conclusions of Law, the Declarations of Adrian Punderson, Matthew Hewlett, Theodore Kavowras, and Gabriella Wilkins filed herewith (including exhibits), the Court's files and records in this action, and such other written and oral matters that may be presented to the Court on this motion.

DATED: July 19, 2021

BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation

By: _/s/ Gabriella A. Wilkins_
Gabriella A. Wilkins
Attorneys for JUUL Labs, Inc.