STEPHEN C. STEINBERG (SBN 230656)
  ssteinberg@bzbm.com
GABRIELLA A. WILKINS (SBN 306173)
  gwilkins@bzbm.com
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone:   (415) 956-1900
Facsimile:    (415) 956-1152

Attorneys for Plaintiff JUUL Labs, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUUL LABS, INC., a Delaware Corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>ANDY CHOU (aka LIZHI ZHOU), an individual; YIWU CUTE JEWELRY CO., LTD., a Chinese limited company; YIWU XITE JEWELRY CO., LTD., a Chinese limited company; CJ FULFILLMENT CORP., a California Corporation; CJ TRADE CORP., an Arizona Corporation; and YIWU PROMOTIONAL TRADE CO., LTD. (aka YIWU PROMOTION TRADE CO., LTD.), a Chinese limited company,<br><br>          Defendant.<br><hr>AND RELATED CROSS ACTION | Case No. 2:21-cv-03056-DSF-PDx<br><br>**DECLARATION OF GABRIELLA A. WILKINS IN SUPPORT OF PLAINTIFF JUUL LABS, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:   Hon. Dale S. Fischer<br>Date:    August 16, 2021<br>Time:    1:30 p.m.<br>Ctrm.:   7D<br><br>Action Filed:    April 8, 2021<br>Trial Date:      October 18, 2022 |

I, Gabriella A. Wilkins, declare:

1.      I am an attorney duly admitted to practice before this Court. I am an associate with Bartko Zankel Bunzel & Miller, attorneys of record for Plaintiff JUUL Labs, Inc. ("JLI"). I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto. I make this declaration in support of Plaintiff's Motion for Summary Judgment.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of the Declaration of Witness 2 In Support of Plaintiff's *Ex Parte* Application for Asset Freese Order, Expedited Discovery, Order Permitting Alternative Service of Process, and Order to Show Cause Re: Preliminary Injunction [ECF No. 13], filed on April 8, 2021.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of the Declaration of Witness 4 In Support of Plaintiff's *Ex Parte* Application for Asset Freese Order, Expedited Discovery, Order Permitting Alternative Service of Process, and Order to Show Cause Re: Preliminary Injunction [ECF No. 17], filed on April 8, 2021.

4.      On or around May 7, 2021, Defendants produced to JLI a declaration signed under penalty of perjury by Defendant Andy Chou (aka Lizhi Zhou), titled Declaration of Andy Chou re Compliance with the Hon. Judge Dale S. Fischer's Temporary Restraining Order which attached a list of Defendants' purported accounts [ECF 55-8]. Attached hereto as **Exhibit 3** is a true and correct copy of Mr. Chou's declaration.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of the Declaration of Andy Chou In Support of Defendants' Opposition to JUUL Labs, Inc.'s Motion For Preliminary Injunction [ECF 51-1] filed on May 17, 2021.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of Exhibit 11 to the Declaration of Andy Chou In Support of Defendants' Opposition to JUUL Labs, Inc.'s Motion For Preliminary Injunction [ECF 51-12] filed on May 17, 2021.

7.     Attached hereto as **Exhibit 6** is a true and correct copy of the Declaration of Wang Huiyun In Support of Defendants' Opposition to JUUL Labs, Inc.'s Motion For Preliminary Injunction [ECF 51-15], filed on May 17, 2021.

8.     Attached hereto as **Exhibit 7** is a true and correct copy of Exhibit 11 to the Declaration of Gen Yu Wu In Support of Defendants' Opposition to JUUL Labs, Inc.'s Motion For Preliminary Injunction [ECF 51-20], filed on May 17, 2021.

9.     Following the Court's Order Granting JLI's *Ex Parte* Application for Asset Freeze Order, Expedited Discovery, Order Authorizing Alternative Service of Process, and Order to Show Cause re: Preliminary Injunction dated April 13, 2021 [ECF 31] (" TRO Order"), JLI served several financial institutions with the TRO Order and other supporting documents.

10.     After serving PayPal with the Court's TRO Order, on or around April 20, 2021, PayPal produced to Plaintiff's counsel account data for an account ending in -5666 in the names of CJDropshipping and Defendant Lizhi Zhou, showing that it is connected to one checking account at Citibank and one credit card account which Defendants failed to disclose in both their original accounting produced on May 7 and their supplemental accounting produced on June 14. A true and correct copy of an excerpt from the aforementioned data received from PayPal, highlighting the undisclosed Citibank account, is attached hereto as **Exhibit 8**.

