# EXHIBIT 1

STEPHEN C. STEINBERG (SBN 230656)
 *ssteinberg@bzbm.com*
GABRIELLA A. WILKINS (SBN 306173)
 *gwilkins@bzbm.com*
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone:   (415) 956-1900
Facsimile:    (415) 956-1152

Attorneys for Plaintiff
JUUL Labs, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUUL LABS, INC., a Delaware Corporation,<br><br>                Plaintiff,<br><br>          v.<br><br>ANDY CHOU (aka LIZHI ZHOU), an individual; YIWU CUTE JEWELRY CO., LTD., a Chinese limited company; YIWU XITE JEWELRY CO., LTD., a Chinese limited company; CJ FULFILLMENT CORP., a California Corporation; CJ TRADE CORP., an Arizona Corporation; and YIWU PROMOTIONAL TRADE CO., LTD. (aka YIWU PROMOTION TRADE CO., LTD.), a Chinese limited company,<br><br>                Defendants. | Case No.<br><br>**DECLARATION OF WITNESS 2 IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR ASSET FREEZE ORDER, EXPEDITED DISCOVERY, ORDER PERMITTING ALTERNATIVE SERVICE OF PROCESS, AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br>**Date:**<br>**Time:**<br>**Courtroom:** |

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE**

**FILED UNDER SEAL**

I, Jonathan Powell, hereby declare as follows:

1.     I am familiar with the matters set forth in this declaration based upon my own personal knowledge. If called as a witness, I could and would competently testify to the following facts.

2.     I submit this declaration in support of Plaintiff JUUL Labs, Inc.'s ("JLI") *Ex Parte* Application for Asset Freeze Order, Expedited Discovery, Order Permitting Alternative Service of Process, and Order to Show Cause Re: Preliminary Injunction.

3.     I have determined that the purported JUUL Starter Kits and JUUL USB Charging Docks advertised by and purchased from Defendants (collectively, "Defendants") by Matthew N. Hewlett are counterfeit, in that they were not manufactured by JLI or anyone associated with JLI, as the purported JUUL USB Charging Docks, and the products sold in these purported JUUL Starter Kits exhibit characteristics that differ from genuine JLI products, lack elements that are inherent to genuine JLI products, and also include products that JLI has not sold direct to consumers in the U.S. since 2019.

**Experience and Qualifications**

4.     I have been the Evidence Specialist at JLI for over two years.

5.     My responsibilities include inspecting and authenticating suspect JUUL products to determine whether they are counterfeit. I also train private investigators who work for JUUL on product authentication.

6.     As Evidence Specialist, I have inspected over 90,000 JUUL products.

**Investigation of Counterfeit Products**

7.     As part of our investigation into potentially counterfeit JUUL products being offered online, Matthew N. Hewlett from Vaudra International made purchases from Defendants.

8.     JLI found Defendants advertising and offering for sale "JUUL Starter Kits" online, which included the following purported JUUL products: (a) JUUL Device; (b) USB Charging Dock; and (c) four JUULpods in Cool Mint, Virginia

Tobacco, Crème Brulee, and Mango flavors. Notably, in the U.S., JLI has not sold JUUL Starter Kits that include four JUULpods since November 2018, and has not sold JUUL Starter Kits at all since November 2019, raising a red flag that these products were likely counterfeit.

9. For each purchase of a suspect JUUL Starter Kit from Defendants, the product was delivered to an address in North Carolina or picked up from Defendants' warehouse in New Jersey. Under a stringent chain of custody, some of the suspect products were then shipped to JLI's facility at 1000 Illinois Street, San Francisco, CA 94107, where I have access to all of the information necessary to evaluate and analyze the products. In other cases, high resolution photographs of the suspect products were provided to me. I evaluated each product and determined (for the reasons set forth in the following paragraphs) that every one of these products was in fact inauthentic.

## Products from Defendants

10. Every authentic JUUL Device has a unique serial number engraved on the back of the device below the JUUL logo. All packaging for authentic JUUL Devices has a lot code that correlates with the serial number in our database. All packaging for genuine JUULpods contains a lot code, which appears on both the outer cardboard packaging and on the foil the pods are sealed in. Each authentic JUUL product has a Universal Product Code ("UPC") that is unique to that product type, and which is printed on the cardboard packaging. These identifiers are evidence that the product is authentic.

11. I understand that Mr. Hewlett purchased a total of 135 JUUL Starter Kits and 5 JUUL USB Charging Docks from Defendants. I also understand that Defendants only shipped a total of 118 JUUL Starter Kits and 5 JUUL USB Charging Docks. Defendants sent 23 of the suspect products to Mr. Hewlett in North Carolina, all of which he then sent to me for inspection and analysis. Defendants sent 100 JUUL Starter Kits to their warehouse in New Jersey for pick-up. On

August 20, 2020, the 100 JUUL Starter Kits sent to Defendants' warehouse in New Jersey were picked up by James Ricaurte from Allegiance Protection Group, and the U.S. Department of Homeland Security Investigations, Newark New Jersey – Field Office ("HIS"). Mr. Ricaurte then sent me high resolution photographs of one sample of the suspect products which I was able to analyze.

