# EXHIBIT 2

STEPHEN C. STEINBERG (SBN 230656)
  *ssteinberg@bzbm.com*
GABRIELLA A. WILKINS (SBN 306173)
  *gwilkins@bzbm.com*
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone:  (415) 956-1900
Facsimile:   (415) 956-1152

Attorneys Plaintiff
JUUL Labs, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUUL LABS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANDY CHOU (aka LIZHI ZHOU), an individual; YIWU CUTE JEWELRY CO., LTD., a Chinese limited company; YIWU XITE JEWELRY CO., LTD., a Chinese limited company; CJ FULFILLMENT CORP., a California Corporation; CJ TRADE CORP., an Arizona Corporation; and YIWU PROMOTIONAL TRADE CO., LTD. (aka YIWU PROMOTION TRADE CO., LTD.), a Chinese limited company,<br><br>Defendants. | Case No.<br><br>**DECLARATION OF WITNESS 4 IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR ASSET FREEZE ORDER, EXPEDITED DISCOVERY, ORDER PERMITTING ALTERNATIVE SERVICE OF PROCESS, AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br>**Date:**<br>**Time:**<br>**Courtroom:** |

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

PRIVILEGED – ATTORNEY WORK PRODUCT

I, James Ricaurte, hereby declare as follows:

1. I am familiar with the matters set forth in this declaration based upon my own personal knowledge. If called as a witness, I could and would competently testify to the following facts.

2. I submit this declaration in support of Plaintiff JUUL Labs, Inc.'s ("JLI") *Ex Parte* Application for Asset Freeze Order, Expedited Discovery, Order Permitting Alternative Service of Process, and Order to Show Cause Re: Preliminary Injunction.

**Experience and Qualifications**

3. I work as a private investigator for my company, Allegiance Protection Group, Inc. ("Allegiance"), a private investigations and security services firm located in New York City. Allegiance assists companies in identifying, among other things, unauthorized, counterfeit sales of their products.

4. Since I started Allegiance, I have worked in brand protection for fourteen years. Prior to that I was a detective with the NYPD for twenty years.

5. Allegiance was retained by JUUL Labs, Inc. ("JLI") to retrieve suspected counterfeit JUUL branded products that had been previously purchased and to investigate the sale and distribution of counterfeit JUUL branded products, including but not limited to JUUL Starter Kits.

6. Before I began working with JLI, JLI provided training on product authentication.

**Investigation and Purchase of Products**

7. JLI, through its representative Brittany Garcia, retained Allegiance on August 12, 2020 to retrieve suspected counterfeit JUUL products that had been previously purchased. The retrieval of the suspected counterfeit JUUL products was to occur from "CJ Dropshipping" located at 20 Haypress Road, Suite 313, Cranbury, New Jersey, 08512.

PRIVILEGED – ATTORNEY WORK PRODUCT

8. Prior to this, on March 16, 2020, a different private investigations firm, purchased, via Paypal, one hundred (100) JUUL Starter Kits, on behalf of JUUL, from cjdropshipping.com, invoice number: SY2003143563222037.

9. On August 20, 2020, I, along with the U.S. Department of Homeland Security Investigations Newark New Jersey – Field Office ("HSI"), covertly retrieved the one hundred (100) JUUL Starter Kits from CJ Dropshipping ("CJ") at a warehouse located at 20 Haypress Road, Suite 313, Cranbury, New Jersey, 08512.

10. The warehouse was located toward the back and left side of a large commercial building that was divided into multiple spaces.

11. Upon arrival, HSI and I entered a loading area and presented a copy of the paid invoice to a CJ representative who identified himself as Leon Li. Leon Li then brought us a box containing the one hundred (100) JUUL Starter Kits.

12. I photographed the box containing the one hundred (100) JUUL Starter Kits as shown in the following photographs:



PRIVILEGED – ATTORNEY WORK PRODUCT







13. I took custody and control of two (2) JUUL Starter Kits as samples. HSI took custody and control of the remaining ninety-eight (98) JUUL Starter Kits.

14. I then sent Jonathan Powell, an evidence specialist at JLI, high resolution photographs of one of the samples of the two (2) JUUL Starter Kits I retained.

15. In my experience working on dozens/hundreds of investigations of counterfeit goods, most, if not all, court-ordered seizures of counterfeit goods and/or counterfeiters' assets are only successful when there is no advance notice to the counterfeiters.

*****

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 4/5, 2021

James Ricaurte