# EXHIBIT 3

Alexander Chen [SBN 245798]
William R. Walz [SBN 136995]
Katja M. Grosch [SBN 266935]
Theodore Lee [SBN 281475]
**INHOUSECO. LAW FIRM**
7700 Irvine Center Drive, Suite 800
Irvine, CA 92618
Telephone: 949-250-1555
Facsimile: 714-882-7770

Attorneys for Defendants
Andy Chou, et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUUL LABS, INC., <br> PLAINTIFF, <br><br> vs. <br><br><br> ANDY CHOU, et al., <br> DEFENDANTS. | Case No. CV 21-3056 DSF (PDx) <br><br> **DECLARATION OF ANDY CHOU RE COMPLIANCE WITH THE HON. JUDGE DALE S. FISCHER'S TEMPORARY RESTRAINING ORDER** |

# DECLARATION OF ANDY CHOU

I, ANDY CHOU, hereby declare as follows:

1. I am a resident of the People's Republic of China. I am over the age of 18. I have personal knowledge of the matters stated herein, and if called upon to testify in a court of law, I could and would competently testify to the veracity of the facts I state in this declaration.

2. I am one of the defendants in the instant lawsuit, and am the principal owner of the co-defendants Yiwu Cute Jewelry Co., Ltd., Yuwi Xite Jewelry Co., Ltd., CJ Fulfillment Corp., CJ Trade Corp., and Yiwu Promotional Trade Co., Ltd.

3. I make this declaration to confirm my own and co-defendants' compliance with presiding Hon. Judge Fischer's Temporary Restraining Order issued on April 13, 2021.

4. I hereby confirm that all the Defendants have refrained from secreting any assets, and from transferring or conveying any assets held by, for, or on account of any of the defendants since the issuance of the Order.

5. A full accounting of the restrained assets has been provided to counsel for JUUL Labs Inc. as listed here in Exhibit 1.

6. I can confirm that Defendants have no custody or control of any products bearing or infringing upon the JUUL Marks nor have any such products been held in the Defendants' inventory since the issuance of the Order.

7. I can confirm that Defendants are in full compliance with the Order enjoining the Defendants from using, infringing or diluting the JUUL marks as enumerated in Section C. 1 to C. 11 of the Order.

8. I further confirm and attest that the Defendants have not removed from their premises, nor are discarding, destroying, transferring, or disposing in any manner any information, computer files, electronic files, business records (including but not limited to e-mail communications), or other documents

relating to Defendants' assets and operations or relating in any way to the purchase, sale, manufacture, offer for sale, distribution, negotiation, importation, advertisement since the Issuance of the Order.

9. I further confirm that the Defendants have provide to JUUL Labs Inc. counsel a summary document showing the dates, quantities, names, addresses, and other contact information, including any and all associated email addresses, of all suppliers and customers for the preceding 24 months from whom they have purchased or to whom they have sold any products using the JUUL Marks as listed in Exhibit 2.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 5, 2021, at ___Yi wM___, People's Republic of China

_____
Andy Chou

**Exhibit 1**

| Asset Type | Location | Financial Institution | Account Holder / Owner | Account Number (last 4 digits) | Balance |
|---|---|---|---|---|---|
| Bank Account | China | Yiwu Rural Commercial Bank Co., Ltd. | Jinhua Cujie Trade Co., Ltd. | *********0727 | 14,564,343 RMB |
| Bank Account | China | Yiwu Rural Commercial Bank Co., Ltd. | Lizhi Zhou | *********6578 | 3,323,435 RMB |
| Bank Account | Ireland | Citibank | Hong Kong Fei Lei Shipin Co. Ltd | ***********25829 | 500 USD |
| Bank Account | Hong Kong | Shanghai Pudong Development (SPD) Bank | Fashion Necklace Jewlery Co. Ltd. | *************8350 | 200 USD |
| Bank Account | U.S. | Bank of America | CJ Trade Corp. | **************1876 | 50,806.99 USD |
| Bank Account | U.S. | Bank of America | CJ Fulfillment Corp. | **************7830 | 239,547.24 USD |
| Bank Account | U.S. | Bank of America | Lizhi Zhou | **************4845 | 56,163.14 USD |
| Paypal Account | U.S. | Paypal | Yiwu cujia Trade Co., Ltd | 1979761568@qq.com | 1,243,447.84 USD |
| Payoneer Account | U.S. | Payoneer | Lizhi Zhou | 1979761568@qq.com | 1,764.83 USD<br>64.52 EUR<br>17,676,725.97 VND |
| Payoneer Account | U.S. | Payoneer | Lizhi Zhou | 1755718621@qq.com | 363.16 USD<br>19,704.52 EURO |
| Real Estate | China | Hangzhou, China | Lizhi Zhou | | |
| Automobile | China | Hangzhou, Chin | Lizhi Zhou | | |

