# EXHIBIT 5



Max , 21:07

21:17

hi this is Celia

nice to see you

Max , 21:19

Hi. I have been chatting with Gringer via Cj
DropShipping Group Chat. She gave me your contact.
I have an account for Max Hewlett

21:19

okay

please tell me your problems

I have had product quality and supply issues. Gringer is checking on my backordered product. I have previously had chats with Meer Jin and Leon Li. I am looking to order large quantities of product and have them stored in your New Jersey warehouse. Leon Li and I were discussing a warehouse tour. I would like to schedule a tour of the facility and also discuss product sourcing. ☺

21:45

okay pls send cme the order number then i will check it for you

also pls send me the product picture

Max , 21:48 ☺







There is no logo on them. 😊

22:12

okay i will check and reply to you

Max , 22:13
Thank you. 😊

Can you provide me with the contact for the NJ warehouse manager Ye? 😊

22:22

you mean which logo

Max , 22:31
Any logo. 😊

2020年2月18日

sorry i am little confused pls send me the sku about the no logo product then i will confirm with the factory

ZF1912093563256630 for this order i just left the message in the chatroom before to tell you that" the sku CJXFZNZN00104-default is out of stock and we have sent out the other products so you can open a dispute to refund for the CJXFZNZN00104-default, thank you" but you didnt answer me

anyway we will refund to you pls wait some time

2020年2月19日

Max , 2:19

Here is the SKU for the earbuds: CJXFBXEJ00077-I7Original factory ☺

Can you check to see if the Starter Kits can be sourced or are available now? ☺ ⋮

Please have New Jersey warehouse manager contact me. Thank you .

10:19

66

Can you check to see if the Starter Kits can be sourced or are available now?

Max Hewlett Nick Patterson, 2020/2/19

for this one you have post your sourcing request?

66

Please have New Jersey warehouse manager contact me. Thank you .

Max Hewlett Nick Patterson, 2020/2/19

4120036 this is the Ye QQ contact way and yky940519@sina.com this is his email address

14:41

66
*Here is the SKU for the earbuds: CJXFBXEJ00077-I7Original factory*

Max Hewlett Nick Patterson, 2020/2/19

pls check the line the supplier said it is on the line

▷ 

17:33

▷ 

CJXFZNZN00104-default

CJXFZNZN00104-default

66
*Can you check to see if the Starter Kits can be sourced or are available now?*

Max Hewlett Nick Patterson, 2020/2/19

this one we have 13 stock

Max , 23:39

Thank you for the details. I ordered 17 Starter kits. When will they have all of them available?  ☺

Max , 23:46

Can you send me the 13 Starter Kits that are available now and then the 4 remaining once they become available?  ☺

——— 2020年2月20日 ———



10:17

66

*Thank you for the details. I ordered 17 Starter kits.*
*When will they have all of them available?*

Max Hewlett Nick Patterson, 2020/2/19

we need to purchase the products from the factory
and we need to wait 5-8 days to get it

66

*Can you send me the 13 Starter Kits that are*
*available now and then the 4 remaining once they*
*become available?*

Max Hewlett Nick Patterson, 2020/2/19

yes you can order it now

— 2020年2月21日 —



Max , 1:47

Please send me the 13 Starter Kits that are available ☺
now. Please send me the remaining 4 kits once
received from the factory.

I am interested in placing a wholesale order for the ☺
Starter Kits. How many does the factory currently have
available?

Max , 2:49

Can you ship the 13 Starter Kits to your New Jersey ☺
warehouse and I will pick them up.

12:(

hi I have asked to our finace to  refund to you for 17
Starter Kits later so you need to order 17 starter kits
agian because this order is complete

Max , 19:06

Ok, when can I expect the refund? ☺

Can I have the new order shipped to your New Jersey ☺



Can you ship the 13 Starter Kits to your New Jersey
warehouse and I will pick them up.

12:08

hi I have asked to our finace to  refund to you for 17
Starter Kits later so you need to order 17 starter kits
agian because this order is complete

Max , 19:06

Ok, when can I expect the refund?

Can I have the new order shipped to your New Jersey
warehouse and pick it up in person?

