# EXHIBIT 7

Alejandro S. Angulo (State Bar No. 217823)
aangulo@rutan.com
Bradley A. Chapin (State Bar No. 232885)
bchapin@rutan.com
Kathryn D.Z. Domin (State Bar No. 274771)
kdomin@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, CA 92612
Telephone:   714-641-5100
Facsimile:    714-546-9035

Alexander Chen (State Bar No 245798)
William R. Walz (State Bar No 136995)
Katja M. Grosch (State Bar No 266935)
Theodore S. Lee (State Bar No 281475)
INHOUSE CO. LAW FIRM
7700 Irvine Center Drive, Suite 800
Irvine, CA 92618
Telephone:   949-250-1555
Facsimile:    714-882-7770

Attorneys for Defendants and Counter-Claimants,
Andy Chou (aka Lizhi Zhou); Yiwu Cute Jewelry
Co., Ltd.; Yiwu Xite Jewelry Co., Ltd.; CJ
Fulfillment Corp.; CJ Trade Corp.; and Yiwu
Promotional Trade Co., Ltd. (aka Yiwu Promotion
Trade Co., Ltd.)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUUL LABS, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>ANDY CHOU (aka LIZHI ZHOU), an individual; YIWU CUTE JEWELRY CO., LTD., a Chinese limited company; YIWU XITE JEWELRY CO., LTD., a Chinese limited company; CJ FULFILLMENT CORP., a California corporation; CJ TRADE CORP., an Arizona corporation; and YIWU PROMOTIONAL TRADE CO., LTD. (aka YIWU PROMOTION TRADE CO., LTD.), a Chinese limited company,<br><br>            Defendants. | Case No.: 2:21-cv-03056-DSF-PD<br><br>**DECLARATION OF GEN YU WU IN SUPPORT OF DEFENDANTS' OPPOSITION TO JUUL LABS, INC.'S MOTION FOR PRELIMINARY INJUNCTION** |

ANDY CHOU (aka LIZHI ZHOU), an individual, YIWU CUTE JEWELRY CO., LTD., a Chinese limited company; CJ FULFILLMENT CORP., a California corporation; and CJ TRADE CORP., an Arizona corporation,

              Counter-Claimants,

    vs.

HU QIAN, an individual,

              Counter-Defendant.

_____

## <u>DECLARATION OF GEN YU WU</u>

I, Gen Yu Wu, hereby declare as follows:

1.     I am a resident of the People's Republic of China ("PRC").  I am over the age of 18.  I have personal knowledge of the matters stated herein, and if called upon to testify in a court of law, I could and would competently testify to the veracity of the facts I state in this declaration.  I make this declaration in support of defendants' Opposition to Juul Labs, Inc.'s ("Juul") Motion for Preliminary Injunction.

2.     I am the Director of the Financing Department of Defendant Yiwu Cute Jewelry Co., Ltd. which operates CJDROPSHIPPING.COM ("CJ").  I joined CJ in June 2020.

3.     Prior to joining CJ, I was the accounting director in numerous publicly-listed technology companies in PRC, including Hangzhou Full Chain Supply Chain Management Co., Ltd., from December 2018 to May 2020, and Zhejiang Jieshang Vision Technology Co., Ltd., from November 2017 through November 2018.

4.     Additionally, I was previously employed as a certified public accountant in Beijing Xinghua Certified Public Accountants (Special General Partnership) between 2015 to 2017.

5.      I am a licensed Certified Public Accountant, Certified Tax Agent, and Intermediate Accountant in PRC.

6.      CJ has experienced exponential growth since its inception in 2014 as a premier ecommerce marketplace platform focused on connecting third-party resellers in China to retailers around the world.  CJ experienced explosive growth in 2020 during the COVID-19 pandemic as the world shut down and became more reliant on ecommerce.

7.      I was hired by Andy Chou, CEO of CJ, to lead the financing department.  My work at CJ involves performing tasks such tax planning, cash flow planning, auditing, accounting, and finance projection.  I directly supervise over 20 employees in the accounting and finance department of CJ.

8.      In 2019, CJ's gross sales revenue was $50,000,000 USD.  In 2020, CJ achieved gross revenue of $160,000,000 USD.

9.      Currently, CJ has approximately 500,000 active product listings at any given time, and it supports approximately 400,000 retailers worldwide.

10.     About 50% of CJ's revenue is generated from selling in the US, while the remainder is from selling to the rest of the world.

11.     CJ receives payments from its retailers of approximately $3.6 million dollars per month via Paypal.  These monies are regularly wired back to China to pay the third-party resellers and to cover expenses.

12.     CJ keeps a percentage of the proceeds from each listing as commission.

13.     As part of my oversight and responsibility for the Financing Department at CJ, I have access and control over CJ's Paypal account, including access to our summary records of Paypal transactions.  Attached hereto as **Exhibit 1** is a true and correct copy of the summary of funds received in CJ's Paypal account for the month of March 2021, which reflects the daily receipts.  For example, the amount received via Paypal on March 1, 2021, was $119,956.40.

14.     In addition to Paypal, CJ's retailers also remit payments using Payoneer or wire transfers to bank accounts in the name of CJ Trade Corp. and CJ Fulfillment Corp.  As explained in the concurrently-filed declaration of Andy Chou (CEO of CJ), CJ Trade Corp. and CJ Fulfillment Corp. are two United States based companies that operate the fulfillment centers in New Jersey and California, respectively, for CJ.  They each have their own employees, lease the property where the fulfillment centers are located, and pay taxes in the United States.

15.     Yiwu Cute Jewelry Co. in the PRC pays CJ Fulfillment Corp. and CJ Trade Corp. in the US for the US-based services provided to complete the CJ transactions initiated over the CJ platform.  The costs incurred and paid for in the United States by these fulfillment centers includes, just by example, warehouse leases, payroll, and shipping costs.  Collectively, on average, CJ pays DHL approximately $200,000 per month to ship products to retailers or their customers. Attached as **Exhibit 2** is a true and correct copy of a DHL bill summary to CJ Fulfillment Corporation for March 2021 showing the total due as $199,759.36.

16.     In addition, CJ pays USPS approximately $1,000,000 per month to ship products from the two US fulfillment centers to retailers or their customers. Attached as **Exhibit 3** is a true and correct copy of the USPS bill in summary for March 2021, showing the total due as $1,031,412.00.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 17, 2021, at Hangzhou Zhejiang; People's Republic of China.

Gen Yu Wu
Gen Yu Wu
Director of Financing Department