# EXHIBIT 8

| USER INFO | | | | | | | |
|---|---|---|---|---|---|---|---|
| | First Name: | Middle Name: | Last Name: | SSN: | DOB: | Credit Card Statement Name: | Email: |
| | 理志 | | 周 | | REDACTED | CUJIAMAOYIY | 1979761568@qq.com |

| BUSINESS INFO | | | |
|---|---|---|---|
| | Name: | URL: | Customer Service Phone: |
| | 义乌市促佳贸易有限公司 | | |

| ACCOUNT INFO | | | | |
|---|---|---|---|---|
| | Account Status: | Account #: | Account Type: | Time Created: |
| | Warning | *1 | Business - Chinese Verified - Cat405MF (China) | Jul 29, 2017 01:03:39 PDT |

| E-MAIL | | | | |
|---|---|---|---|---|
| | E-mail | Primary | Confirmed | Active |
| | 1979761568@qq.com | X | X | X |
| | 1156979741@qq.com | | | |
| | 1599537242@qq.com | | | |

| PHONE NUMBERS | | | |
|---|---|---|---|
| | Phone Number | Type | Confirmation Status |
| | +86 15257521876 | Work - Deleted | Unconfirmed |
| | +86 15397560875 | Work - Deleted | Unconfirmed |
| | +86 18267041623 | Mobile | Unconfirmed |
| | +86 8618267041623 | Mobile | Confirmed |

| BANKS | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Type | Status | Confirmed | Bank Name | Name | Routing # | Bank Acct # |
| | Checking | Active - Primary | Unconfirmed (rand dep not yet initiated) | BANK OF AMERICA, N.A. | 周理志 | | 122101706 |
| | Checking | Active | Unconfirmed (rand dep not yet initiated) | BANK OF AMERICA, N.A. | 周理志 | | 121000358 |
| | Checking | Active | Unconfirmed (rand dep not yet initiated) | CITIBANK NA | 义乌市促佳贸易有限公司 | | 31100209 |

| CREDIT CARDS | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Type | Status | Confirmed | Name | CC Number | Exp. | Currency |
| | CUP Debit | Active | RdChg | 理志 周 | REDACTED0360 | REDACTED | CNY |