# EXHIBIT 10



P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

✉ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

CJ FULFILLMENT CORPORATION
13955 CENTRAL AVE
CHINO, CA  91710-5556

🔔 Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum Honors

for March 1, 2021 to March 31, 2021                                             Account number: ▮▮▮▮▮▮▮▮

**CJ FULFILLMENT CORPORATION**

## Account summary

| | | |
|---|---:|---|
| Beginning balance on March 1, 2021 | $207,225.19 | # of deposits/credits: 71 |
| Deposits and other credits | 1,413,278.65 | # of withdrawals/debits: 154 |
| Withdrawals and other debits | -1,449,094.40 | # of items-previous cycle[1]: 1 |
| Checks | -812.22 | # of days in cycle: 31 |
| Service fees | -1.00 | Average ledger balance: $177,170.71 |
| **Ending balance on March 31, 2021** | **$170,596.22** | [1]*Includes checks paid,deposited items&other debits* |



**BUSINESS ADVANTAGE**

Keep your business and personal banking with you, wherever you go

With the Mobile Banking app, you can stay on top of both your small business banking and personal accounts, wherever you are. Download the app today from your app store or visit **bankofamerica.com/GoMobile**.

Your Digital Tools

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-10-20-0838.B | 3220188

 **BANK OF AMERICA**  **Your checking account**

**CJ FULFILLMENT CORPORATION**  |  Account #         |  March 1, 2021 to March 31, 2021

As of 01/08/2019, your account has earned $133.65 in Cash Rewards on your Bank of America Merchant Services processing since enrolling in Bank of America Preferred Rewards.

## Deposits and other credits

| Date | Description | Amount |
|---|---|---:|
| 03/01/21 | Online Banking Transfer Conf# fb37afd35; CJ TRADE CORP, CJ TRADE CORP | 25,000.00 |
| 03/01/21 | Instarem PTE Lim DES:PY16905923 ID:PY16905923  INDN:CJ FULFILLMENT CORPORA  CO ID:0514670509 CCD  PMT INFO:HK Arise Beyoud Ecommerce Limited | 6,500.00 |
| 03/01/21 | STRIPE          DES:TRANSFER   ID:ST-Y9C5H1K1D8C5  INDN:CJ FULFILLMENT CORP     CO ID:4270465600 CCD | 221.81 |
| 03/01/21 | Aobiz Group      DES:CJ 001      ID:XXXXXXXXX  INDN:CJ FULFILLMENT CORPORA  CO ID:1453233521 IAT  PMT INFO: MIS 000000000000000000  FOR MORE INFORMATION CONTACT CUSTOMER SERVICE | 27.90 |
| 03/02/21 | WIRE TYPE:INTL IN DATE:210302 TIME:0539 ET TRN:2021030100270396 SEQ:DZ210301ZIK04923/330019 ORIG:StoneX Financial GmbH ID:DE44500604000150 ORIG BK:DZ BANK AG DEUTSCHE ZENTRAL-G ID:GENODEFF PMT DET:NICLAS HOLTFOTH,NORDHAEUSER STR. 5A,MAINZ | 2,400.00 |
| 03/02/21 | STRIPE          DES:TRANSFER   ID:ST-I4R1L1Y3D3O3  INDN:CJ FULFILLMENT CORP     CO ID:4270465600 CCD | 105.21 |
| 03/03/21 | Online Banking Transfer Conf# 39d97d92b; CJ TRADE CORP, CJ TRADE CORP | 25,000.00 |
| 03/03/21 | WIRE TYPE:WIRE IN DATE: 210303 TIME:0534 ET TRN:2021030300218175 SEQ:6816562062FS/000874 ORIG:1/TEUKAM KOMEGNE MARCEL G ID:LT87325007558297 SND BK:JPMORGAN CHASE BANK, NA ID:021000021 PMT DET:SWF OF 21/03/03 CJ21021928635587176 CJ2102 | 2,797.06 |
| 03/03/21 | STRIPE          DES:TRANSFER   ID:ST-Y0Q9I6D1Q4W4  INDN:CJ FULFILLMENT CORP     CO ID:4270465600 CCD | 148.00 |
| 03/04/21 | WIRE TYPE:WIRE IN DATE: 210304 TIME:0842 ET TRN:2021030400245532 SEQ:SWF017942063/002075 ORIG:FASHION NECKLACE JEWELRY ID:2191108062Z SND BK:BARCLAYS BANK, PLC ID:026002574 PMT DET:PET 582321063 /INS/WFSTGB2L | 99,980.00 |
| 03/04/21 | Instarem PTE Lim DES:PY16959989 ID:PY16959989  INDN:CJ FULFILLMENT CORPORA  CO ID:0514670509 CCD  PMT INFO:HK Arise Beyoud Ecommerce Limited | 9,500.00 |
| 03/04/21 | STRIPE          DES:TRANSFER   ID:ST-X3S8N0G6B4D7  INDN:CJ FULFILLMENT CORP     CO ID:4270465600 CCD | 8,971.94 |

*continued on the next page*





**Your checking account**

| CJ FULFILLMENT CORPORATION | Account # ▮▮▮▮▮▮▮▮ | February 1, 2021 to February 28, 2021 |

Scammers are taking advantage of the current environment to try to obtain your personal and financial information. Watch out for scams involving promises for COVID-19 vaccines, stimulus payments, employment and more. Scammers may try to contact you in various ways including by phone, email, and social media. Learn more at bankofamerica.com/security.