11.     On or around April 27, 2021, Bank of America produced bank records for one of Defendants' bank accounts in the name of CJ Trade Corp. These records show that money from this account was transferred to an account in the name of Defendant Lizhi Zhou and that money from other accounts in the name of Defendant Lizhi Zhou and "Fashion Necklace," which appears to be another business name used by Defendants, was deposited into this account. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts of the aforementioned bank records, highlighting the relevant transactions.

12.     On or around April 27, 2021, Bank of America produced bank records for one of Defendants' bank accounts in the name of CJ Fulfillment Corporation. These records show that money was deposited into this account from an account in the name of Defendant CJ Trade Corp. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts of the aforementioned bank records, highlighting the relevant transactions.

13.     On or around April 27, 2021, Bank of America produced bank records for one of Defendants' bank accounts in the name of CJ Fulfillment Corporation. These records show that money was deposited into this account from accounts in the name of Defendant Lizhi Zhou and Defendant CJ Trade Corp. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts of the aforementioned bank records, highlighting the relevant transactions.

14.     On or around April 30, 2021, Wells Fargo produced bank records for one of Defendants' bank accounts in the name of Lizhi Zhou. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts of the aforementioned bank records.

15.     On or around May 4, 2021, Payoneer produced records for four of Defendants' accounts in the names of Xianggangfeileishipinyouxiangongsi and Defendants Lizhi Zhou and Yiwu Cute Jewelry Co. Ltd., one of which Defendants failed to disclose in both their original accounting produced on May 7 and their supplemental accounting produced on June 14. Attached hereto as **Exhibit 13** is a true and correct copy of an email from Payoneer's counsel with a list of the four frozen accounts, highlighting the undisclosed account.

16.     The data produced by Payoneer for Defendants' four accounts shows multiple withdrawals or transfers made after Defendants were served with the Court's TRO Order on April 22, 2021, as reflected on the "Withdrawals to Bank" page of the produced Excel spreadsheet. Attached hereto as **Exhibit 14** is a true and

correct copy of the "Withdrawals to Bank" page of the aforementioned spreadsheet produced by Payoneer.

17.     On June 14, 2021, Defendants produced a "Supplemental Accounting" that identified a total of seventy accounts, sixty of which were not listed in Defendants' original accounting produced on May 7, 2021, and three parcels of real estate, two of which were not listed in Defendants' original accounting produced on May 7, 2021. Attached hereto as **Exhibit 15** is a true and correct copy of Defendants' Supplemental Accounting.

18.     After contacting PayPal regarding the additional accounts identified by Defendants in their Supplemental Accounting, in June 2021, PayPal produced to Plaintiff's counsel account data from PayPal for an account number ending in -0616 in the names of Defendants Yiwu Cute Jewelry Co., Ltd. and Lizhi Zhou, showing that it is connected to three checking accounts—one at Citibank, one at Community Federal Savings Bank, and one at China Merchants Bank (a different account number than the one disclosed by Defendants)—and three credit card accounts (though two of the latter may be "inactive"), all of which Defendants failed to disclose in both their original accounting produced on May 7 and their supplemental accounting produced on June 14.  A true and correct copy of an excerpt from the aforementioned data received from PayPal, highlighting the undisclosed bank and credit card accounts, is attached hereto as **Exhibit 16**. The data also shows that Defendants logged into and used this account numerous times after being served with the Court's TRO Order on April 22, 2021, as reflected under the "IP SUMMARY" heading, which is also highlighted.  And the data shows that the "Amount Received" in the "Current Month" was "$1,838,861.20," but the current "Account Balance" was only "$18,601.20," which is also highlighted.

19.     In June 2021, PayPal also produced to Plaintiff's counsel account data for an account number ending in -2423 in the names of Defendants CJ Trade Corp. and Lizhi Zhou, showing that it is connected to two checking accounts at Citibank

(though one may be "inactive") and three credit card accounts (though two of the latter may be "inactive"), all of which Defendants failed to disclose in both their original accounting produced on May 7 and their supplemental accounting produced on June 14.  A true and correct copy of an excerpt from the aforementioned data received from PayPal, highlighting the undisclosed bank and credit card accounts, is attached hereto as **Exhibit 17**. The data also shows that Defendants logged into and used this account numerous times after being served with the Court's TRO Order on April 22, 2021, as reflected under the "IP SUMMARY" heading, which is also highlighted. This data also shows that the "Amount Received" in the "Current Month" was "$16,187,089.00," but the current "Account Balance" was only "$2,915.00," which is also highlighted.