12.     Specifically, I understand that Mr. Hewlett made the following purchases from Defendants:

| Date Order was Placed | Product | SKU |
|---|---|---|
| 10/07/19 | (3) JUUL Starter Kits, Silver<br>(2) JUUL Starter Kits, Pink<br>(5) JUUL USB Charging Docks | CJXFZNZN00104-default<br>CJXFZNZN00104-default<br>CJXFLPCD00042-default |
| 12/09/19 | (17) JUUL Starter Kits (not received) | CJXFZNZN00104-default |
| 03/16/20 | (100) JUUL Starter Kits | CJXFZNZN00104-default |
| 04/08/20 | (6) JUUL Starter Kits, Pink<br>(5) JUUL Starter Kits, Slate<br>(2) JUUL Starter Kits, Silver | CJXFZNZN00104-default<br>CJXFZNZN00104-default<br>CJXFZNZN00104-default |

13.     On January 10, 2020, I received the 5 suspect JUUL Starter Kits and 5 suspect JUUL USB Charging Docks Mr. Hewlett ordered on October 7, 2019 from Defendants. The packaging and each suspect product therein bore one or more of the JUUL Marks.

14.     None of the suspect JUUL Devices had a serial number engraved on the back. The packaging for all of the JUUL Devices had an incorrect UPC. The cardboard box packaging for the suspect JUULpods showed lot code G0525A. I checked the history of this lot code in JLI's database and found that it corresponded to a package of JUULpods that had been made by an authorized manufacturer and sold through an authorized retailer in 2018. The font and spacing on the cardboard box packaging for the suspect JUUL Starter Kits, JUUL Device, and JUULpods differed from authentic JUUL products. None of the foil packaging for the suspect JUULpods included a lot code. The foil packaging for the suspect JUULpods had a

shiny metallic appearance, whereas authentic JUULpods have a matte appearance. None of the suspect products were authentic JUUL products.

15.     On July 1, 2020, I received the 13 suspect JUUL Starter Kits Mr. Hewlett ordered on April 8, 2020 from Defendants. Again, the packaging and each suspect product therein bore one or more of the JUUL Marks. None of the suspect JUUL Devices had a serial number engraved on the back. The packaging for the two silver JUUL Devices and the six pink JUUL Devices had an incorrect UPC. The cardboard box packaging for the suspect JUULpods again showed lot code G0525A. The font and spacing on the cardboard box packaging for the suspect JUUL Starter Kits, JUUL Device, and JUULpods differed from authentic JUUL products. None of the foil packaging for the suspect JUULpods included a lot code. The foil packaging for the suspect JUULpods had a shiny metallic appearance, whereas authentic JUULpods have a matte appearance. None of the suspect products were authentic JUUL products.

16.     On August 26, 2020, I received detailed high resolution photographs of one sample from the 100 suspect JUUL Starter Kits Mr. Hewlett ordered on March 16, 2020 from Defendants. This is one acceptable protocol for authenticating suspect JUUL products. The suspect JUUL Devices both had the same serial number engraved on the back, H4X6P2UF, and the same lot code on their cardboard packaging, G0808A04. I checked the history of this serial number in JLI's database and found that it corresponded with an authentic JUUL Device, but did not match the lot code on the packaging. Besides the fact that this serial number was on more than one device when it should be unique, I am aware that this particular serial number has been found on more than 100 counterfeit JUUL Devices uncovered through other investigations. The cardboard box packaging for the suspect JUULpods showed lot code G0717GG-3. Font and spacing on the cardboard box packaging for the suspect JUUL Starter Kits, JUUL Device, and JUULpods differed from authentic JUUL products. The foil packaging for the suspect JUULpods had a

shiny metallic appearance, whereas authentic JUULpods have a matte appearance. None of the suspect products were authentic JUUL products.

17.   The suspect JUUL products sold by Defendants are clearly counterfeit, in that they were not manufactured by JLI, due to the many differences between them and authentic JUUL products. These differences include, but are not limited to:

    a.  The JUUL Device has either no engraved serial number or multiple JUUL Devices have the same engraved serial number;

    b.  The lot code on some of the suspect JUUL Device packaging does not match the serial number on the suspect JUUL Devices contained therein;

    c.  Some of the suspect JUUL Devices have an incorrect UPC;

    d.  Some of the foil packaging for the JUULpods has no lot code;

    e.  The foil packaging for the suspect JUULpods has a shiny metallic appearance, whereas authentic JUULpods have a matte appearance; and

    f.  The font and spacing on the cardboard box packaging for the suspect JUUL Starter Kits, JUUL Device, and JUULpods differ from authentic JUUL products.

*****

18.   In summary, all of the products listed above and purchased from Defendants share various distinctive characteristics and/or lack distinctive characteristics that distinguish them from genuine products manufactured by JLI. It is therefore my firm conclusion that all of the suspect products sold by Defendants are counterfeit.

1        I declare under penalty of perjury under the laws of the United States of

2    America that the foregoing is true and correct.

3

4    Executed on _April 5_, 2021

5

6

7

8    Jonathan Powell

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28