**Exhibit 2**

**Transactions**

| Supplier Name | Buyer Name | Date of Payment | Product SKU | Product Name | Quantity | Unit Price | Total |
|---|---|---|---|---|---|---|---|
| huqian | Max Hewlett | 04/08/20 | CJXFZNZN00104-default | JUUL00 STARTER1 KIT CHARGER INCLUDE 4 FLAVOR PODS With Free ShippingJUUL00 STARTER1 KIT CHARGER INCLUDE 4 FLAVOR PODS With Free Shipping default | 13 | 13.69 | 177.97 |
| huqian | Max Hewlett | 03/16/20 | CJXFZNZN00104-default | JUUL00 STARTER1 KIT CHARGER INCLUDE 4 FLAVOR PODS With Free ShippingJUUL00 STARTER1 KIT CHARGER INCLUDE 4 FLAVOR PODS With Free Shipping default | 100 | 13.69 | 1369.00 |
| huqian | Max Hewlett | 12/09/19 | CJXFZNZN00104-default | JUUL00 STARTER1 KIT CHARGER INCLUDE 4 FLAVOR PODS With Free ShippingJUUL00 STARTER1 KIT CHARGER INCLUDE 4 FLAVOR PODS With Free Shipping default | 17 | 13.69 | 232.73 |
| huqian | Max Hewlett | 12/09/19 | CJXFLPCD00042-default | JUUL USB Charger default | 20 | 1.00 | 20.00 |
| huqian | Max Hewlett | 10/07/19 | CJXFZNZN00104-default | JUUL00 STARTER1 KIT CHARGER INCLUDE 4 FLAVOR PODS With Free ShippingJUUL00 STARTER1 KIT CHARGER INCLUDE 4 FLAVOR PODS With Free Shipping default | 5 | 13.69 | 68.45 |
| huqian | Max Hewlett | 10/07/19 | CJXFLPCD00042-default | JUUL USB Charger default | 5 | 1.00 | 5.00 |

**Exhibit 2**

**Supplier Information**

| Seller Marketplace Storefront Name | Legal Representative Name | Date of Birth | Identification Number | Address | Email | Other Contact Information |
|---|---|---|---|---|---|---|
| huqian | 胡谦<br>Hu, Qian | 12/04/1988 | 421126198812041735 | 湖北省蕲春县蕲州镇南门村 009 号<br><br>No. 009, Nanmen Village, Qizhou Town, Qichun County, Hubei Province | 3326632399@qq.com | Phone: 17772983125 |





**Exhibit 1**

| Asset Type | Location | Financial Institution | Account Holder / Owner | Account Number (last 4 digits) | Balance |
|---|---|---|---|---|---|
| Bank Account | China | Yiwu Rural Commercial Bank Co., Ltd. | Jinhua Cujie Trade Co., Ltd. | **********0727 | 14,564,343 RMB |
| Bank Account | China | Yiwu Rural Commercial Bank Co., Ltd. | Lizhi Zhou | **********6578 | 3,323,435 RMB |
| Bank Account | Ireland | Citibank | Hong Kong Fei Lei Shipin Co. Ltd | **********25829 | 500 USD |
| Bank Account | Hong Kong | Shanghai Pudong Development (SPD) Bank | Fashion Necklace Jewlery Co. Ltd. | **********8350 | 200 USD |
| Bank Account | U.S. | Bank of America | CJ Trade Corp. | **********1876 | 50,806.99 USD |
| Bank Account | U.S. | Bank of America | CJ Fulfillment Corp. | **********7830 | 239,547.24 USD |
| Bank Account | U.S. | Bank of America | Lizhi Zhou | **********4845 | 56,163.14 USD |
| Paypal Account | U.S. | Paypal | Yiwu cujia Trade Co., Ltd | 1979761568@qq.com | 1,243,447.84 USD |
| Payoneer Account | U.S. | Payoneer | Lizhi Zhou | 1979761568@qq.com | 1,764.83 USD<br>64.52 EUR<br>17,676,725.97 VND |
| Payoneer Account | U.S. | Payoneer | Lizhi Zhou | 1755718621@qq.com | 363.16 USD<br>19,704.52 EURO |

**Exhibit 1**

| Asset Type | Location | Address |
|---|---|---|
| Real Estate | China | 浙江省西湖区西溪路华元天鹅堡 4031<br>Huayuan Swan Fort 4031, Xixi Road, Xihu District, Zhejiang Province |

| Asset Type | Location | Owner |
|---|---|---|
| Automobile | Hangzhou, China | Lizhi Zhou |