2020年2月22日

15:02

i think it will be better to ship it to you directly

2020年2月25日

Max , 2:56

Do  you have a Skype number for Ye?  I would like to
start storing my orders there as soon as I receive



Max , 2:56

Do you have a Skype number for Ye? I would like to start storing my orders there as soon as I receive feedback from Ye. I want to proceed with having the product, new order shipped to the New Jersey warehouse.

☺

14:19

you should tell me if you want to store products in our us warehouse because i am your personal agent and will deal with your all orders



Max , 20:10

I have told at least three people at CJ Drop Shipping I want to store product at your New Jersey warehouse and have requested to speak with someone at the New Jersey warehouse. You are my third "personal agent" and no one will give me a name, e-mail address for anyone in the U.S. to speak with. The contact e-mail you gave me for "Ye" does not work and messages are returned undeliverable. I WANT TO SPEAK WITH SOMEONE IN THE U.S. NOW. I AM TIRED

☺



Exhibit 11, Page 125

want to store product at your New Jersey warehouse
and have requested to speak with someone at the
New Jersey warehouse. You are my third "personal
agent" and no one will give me a name, e-mail
address for anyone in the U.S. to speak with. The
contact e-mail you gave me for "Ye" does not work
and messages are returned undeliverable. I WANT TO
SPEAK WITH SOMEONE IN THE U.S. NOW. I AM TIRED
OF GETTING THE RUN AROUND.

22:13

yes but you know our company rule and policy is that
the personal agent responsible for all orders of his
customer and in our us warehouse there are the
workers handling the orders that receive and dispatch
the orders

normally they dont contact with the customers directly

if u have any problem pls contact me

i will do everything for u



2020年2月28日

**Max , 3:10**

I appreciate your assistance. Please assist me with setting up the requested visit to the warehouse. ☺

13:12

okay i will

when do you plan to visit our warehouse

**Max , 20:27**

I would like to visit within the next two weeks. ☺

21:45

okay i will tell our us warehouse workers

**Max , 21:49**

Thank you. Please let me have them contact me as soon as possible so we can schedule date and time. ☺

22:39

okay i will

22:50

you'd better visit in the afternoon of Tuesday to Thursday

9095862127 this is the phone number and before you visit pls contact the workers and make a date time

their working time is 9:00am -5:30pm

Max , 22:52

☺

I should be able to visit in the afternoon. Can you provide address for the warehouse?

22:56

New Jersey Warehouse, East America:
Suite 313, 20 Haypress Road, Cranbury, NJ 08512 USA

Max , 22:57

☺

Thank you. The number you provided is for California. Is that the correct number to call for New Jersey? Is there a specific person I should ask for when I call?

22:58



the address is correct

the number is office number

Max , 23:03

ok. Thank you for your assistance. I will call them. ☺

Can you check on the status of the refund for the 17 ☺
Starter kits? I will then place another order once
refund is confirmed.

23:06

okay i will check it

Max , 23:08
☺
Thank you.

2020年3月3日

Max , 2:13

Can you let me know status of refund. Also let me ☺
know how I can place additional order for the starter
kits. I want to get this in ASAP.

2020年3月4日

16:58



we have refund it to you

2020年3月5日

Max , 2:58

☺

Thank you for providing the refund. I appreciate it. I would like to proceed with purchasing the additional starter kits and have them shipped to the NJ warehouse. Please let me know best way to submit order.

9:56



this is our us warehouse using requirements

— 2020年3月7日 —

**Max , 6:47**

Thank you for the warehousing requirements. I am
interested in proceeding with an order for 100 pcs. of
the starter kits shipped to the NJ warehouse. However,
before I finalize the order, I want to make sure the
items are the same as what I received last time. I have
customers waiting and don't want to have the same
problem as I did with the chargers.