As of 01/08/2019, your account has earned $133.65 in Cash Rewards on your Bank of America Merchant Services processing since enrolling in Bank of America Preferred Rewards.

## Deposits and other credits

| Date | Description | Amount |
|---|---|---:|
| 02/01/21 | PA & KA Commeric DES:doggykdm   ID:XXXXXXXXX  INDN:CJ FULFILLMENT CORPORA  CO ID:1453233521 IAT  PMT INFO: MIS 000000000000000000  FOR MORE INFORMATION CONTACT CUSTOMER SERVICE | 50,000.00 |
| 02/01/21 | Instarem PTE Lim DES:PY16485988 ID:PY16485988  INDN:CJ FULFILLMENT CORPORA  CO ID:0514670509 CCD  PMT INFO:HK Arise Beyoud Ecommerce Limited | 9,800.00 |
| 02/01/21 | STRIPE          DES:TRANSFER   ID:ST-E6C6N1N1D0P4  INDN:CJ FULFILLMENT CORP     CO ID:4270465600 CCD | 8,957.92 |
| 02/02/21 | Online Banking Transfer Conf# 592789f6a; CJ TRADE CORP, CJ TRADE CORP | 25,000.00 |
| 02/02/21 | STRIPE          DES:TRANSFER   ID:ST-R5I0C2F4U4J3  INDN:CJ FULFILLMENT CORP     CO ID:4270465600 CCD | 200.98 |
| 02/02/21 | Strapsz          DES:Strapsz    ID:XXXXXXXXX  INDN:CJ FULFILLMENT CORPORA  CO ID:1453233521 IAT  PMT INFO: MIS 000000000000000000  FOR MORE INFORMATION CONTACT CUSTOMER SERVICE | 121.32 |
| 02/03/21 | WIRE TYPE:WIRE IN DATE: 210203 TIME:0519 ET TRN:2021020300202170 SEQ:7642699034FS/000722 ORIG:RACCOON TECH INTERNATIONA ID:3963085913 SND BK:JPMORGAN CHASE BANK, NA ID:021000021 PMT DET:SWF OF 21/02/03 STOCK PAYMENT RACCOON TECH | 19,978.00 |
| 02/03/21 | Instarem PTE Lim DES:PY16529729 ID:PY16529729  INDN:CJ FULFILLMENT CORPORA  CO ID:0514670509 CCD  PMT INFO:HK Arise Beyoud Ecommerce Limited | 9,800.00 |
| 02/03/21 | WIRE TYPE:WIRE IN DATE: 210203 TIME:0710 ET TRN:2021020300256061 SEQ:001210202805166/000168 ORIG:MARK J HALLORAN ID:0211787507 SND BK:U S A A FEDERAL SAVINGS BANK ID:314074269 | 1,225.35 |
| 02/03/21 | Link Code S.L.   DES:LINK CODE  ID:XXXXXXXXX  INDN:CJ FULFILLMENT CORPORA  CO ID:1453233521 IAT  PMT INFO: MIS 000000000000000000  FOR MORE INFORMATION CONTACT CUSTOMER SERVICE | 819.46 |

*continued on the next page*

---

BANK OF AMERICA BUSINESS ADVANTAGE

## Stay on top of your accounts

Start receiving online alerts today to know when transactions have posted and when payments are due.
Sign in or enroll at **bankofamerica.com/SmallBusiness** and click on **Alerts** in the Activity Center.

You may elect to receive alerts via text or email. Bank of America does not charge for this service, but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