20.     In June 2021, PayPal also produced to Plaintiff's counsel account data for an account number ending in -4077 in the name of Jinhua Cujie Trading Co., Ltd., which appears to be another business name used by Defendants, showing that it is connected to 1-2 bank checking accounts at Citibank, which Defendants failed to disclose in both their original accounting produced on May 7 and their supplemental accounting produced on June 14. A true and correct copy of an excerpt from the aforementioned data received from PayPal, highlighting the undisclosed bank accounts, is attached hereto as **Exhibit 18**. The data also shows that Defendants logged into and used this account numerous times after being served with the Court's TRO Order on April 22, 2021, as reflected under the "IP SUMMARY" heading, which is also highlighted. And the data also shows that the "Amount Received" in the "Current Month" was "$48,331.51," but the current "Account Balance" was only "$3,358.24," which is also highlighted.

21.     In June 2021, PayPal also produced to Plaintiff's counsel account data for an account number ending in -7887 in the names of Hangzhou Cujin Trading Co., Ltd., which appears to be another business name used by Defendants, and Lizhi Zhou, showing that it is connected to 2-3 checking accounts at Citibank, which

Defendants failed to disclose in both their original accounting produced on May 7 and their supplemental accounting produced on June 14. A true and correct copy of an excerpt from the aforementioned data received from PayPal, highlighting the undisclosed bank accounts, is attached hereto as **Exhibit 19**. The data also shows that Defendants logged into and used this account numerous times after being served with the Court's TRO Order on April 22, 2021, as reflected under the "IP SUMMARY" heading, which is also highlighted.  And the data also shows that the "Amount Received" in the "Current Month" was "$6,213,199.74," but the current "Account Balance" was only "$13,738.92," which is also highlighted.

22.     In June 2021, PayPal also produced to Plaintiff's counsel account data for an account number ending in -8998 in the name of Jinhua Cujie Trading Co., Ltd., which appears to be another business name used by Defendants, showing that it is connected to one checking account at Citibank, which Defendants failed to disclose in both their original accounting produced on May 7 and their supplemental accounting produced on June 14. A true and correct copy of an excerpt from the aforementioned data received from PayPal, highlighting the undisclosed bank accounts, is attached hereto as **Exhibit 20**. The data also shows that Defendants logged into and used this account numerous times after being served with the Court's TRO Order on April 22, 2021, as reflected under the "IP SUMMARY" heading, which is also highlighted.  And the data also shows that the "Amount Received" in the "Current Month" was "$49,448.23," but the current "Account Balance" was only "$4,183.37," which is also highlighted.

23.     On or around June 21, 2021, Payoneer produced records for two additional accounts held in Defendants' name; one in the name of Yiwushi Cute Shipinyouxiangongsi and Hong Kong Sea Worldwide Trading Co Limited. Attached hereto is an email from Payoneer's counsel with a list of the two additional accounts as **Exhibit 21**.

24.     Late in the evening on or around June 23, 2021, Stripe produced a spreadsheet listing 12-13 accounts associated with Defendants that Stripe had located and frozen, at least eight of which Defendants failed to disclose in both their original accounting produced on May 7 and their supplemental accounting produced on June 14. The total balance across all of these accounts was also far higher than Defendants disclosed in their supplemental accounting produced on June 14. Also, one of the accounts Stripe identified for the first time contains $983,831.15, and was opened on **May 19, 2021**, at a time when Defendants were subject to the asset freeze set forth in the TRO Order. A true and correct copy of the aforementioned data received from Stripe, highlighting the undisclosed accounts, is attached hereto as **Exhibit 22**.

25.     Attached hereto as **Exhibit 23** is a true and correct copy of the Reporter's Transcript of Proceedings for the June 7, 2021 Order to Show Cause re Preliminary Injunction hearing transcribed by official reporter Pat Cuneo.

26.     Attached here to as **Exhibit 24** is a true and correct copy of the Declaration of Lynn Lee In Support of Defendants' Opposition to Plaintiff's *Ex Parte* Application to Increase Asset Freeze Limit Pursuant to the Court's Order granting JLI's Application for a Preliminary Injunction [ECF 73-1], filed on June 29, 2021.