— 2020年3月8日 —

14:14

sorry for out mistake and welcome to your checking
and confirmation. It wont happen again and i will pay
more attention to your orders later

**Max , 22:10**

I appreicate that. Can you send me picture of Starter Kit that is in stock? I want to get order placed as soon as possible. ☺

───── 2020年3月10日 ─────

10:30

okay i will send you soon

20:26



───── 2020年3月13日 ─────
───── 2020年3月13日 ─────

**Max , 0:49**

Thank you for sending the photos. How can I place order with shipping to NJ warehouse? ☺

12:02

when you order pls choose to store in our us warehouse

───── 2020年3月16日 ─────

**Max , 23:25**

I have completed the order wth shipping to the NJ warehouse. Please let me know once the product has been shipped and you have an ETA for the product at the NJ warehouse. ☺

———————————————— 2020年3月16日 ————————————————

Max , 23:25

I have completed the order wth shipping to the NJ
warehouse. Please let me know once the product has
been shipped and you have an ETA for the product at
the NJ warehouse.

☺

———————————————— 2020年3月17日 ————————————————

10:45

yes i know our purchase team has bought from
facotry and i will let you know when we will ship it to
us warehouse

———————————————— 2020年3月21日 ————————————————

16:45

SY2003143563222037 sorry for this order the factory
told me it it out of stock now

pls open dispute to refund



Do you know when it will be back in stock? ☺

15:29

sorry the factory wont produce it agian and we have remove it from our products list

16:24

i have asked our purchase team to find it pls wait some time

and if i have any news i will let you know

Max , 23:41

☺

Thank you for your message. Do you have an estimate on how long it will take for the purchase team to locate the goods? Do you have any JUUL stock in the U.S. that can be sent to the NJ warehouse?

——————— 2020年3月25日 ———————

13:01 ⋮

it may take 2-3 days then we can know the result

sorry our us warehouse is no stock now



Max , 22:08

I appreciate your help. I need 100 pcs or more. I will look into ordering what you have available. What warehouse are they in?

☺

22:20

in China warehouse

2020年4月5日

18:00



this one is okay?

please confirm

Max , 19:53

Does this include the device as well? ☺

───────── 2020年4月8日 ─────────

Max , 1:29

☺

I am stillinterstd in the 100 pcs. Please confirm they are Starter Kits like the last ones.   Also, I wnat to go ahead and order the 13 available Starter Kits you do have. How do I do that? Do you still have 13 avaiable in your warehouse?

14:2

66

I am stillinterstd in the 100 pcs. Please confirm they are Starter Kits like the last ones.   Also, I wnat to go ahead and order the 13 available Starter Kits you do have. How do I do that? Do you still have 13 avaiable in your warehouse?

Max Hewlett Nick Patterson, 2020/4/8

to go ahead and order the 13 available Starter Kits you do have. How do I do that? Do you still have 13 avaiable in your warehouse?

Max Hewlett Nick Patterson, 2020/4/8

─────────────────────────────

yes we have 13pcs in our warehouse

because it is packed and cant open so we dont know what contains in it so i will ask the new factory send to me the picture for your confirmation

Max , 21:37                                                    ⋮

I placed the order for the 13 Starter Kits. Yes, please have factory send picture for confirmation of the 100 pcs. Thank you. ☺

22:12

okay i will

───────── 2020年4月9日 ─────────



hi these are all the items in one set pls confirm it

if it is okay we will ask the factory to produce it

Max , 21:01

Thank you for sending the photos. Yes, these are ok. ☺

22:24

okay so I will ask the factory to make it

also welcome to your more orders 😬

Max , 22:52

Thank you. I appreciate the assistance. Let me know ☺
once the product is made and ready to be shipped to
your NJ warehouse.





Max , 20:05

Is the product ready for shipping? I need the product in the new Jersey warehouse. Can you ship it there in smaller quantities? ☺

20:07

sorry due to the limited shipping ways it is hard to ship and in our China warehouse has the enough workers to deal with the orders

Max , 20:10

I have arrangements with customers for sourcing, shipping from New Jersey. Please see what you can do to have it shipped to the New Jersey warehouse. ☺

20:11

the virus is very serious and you can still go outside in the US?

Max , 20:13

We can go outside for personal and business needs as long we take precautions. ☺



We can go outside for personal and business needs as long we take precautions.