SSM-10-20-0848.B | 3293316

## Deposits and other credits - continued

| Date | Description | Amount |
|---|---|---|
| 02/03/21 | Denny Voigt Einz DES:TrnWise   ID:XXXXXXXXX  INDN:CJ FULFILLMENT CORPORA  CO ID:1453233521 IAT  PMT INFO: MIS 000000000000000000  FOR MORE INFORMATION CONTACT CUSTOMER SERVICE | 446.34 |
| 02/03/21 | STRIPE        DES:TRANSFER   ID:ST-I0O8O0C5A3J6  INDN:CJ FULFILLMENT CORP    CO ID:4270465600 CCD | 234.68 |
| 02/04/21 | Online Banking Transfer Conf# 7cca7f8b4; CJ TRADE CORP, CJ TRADE CORP | 25,000.00 |
| 02/04/21 | STRIPE        DES:TRANSFER   ID:ST-X3M9T4T0Z8B3  INDN:CJ FULFILLMENT CORP    CO ID:4270465600 CCD | 11,880.62 |
| 02/04/21 | WIRE TYPE:WIRE IN DATE: 210204 TIME:0839 ET TRN:2021020400256514 SEQ:2530516035FS/002810 ORIG:GIGANTIC APS ID:DK17762000021257 SND BK:JPMOR GAN CHASE BANK, NA ID:021000021 PMT DET:SWF OF 21/ 02/04 GIGANTICDK | 6,511.56 |
| 02/04/21 | Bank of America  DES:CASHREWARD ID:FULFILLMENT COR  INDN:000000000006396753000000 CO ID:2002290310 PPD | 1,735.93 |
| 02/04/21 | Shawn De Souza   DES:Bulk cost  ID:XXXXXXXXX  INDN:CJ FULFILLMENT CORPORA  CO ID:1453233521 IAT  PMT INFO: MIS 000000000000000000  FOR MORE INFORMATION CONTACT CUSTOMER SERVICE | 222.97 |
| 02/05/21 | STRIPE        DES:TRANSFER   ID:ST-N8B7J0E9G3K0  INDN:CJ FULFILLMENT CORP    CO ID:4270465600 CCD | 69.88 |
| 02/08/21 | WIRE TYPE:WIRE IN DATE: 210208 TIME:0514 ET TRN:2021020800127359 SEQ:D0410390062601/002285 ORIG:FASHION NECKLACE JEWELRY ID:36892346 SND BK:C ITIBANK, N.A. ID:021000089 PMT DET:CRED /INS/WFSTG B2L | 100,000.00 |
| 02/08/21 | Online Banking Transfer Conf# 93bb94ce0; CJ TRADE CORP, CJ TRADE CORP | 25,000.00 |
| 02/08/21 | STRIPE        DES:TRANSFER   ID:ST-G5G9L7E4Y6Y9  INDN:CJ FULFILLMENT CORP    CO ID:4270465600 CCD | 212.79 |
| 02/09/21 | STRIPE        DES:TRANSFER   ID:ST-D9J3X3Z2P2N3  INDN:CJ FULFILLMENT CORP    CO ID:4270465600 CCD | 11,733.69 |
| 02/09/21 | WIRE TYPE:INTL IN DATE:210209 TIME:1041 ET TRN:2021020800292111 SEQ:DZ210208ZIK02626/930645 ORIG:StoneX Financial GmbH ID:DE44500604000150 ORIG BK:DZ BANK AG DEUTSCHE ZENTRAL-G ID:GENODEFF PMT DET:NICLAS HOLTFOTH,NORDHAEUSER STR. 5A,MAINZ | 6,705.00 |
| 02/10/21 | WIRE TYPE:WIRE IN DATE: 210210 TIME:0515 ET TRN:2021021000134140 SEQ:D0410410035701/006183 ORIG:FASHION NECKLACE JEWELRY ID:36892346 SND BK:C ITIBANK, N.A. ID:021000089 PMT DET:CRED /INS/WFSTG B2L | 150,000.00 |
| 02/10/21 | WIRE TYPE:WIRE IN DATE: 210210 TIME:0841 ET TRN:2021021000247737 SEQ:6198596041FS/002803 ORIG:GIGANTIC APS ID:DK17762000021257 SND BK:JPMOR GAN CHASE BANK, NA ID:021000021 PMT DET:SWF OF 21/ 02/10 GIGANTICDK | 8,452.28 |
| 02/10/21 | STRIPE        DES:TRANSFER   ID:ST-V3X9M9I6T5A1  INDN:CJ FULFILLMENT CORP    CO ID:4270465600 CCD | 291.34 |
| 02/10/21 | Currency Cloud   DES:W26 smartw ID:  INDN:CJ FULFILLMENT CORPORA  CO ID:0810070098 CCD | 60.87 |
| 02/11/21 | STRIPE        DES:TRANSFER   ID:ST-L1O6W2P3P9J1  INDN:CJ FULFILLMENT CORP    CO ID:4270465600 CCD | 123.58 |
| 02/12/21 | Online Banking Transfer Conf# 941c715d6; CJ TRADE CORP, CJ TRADE CORP | 25,000.00 |
| 02/16/21 | WIRE TYPE:WIRE IN DATE: 210216 TIME:0740 ET TRN:2021021600427504 SEQ:2102140058460000/004006 ORIG:RACCOON TECH INTERNATIONA ID:3963085913 SND BK:WELLS FARGO NY INTL ID:026005092 PMT DET:1O R102150935C01 STOCK PAYMENT RACCOON TECH /REC/ACH | 29,980.00 |

*continued on the next page*