27.     Attached here to as **Exhibit 25** is a true and correct copy of Defendants' Memorandum of Points and Authorities Opposing Plaintiff's *Ex Parte* Application to Increase Asset Freeze Limit Pursuant to the Court's Order granting JLI's Application for a Preliminary Injunction [ECF 73], filed on June 29, 2021.

28.     On or around June 4, 2021, Plaintiff's counsel received the certified English translation of the Shanghai City Second Intermediate People's Court Criminal Verdict against Defendant Lizhi Zhou, dated September 29, 2011, from Divergent Language Solutions. Attached hereto as **Exhibit 26** is a true and correct copy of the certified translation.

29.     On or around May 21, 2021, I accessed Defendants' website, www.cjdropshipping.com, and went to the page titled "What Payment Methods Are Available Now?" Attached hereto as **Exhibit 27** is a true and correct copy of a screenshot I took of this page.

30.     On or around May 20, 2021, I accessed Defendants' "User Agreement" at their website, www.cjdropshipping.com. Attached hereto as **Exhibit 28** is a true and correct copy of Defendants' User Agreement from their website.

31.      On or around March 26, 2021, I visited Defendants' website, www.cjdropshipping.com, and searched for JUUL products. Defendants were still advertising and offering for sale purported JUUL USB Charging Docks at the following URLs:

      a.  https://cjdropshipping.com/product-detail.html?id=78196280-D6E8-451F-8504-B95CA1C8C8C9&from=all&fromType=&productType=0

      b.  https://cjdropshipping.com/product-detail.html?id=E5767978-2624-4B6A-B13A-482DD42C7527&from=all&fromType=&productType=0

      c.  https://cjdropshipping.com/product-detail.html?id=FC7BA5A2-2768-41C0-ADA1-D9AE943BC93C&from=all&fromType=&productType=0

Attached hereto as **Exhibit 29** are true and correct copies of screenshots that I took of these online listings.

32.     On or around May 18, 2021, I accessed Defendants' website, www.cjdropshipping.com, and went to the page titled "How to Avoid Being Sued In Dropshipping," which included an article by Defendant Andy Chou. I then instructed my IT department to download the article from the website. Attached here to as **Exhibit 30** is a true and correct copy of a screenshot of this webpage and the article by Mr. Chou.

33.     Attached hereto as **Exhibit 46** is a demonstrative, created by JLI's counsel, with pictures of the purported JUUL Products purchased by JLI's

investigator from Defendants, illustrating their use of counterfeit JUUL Marks on: (a) one color of the JUUL Devices sold by Defendants; (b) the JUULpods sold by Defendants; and (c) the JUUL USB Charging Docks sold by Defendants. The demonstrative illustrates the following fourteen uses of the JUUL Marks:

    a.  JUUL word mark (Reg. No. 4,818,664) on the exterior packaging of the JUUL Devices;

    b.  JUUL stylized/design mark (Reg. No. 4,898,257) on the exterior packaging of the JUUL Devices;

    c.  JUUL LABS word mark (Reg. No. 5,770,541) on the exterior packaging of the JUUL Devices;

    d.  JUULpods word mark (Reg. No. 5,918,490) on the interior packaging of JUUL Devices;

    e.  JUUL word mark (Reg. No. 4,818,664) on the JUUL Device itself;

    f.  JUUL stylized/design mark (Reg. No. 4,898,257) on the JUUL Device itself;

    g.  JUUL word mark (Reg. No. 4,818,664) on the exterior packaging of JUULpods;

    h.  JUUL stylized/design mark (Reg. No. 4,898,257) on the exterior packaging of JUULpods;

    i.  JUULpods word mark (Reg. No. 5,918,490) on the exterior packaging of JUULpods;

    j.  JUUL LABS word mark (Reg. No. 5,776,153) on the exterior packaging of JUULpods;

    k.  JUUL word mark (Reg. No. 4,818,664) on interior packaging of JUULpods;

    l.  JUUL stylized/design mark (Reg. No. 4,898,257) on interior packaging of JUULpods;

2875.000/1633252.4

DECLARATION OF G. WILKINS ISO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

m. JUUL word mark (Reg. No. 4,818,664) on exterior packaging of JUUL USB Charging Docks; and

n. JUUL stylized/design mark (Reg. No. 6,211,614) on exterior packaging of JUUL USB Charging Docks.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 19th day of July, 2021.

_/s/ Gabriella A. Wilkins_
GABRIELLA A. WILKINS