20:16

okay let me try to find a solution

Max , 20:16

Thank you. ☺

――――――――― 2020年4月18日 ―――――――――

18:41 ⋮

hi we have consider many of ways but it is hard to ship the product to the us warehouse during this tough time because now the situation is not stable and shipping ways will change at any time so i suggest this time pls store it in our China warehouse and believe that ship from China warehouse is faster than us warehouse now with cj packet because the China warehouse has enough workers to deal with the orders

――――――――― 2020年4月20日 ―――――――――



Max , 21:16

2020年4月20日

☺                                              ⋮

Thank you for your message. Is it possible to ship the
order in smaller shipments to your New Jersey
warehouse? Or would it be possible to hold the
shipment in your China warehouse and then send it to
your New Jersey warehouse once it opens back up? Is
your New Jersey warehouse currently opened?

21:17

yes our warehouse is open now but there is no
shipping fee to send to our warehouse

Max , 21:20

☺

I really need them stored at U.S. warehouse.

21:22

you want to ship it faster or something others

if only for the shipping i think ship from China
warehouse is faster than us warehouse now

Max , 21:27



20:42

66

*Any updated on the status of 100 pcs. Starter kit order shipping to the New Jersey warehouse?*

Max Hewlett Nick Patterson, 2020/4/27

not yet because the virus is very serious that affects the shipping way

66

*Also, I am interested in ordering branded airpods and 5 watt Apple US adapter with branded packaging for both. Can you let me know what you have available? Thank you.*

Max Hewlett Nick Patterson, 2020/4/27

do you have sku or the product link? then i will find it for you

Max , 20:51

Here is the SKU for the earbuds CJXFBXEJ00077. Need to make sure they are branded and have branded packaging. I do not have a SKU or link for the 5 watt adapter





Exhibit 11, Page 144



Max , 21:16

☺

You have shipped the same item to the U.S. in the past with no problem. Please see what you can do to get them to your New Jersey warehouse.

☺

Please provide me picture of the 5 watt charger. I want to put order in soon. Thank you.

——————————— 2020年5月8日 ———————————

9:16

66

*You have shipped the same item to the U.S. in the past with no problem. Please see what you can do to get them to your New Jersey warehouse.*

Max Hewlett Nick Patterson, 2020/5/7

now is special time and many shipping ways are limited and the custom check the goods more strictlly

Exhibit 11, Page 145



2020年5月8日

Max , 20:13

Please keep working on the shipping of the starter kits. Thank you for the 5 watt adapter picture. Can you provide a photo of the packaging the 5 watt adapter comes in?

☺

———— 2020年5月9日 ————

0:10

okay i will send you later

———— 2020年5月11日 ————

17:52

it without any package but with protective film

Max , 20:19

Thank you for confirming about packaging. I willlet you know about additional order. Any progress on when you can have the Starter Kits to Nwe Jersey?

☺



0:10

okay i will send you later

——————— 2020年5月11日 ———————

17:52

it without any package but with protective film

Max , 20:19

Thank you for confirming about packaging. I willlet you know about additional order. Any progress on when you can have the Starter Kits to Nwe Jersey? ☺

20:25

😎 😎 😎 😎 i cant say now and i will keep asking this one

Max , 20:32

Thank you! ☺

20:3?

——————— 2020年5月16日 ———————

Max , 4:00

Can you get packaging for the 5 watt adapters? ☺

21:23

it without any package but with protective film

the flim is cleare

clear

——————— 2020年5月18日 ———————

Max , 20:23

Can you find packaging for them? ☺

——————— 2020年5月19日 ———————



14:46

sorry with the apple logo we cant sell this because it may invade the patent

———————— 2020年5月21日 ————————



Max, 5:43

Do you have any other packaging options for the 5 watt adapter? ☺



because it has the apple logo

Max , 19:02

I still want to purchase the adapters. Let me know availability. ☺

What is the status of the starter kit shipment to New Jersey warehouse? ☺

2020年5月22日

11:54

66

*I still want to purchase the adapters. Let me know availability.*

Max Hewlett Nick Patterson, 2020/5/21

if no apple logo i think we can do it

66

*What is the status of the starter kit shipment to New Jersey warehouse?*

2020/5/22 日

11:54

66

*I still want to purchase the adapters. Let me know availability.*

Max Hewlett Nick Patterson, 2020/5/21

if no apple logo i think we can do it

66

*What is the status of the starter kit shipment to New Jersey warehouse?*

Max Hewlett Nick Patterson, 2020/5/21

we still cant ship your stock to the us warehouse

Max , 20:38

☺

Do you have an estimate on when you can ship stock to the U.S.?

Max , 20:46

☺

I need those 100 pcs. of starter kits.

---

2020年5月24日

0:03

i have no idea because the situation not allow to ship it to our us warehouse

your customer need to order it? and for now i am also not sure if it can ship from the China warehouse because the custom checking is very strict

---

2020年5月26日

Max , 21:08

☺

Can you please find a solution for the shipping? Please let me know about the 5W adapters and earbuds. I would like to place an order soon.

---

2020年5月27日

14:13

for the 5W adapters and earbuds with apple logo sorry we cant sell it because it may cause infringement

sorry we cant sell it because it may cause infringement

for your stock sorry we have no shipping ways to reach it

can we ship the goods no apple logo ?

———————————— 2020年5月28日 ————————————

Max , 1:14

I need the 5W adpaters and earbuds with logo on them. Do you kow were I can get them? How can my Starter Kits if you can not ship them?

11:36

pls refer to the aliexpress

becasue it may cause the infringement sorry we are afraid not

———————————— 2020年5月29日 ————————————

Can you ship via Aliexpress to your NJ warehouse?

———————————— 2020年5月30日 ————————————

21:04

sorry we are the different platform and i have asked the shipping team that we can ship it secretly but it will have big risk of being checked by the custom

then it will be hold by the custom

———————————— 2020年6月3日 ————————————

Max , 21:58

I appreciate all of your assistance so far. CJ DropShipping promised to ship and store the Starter Kits in their New Jersey warehouse at the time I purchased them. I am extremely frustrated as I ordered these products on March 16, 2020 an they are still not on New Jersey. Please do whatever you can to get the product to your warehouse as promised.



I do not need the packaging for the 5W adapters. I need 100 pcs. of each of the above. I want put in order today.

I need the start kits shipped out by the end of this week.

2020年6月9日

13:17

these products has the APPLE logo sorry we cant sell it



these products has the APPLE logo sorry we cant sell it

i can find the no logo for you

pls confirm if you can accept it or not

Max , 18:44

Do you have the Apple logo ones in your warehouse? ☺

18:50

sorry we dont have because we cant sell the apple logo

Max , 19:05

I will see if I can use the ones without the logo and let you know. ☺

I need the starter kits shipped out by the end of this week. Please make it happen. ☺

13:17



I need them shipped out no later than Friday to your New Jersey warehouse I have customers and investors I need to answer to.

2020年6月10日

13:37

you mean this friday or next friday?

if this friday sorry we cant reach your time becasue we need to wait for the factory shipment to our warehouse

Max , 18:36

How soon will factory shipment be at your warehouse?

20:23

the processing time is 2-7 days

from your ordered it

you can accept the no logo one?

Max , 20:23

2020年6月10日 ☺

I thought you already had the starter kits.

20:25

yes we have many bluetooth



CJXFBXEJ01220



I am talking about the 100 starter kits that I already paid for. ☺

20:26

sorry we cant ship this product to our us warehouse now

the product attribution is banned

Max , 20:27

When can you ship it? ☺

20:29

we can ship it secretly and ship it with several times but we can be sure it wont be checked and hold

it is the only way we can have

so i suggest you store it in our china warehouse and ship it when your customer needs it

Max , 20:42

Please ship it in a few separate smaller orders. ☺





yes but it has risk

Max , 18:48

You shipped this product before without problem. ☺

18:57

but now we cant ship it with large quantity

still has the risk

Max , 19:00

how many can you ship at a time? ☺

───── 2020年6月16日 ─────

Max , 19:18

I would like a refund of my money for the 100 Starter Kits. I do not want a credit to my account. I want the money refunded back to me as soon as possible. ☺



we have sent out these produccts

to our us warehouse

Max , 19:35

How many did you send?  What is ETA for arrival?
What is tracking number for shipment? ☺

20:06

we will ship it once time and it may arrives next
monday

we ship them with other ordinary products

Max , 20:10

Do you have tracking number for the shipment? ☺

————— 2020年6月17日 —————

14:40

i need to ask the shipping team for this then reply to
you

————— 2020年6月22日 —————



strict

Max , 20:15
I thought they already shipped? ☺

2020年6月24日

15:13

they are waiting for the flights because we need to ship this products with other electronic ones because all of them cant ship together, we are waiting for the chances

Max , 19:14
Do you have an estimate on when that will be? ☺

20:01

i cant predict because we need to wait other electronic items to ship together

2020年6月25日



If they can be shipped out this week, I want a refund. I would like a refund of my money for the 100 Starter Kits. I do not want a credit to my account. I want the money refunded back to me as soon as possible.

---------- 2020年6月26日 ----------

17:57   :



sorry this product is only for you because at first the factory is out of stock and wont produce it anymore and at that time i suggest you open dispute to refund but you said you want it so we searched many factories and finally one factory agreed to make it, for the shipping delaying is what we cant expect with so strict custom policy, and now the factory cant accept the refund

Exhibit 11, Page 162

Max , 21:28

This is not acceptable. I placed the order on March 16, 2020 with shipping to your New Jersey warehouse. You informed me last week that the order had shipped and would be in New Jersey by Monday, June 22, 2020. You have my money and have not delivered my product. This was your policy when I ordered the product. 1. Delayed Orders: Orders No Found, In transit, Pending, Expired with more than 45 days (counting from the date you send the payment to CJDropshipping.com) for the USA and 60 days (except some countries that used China Post Registered Air Mail. Based on your policy at the time of purchase, I want the money I paid for the order refunded to me now. Thank you.

21:44

during the special time  Covid sorry we cant refund and it is not what we want to ship the goods but the custom check it very strictly and we want to make your stock safe to arrive at our warehouse

21:50

we are always finding the ways to ship them to our us warehouse but it is not easy

 Max , 21:58

☺

I appreciate your feedback. However, I do not have any product and am out the money I paid 3 months ago. Since you can not deliver the product, I want a refund.

22:09

yes i know your feeling and worry as well as us so we are always nigotiate with the shipping company, these days are the Dragon Boat Festival so the shipping company wont reply to us , after it i will reply to you about shipping

we have sent out to the shipping company and waiting for a suitable time to ship these goods

Max , 22:20

Max , 21:58

☺

I appreciate your feedback. However, I do not have any product and am out the money I paid 3 months ago. Since you can not deliver the product, I want a refund.

22:09

yes i know your feeling and worry as well as us so we are always nigotiate with the shipping company, these days are the Dragon Boat Festival so the shipping company wont reply to us , after it i will reply to you about shipping

we have sent out to the shipping company and waiting for a suitable time to ship these goods

 Max , 22:20

☺

⋮

I look forward to receiving a favorable response as soon as the holiday is over. Enjoy the Dragon Boat Festival.



2020年6月28日

Max , 22:20

I look forward to receiving a favorable response as soon as the holiday is over.  Enjoy the Dragon Boat Festival.  ☺

22:21

thank you 😄

2020年6月29日

Max , 20:00

I hope you had a nice holiday. Any update on this?  ☺

2020年6月30日

15:52  ⋮

we are waiting for the tracking number from the shipping commpany and once we get it i will send it to you

Max , 18:39

What day are they shipping out?  ☺







9:29

the products has arrived at the usa and it is under custom clearance

Max , 18:30

Do you have a tracking number for the shipment? ☺

—————— 2020年7月11日 ——————

21:18

i will ask it then send to you

—————— 2020年7月14日 ——————

Max , 1:51

Do you have the tracking number for the shipment? ☺

10:14 ⋮





hi this is your prive stock pls check it and now you can order it from the us warehouse

——— 2020年7月15日 ———

Max , 5:15

Is this stock currently in the NJ warehouse and available for me to inspect? ☺

9:29

yes you can order it now

——— 2020年7月16日 ———

Max , 4:53

Please provide me with tracking number for the shipment to the NJ warehouse. Thank you. ☺

――――――――――― 2020年7月16日 ―――――――――――



Max , 4:53

Please provide me with tracking number for the
shipment to the NJ warehouse. Thank you. 

17:18

sorry i have asked the shipping company for the
tracking number but because we shipped your goods
with other  different packages so we cant find the
tracking number now

――――――――――― 2020年7月31日 ―――――――――――

9:23

Hi have you opened the paypal dispute ? is there
anything wrong?





I have showed you that your stock is in our us warehouse and you can order them to your customers



these are the pictures from our us warehouse

i think there is some misunderstanding and this order is your private stock order so normally we wont provide the tracking number and will ship with other parcels, once it arrives at the USA we will add it to your stock, if you dont trust me welcome to our us warehouse to visit your stock and i have sent you the address before

9:40    ⋮

hi could you cancel the paypal dispute? i really doubt why you opened the dispute just because of one tracking number? we have shipped the goods to our us warehouse and add it to your inventory, also welcome to your check and confirmation at any time. once you opened the paypal dispute you have added to cj blacklist automatically and you have little chance to win because what we did is correct, i think we will have more chances to cooperate with each other in the future so i hope we can deal with it peacefully. if you have anything unsatisfied pls let me know and we will try to meet you

——————— 2020年8月4日 ———————

 Max , 5:24

I appreciate the additional details you provided. I am willing to cancel the PayPal dispute as long as the goods are available in your New Jersey warehouse to be picked up as originally planned. Can you confirm the address of the New Jersey warehouse and let me know what paperwork is required to pick up the goods?





Exhibit 11, Page 173

9:36

hi thanks for your understanding and yes what i gave
you is the correct address and you can visit your stock
after you called our warehouse for your visit time and
9095862127 this is the phone number

New Jersey Warehouse, East America:
Suite 313, 20 Haypress Road, Cranbury, NJ 08512 USA

this is address for you

you need to cancel the paypal dispute then you can
order you stock to your house and you only need to
pay for the shipping fee



Max , 18:25

I want to pick up the stock when I visit the warehouse.    ☺

Max , 19:03

Please confirm I can do this.    ☺



19:10

okay i will ask our us warehouse manager

Max , 19:12

Thank you. ☺

2020年8月5日

14:41

hi you can go to our warehouse to pick it up and you need to pay for the shipping fee from China to our us warehouse about USD145.7

tell me when you will go

Max , 19:29

Why would I have to pay shipping? The shipping to the NJ warehouse was included in my order. ☺

19:34

not yet, the shipping fee will be included in your orders to your customers, for example when you order it from our us warehouse you need to pay for the shipping fee with usps+ that includes the shipping fee

14:41

hi you can go to our warehouse to pick it up and you need to pay for the shipping fee from China to our us warehouse about USD145.7

tell me when you will go

 Max , 19:29

Why would I have to pay shipping? The shipping to the NJ warehouse was included in my order. 

19:34 ⋮

not yet, the shipping fee will be included in your orders to your customers, for example when you order it from our us warehouse you need to pay for the shipping fee with usps+ that includes the shipping fee from china to the us warehouse

what you paid is only the product fee

each customer needs to pay for the shipping fee from the china to the us warehouse

19:40

who tell you our product price includes the shipping fee?

waiting for your news

once you paid for the shipping fee you can go to our us warehouse to get your products or you can visit your products first then pay for the shipping fee, both are okay

———————— 2020年8月6日 ————————

13:48

Hi how do you think? you want to choose to pay for the shipping fee and pick it up or you want us send them to your house? for the shipping fee we need to charge it because we cant lost our cost and it is same to each customer not only you and if you dont trust me pls ask other cj user for confirmation, we dont need to cheat you



Max , 2:36

I have closed the PayPal dispute. Please unlock my cjdropshipping.com account and provide the invoice for the shipping fee so I can pay it and schedule pick up of the goods from the warehouse. Thank you.

☺

— 2020年8月17日 —

15:50

thanks for your understanding but for the invoice we ship with other products so we dont have the seperate inoice only about this one

Max , 20:09

Please let me know how I can send payment for the shipping costs. Also can you please unblock my account. Thank you.

☺

Max , 20:18

I want to pick up the goods this week.

☺

20:32

okay i will ask to unlock your cj account

Exhibit 11, Page 178

the shipping fee is USD145.7



### Checkout for Dropshipping Orders – Your Favorite

aliexpress dropshipping drop shipping aliexpress china dropshippers dropshipping with aliexpress

 https://wp.cjdropshipping.com

here pls pay for the shipping fee and tell me when you will pick your orders up then i will tell our us warehouse colleague to arrange it



Max , 19:44

☺

Thank you for unlocking my account. I have made the payment of $145.70 using the link you provided. I am planning to pick up the goods either Thursday or Friday this week. Please confirm the goods will be ready and who I will need to ask for and what paperwork is required to pick up the goods. I appreciate your help.

19:51

pls send me the payment shot then i will send to our finace department to check and confirm it

Max , 19:55



☺

20:12

thank you

Exhibit 11, Page 179



Max , 19:23

Can you confirm payment has been received and that goods are ready for pick up tomorrow or Friday? ☺

19:27

yes we received it

i will tell our us warehouse colleague that you will pick it up on Friday

Max , 19:31

I will check on availability for Friday. Can I have it picked up tomorrow if needed? Do you have name and direct phone number for contact at warehouse? ☺

19:34

9095862127 this is the phone number of our us warehouse and you can call Mr.Ye

also i will tell him



Thank you. The Tel: 909-586-2127 is a California number. Do you have one for New Jersey? 

20:19

hi sorry i have confrimed with our boss that due to the servious Covid in the USA we cant accept the pick up to our us warehouse because it takes risk of our warehouse workers life and we only support to ship it and we will refund to you the shipping fee from china to us and pls order in the system, in order to compensate delaying we would like to provide the shipping discount for you



Max , 20:23                                                                    ⋮

I have already made the arrangements to pick up the product. I do not want shipping refund. I need to pick up the goods. 

20:26

but you know the servious covid and we cant take risk of our workers life now, we need to make sure their security, it also has the risk to you





Max , 20:56



I do not want to risk the health of anyone. We will take proper precautions. Can your warehouse have the goods ready for contactless pickup so we do not need to be near each other?

21:08

what is the contactless pickup because our warehouse workers need to confirm you are the right person to get the goods and you need to talk to each other



Max , 21:16



We can confirm via phone and provide copy of invoice, all while a staying at least 6 ft. apart.

22:05

sorry we cant take risk and our us warehouse is very important to our company because our us orders need it, any risk to affect its working cant be accepted

2020年8月20日



Max , 21:16

☺

We can confirm via phone and provide copy of
invoice, all while  a staying at least 6 ft. apart.

22:05

sorry we cant take risk and our us warehouse is very
important to our company because our us orders
need it, any risk to affect its working cant be accepted

——————— 2020年8月20日 ———————

Max , 2:49

☺

I understand the importance of safety during this time.
I will get you a shipping address to have the product
shipped to.

Max , 5:58

☺

Please ship out all 100 pcs. out today to the following
address.        Westwood
c/o Cara
370 West Pleasantview Avenue
Suite 2-179
Hackensack, NJ 07601



c/o Cara
370 West Pleasantview Avenue
Suite 2-179
Hackensack, NJ 07601

Please provide me with a tracking number for the
shipment. I appreciate your assistance. ☺

Max , 6:07

I need the shipment to arrive as soon as possible. ☺

Max , 21:21

Can you please confirm the goods will be shipped out
today? ☺

21:37

😄 😄 😄 hi we just confirmed that NJ ban to ship
that product and you need to pick it up, 9095862127
this one the phone number pls pick it up during the
working time

pls call first before going to pick it up

Exhibit 11, Page 184



13:10

hi you have picked the products right?

Max , 23:27

Yes, they product has been picked up. ☺

23:27

okay great 🐸

2020年10月12日

Max , 20:25

Hello. I hope you are well and enjoyed the holiday. I wanted to let you know that the order we picked up, the product we got was perfect. It sold very well. Do you have any more of these available in stock? ☺

20:28

😂 😂 😂 sorry we wont sell that because it is banned to ship and last time we take big risk to send out

you can look for another product