# EXHIBIT 11



P.O. Box 15284
Wilmington, DE 19850

LIZHI ZHOU
13955 CENTRAL AVE
CHINO, CA  91710-5556

**BANK OF AMERICA Preferred Rewards**

**Customer service information**

📱 1.888.888.RWDS (1.888.888.7937)

En Español: 1.800.688.6086

✉ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Adv Plus Banking
# Preferred Rewards Platinum Honors

for March 24, 2021 to April 22, 2021

**LIZHI ZHOU**

Account number: ▓▓▓▓▓▓▓▓▓▓

## Account summary

| | |
|---|---:|
| Beginning balance on March 24, 2021 | $9,917.06 |
| Deposits and other additions | 66,659.08 |
| Withdrawals and other subtractions | -74,826.71 |
| Checks | -0.00 |
| Service fees | -3.00 |
| **Ending balance on April 22, 2021** | **$1,746.43** |

---

**BANK OF AMERICA Preferred Rewards**

**Don't lose your Preferred Rewards benefits**

You're currently not meeting the program requirements to continue receiving the benefits and rewards for your tier.

We're here to help. Talk with a specialist today about how to meet the program requirements at **888.888.RWDS (888.888.7937) and press 2**

SSM-10-20-0886.E1 | 3284293



LIZHI ZHOU   |   Account #          |   May 21, 2020 to June 22, 2020

## Deposits and other additions

| Date | Description | Amount |
|---|---|---:|
| 05/26/20 | ZHOU LI ZHI    DES:PAYPAL IAT ID:1009081839864  INDN:ZHOU LI ZHI           CO ID:XXXXXXXXXI IAT  PMT INFO: WEB 000000000008000000 | 80,000.00 |
| 05/26/20 | ZHOU LI ZHI    DES:PAYPAL IAT ID:1009061625607  INDN:ZHOU LI ZHI           CO ID:XXXXXXXXXI IAT  PMT INFO: WEB 000000000005000000 | 50,000.00 |
| 05/26/20 | Bank of America  DES:CASHREWARD ID:FULFILLMENT COR  INDN:000000000006396753000000 CO ID:2002290310 PPD | 600.37 |
| 05/27/20 | Bank of America  DES:CASHREWARD ID:FULFILLMENT COR  INDN:000000000006396753000000 CO ID:2002290310 PPD | 865.89 |
| 05/28/20 | CASH REWARDS    DES:CASHREWARD ID:FULFILLMENT COR  INDN:000000000006437641000000 CO ID:2002290310 PPD | 436.50 |
| 05/29/20 | Bank of America  DES:CASHREWARD ID:FULFILLMENT COR  INDN:000000000006396753000000 CO ID:2002290310 PPD | 341.25 |
| 06/01/20 | CASH REWARDS    DES:CASHREWARD ID:FULFILLMENT COR  INDN:000000000006437641000000 CO ID:2002290310 PPD | 310.65 |
| 06/01/20 | Bank of America  DES:CASHREWARD ID:FULFILLMENT COR  INDN:000000000006396753000000 CO ID:2002290310 PPD | 80.50 |
| 06/02/20 | ZHOU LI ZHI    DES:PAYPAL IAT ID:1009172361667  INDN:ZHOU LI ZHI           CO ID:XXXXXXXXXI IAT  PMT INFO: WEB 000000000006000000 | 60,000.00 |
| 06/02/20 | WIRE TYPE:WIRE IN DATE: 200602 TIME:0534 ET TRN:2020060200158317 SEQ:D0401540046501/002243 ORIG:2191108062Z ID:36892346 SND BK:CITIBANK, N.A. ID:021000089 | 1.00 |
| 06/05/20 | Bank of America  DES:CASHREWARD ID:FULFILLMENT COR  INDN:000000000006396753000000 CO ID:2002290310 PPD | 1,117.03 |
| 06/05/20 | CASH REWARDS    DES:CASHREWARD ID:FULFILLMENT COR  INDN:000000000006437641000000 CO ID:2002290310 PPD | 472.20 |
| 06/08/20 | WIRE TYPE:WIRE IN DATE: 200608 TIME:0514 ET TRN:2020060800163252 SEQ:D0401600054901/004384 ORIG:2191108062Z ID:36892346 SND BK:CITIBANK, N.A. ID:021000089 | 100,000.00 |
| 06/15/20 | WIRE TYPE:WIRE IN DATE: 200615 TIME:0520 ET TRN:2020061500206511 SEQ:D0401670060001/005786 ORIG:2191108062Z ID:36892346 SND BK:CITIBANK, N.A. ID:021000089 | 100,000.00 |

*continued on the next page*



Go paperless today!
- Reduce the risk of lost or stolen mail
- View your statements securely and easily—online or from our mobile app—24/7 from virtually anywhere¹

Simply use our Mobile Banking app or sign in to Online Banking at bankofamerica.com.

¹Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.   SSM-01-20-2303.B | 2879996



**LIZHI ZHOU**   |   Account #                    |   April 23, 2020 to May 20, 2020

## Deposits and other additions

| Date | Description | | Amount |
|---|---|---|---:|
| 04/24/20 | ZHOU LI ZHI    DES:PAYPAL IAT ID:1008717464786  INDN:ZHOU LI ZHI ID:XXXXXXXXXI IAT  PMT INFO: WEB 000000000000000100 | CO | 1.00 |
| 04/27/20 | ZHOU LI ZHI    DES:PAYPAL IAT ID:1008730694765  INDN:ZHOU LI ZHI ID:XXXXXXXXXI IAT  PMT INFO: WEB 000000000009000000 | CO | 90,000.00 |
| 04/28/20 | CASH REWARDS    DES:CASHREWARD ID:FULFILLMENT COR  INDN:000000006437641000000 CO ID:2002290310 PPD | | 730.88 |
| 04/28/20 | Bank of America  DES:CASHREWARD ID:FULFILLMENT COR  INDN:000000006396753000000 CO ID:2002290310 PPD | | 719.25 |
| 05/01/20 | Bank of America  DES:CASHREWARD ID:FULFILLMENT COR  INDN:000000006396753000000 CO ID:2002290310 PPD | | 880.92 |
| 05/05/20 | Bank of America  DES:CASHREWARD ID:FULFILLMENT COR  INDN:000000006396753000000 CO ID:2002290310 PPD | | 700.00 |
| 05/05/20 | CASH REWARDS    DES:CASHREWARD ID:FULFILLMENT COR  INDN:000000006437641000000 CO ID:2002290310 PPD | | 581.03 |
| 05/06/20 | ZHOU LI ZHI    DES:PAYPAL IAT ID:1008854231471  INDN:ZHOU LI ZHI ID:XXXXXXXXXI IAT  PMT INFO: WEB 000000000007700000 | CO | 77,000.00 |
| 05/08/20 | Bank of America  DES:CASHREWARD ID:FULFILLMENT COR  INDN:000000006396753000000 CO ID:2002290310 PPD | | 857.62 |
| 05/08/20 | CASH REWARDS    DES:CASHREWARD ID:FULFILLMENT COR  INDN:000000006437641000000 CO ID:2002290310 PPD | | 306.14 |
| 05/11/20 | ZHOU LI ZHI    DES:PAYPAL IAT ID:1008887586518  INDN:ZHOU LI ZHI ID:XXXXXXXXXI IAT  PMT INFO: WEB 000000000009000000 | CO | 90,000.00 |
| 05/15/20 | Bank of America  DES:CASHREWARD ID:FULFILLMENT COR  INDN:000000006396753000000 CO ID:2002290310 PPD | | 1,167.43 |
| 05/15/20 | CASH REWARDS    DES:CASHREWARD ID:FULFILLMENT COR  INDN:000000006437641000000 CO ID:2002290310 PPD | | 614.23 |
| 05/18/20 | ZHOU LI ZHI    DES:PAYPAL IAT ID:1009001357294  INDN:ZHOU LI ZHI ID:XXXXXXXXXI IAT  PMT INFO: WEB 000000000010000000 | CO | 100,000.00 |
| 05/18/20 | ZHOU LI ZHI    DES:PAYPAL IAT ID:1008980065504  INDN:ZHOU LI ZHI ID:XXXXXXXXXI IAT  PMT INFO: WEB 000000000008000000 | CO | 80,000.00 |

*continued on the next page*

Thank you for being a Bank of America® customer

SSM-09-19-0052.B | ARBTC7ST



LIZHI ZHOU   |   Account #              |   March 24, 2020 to April 22, 2020

## Deposits and other additions

| Date | Description | Amount |
| --- | --- | ---: |
| 03/30/20 | Online Banking Transfer Conf# 7e1f165e4; CJ FULFILLMENT CORPORATION, CJ FULFILLME | 10,000.00 |
| 04/06/20 | CJ TRADE CORP    DES:PAYPAL IAT ID:1008480240551  INDN:CJ TRADE CORP         CO ID:XXXXXXXXXI IAT  PMT INFO: WEB 000000000010000000 | 100,000.00 |
| 04/10/20 | CASH REWARDS     DES:CASHREWARD ID:FULFILLMENT COR  INDN:000000000643764100000 CO ID:2002290310 PPD | 1,200.00 |
| 04/10/20 | Bank of America  DES:CASHREWARD ID:FULFILLMENT COR  INDN:000000000639675300000 CO ID:2002290310 PPD | 260.75 |
| 04/13/20 | CJ TRADE CORP    DES:PAYPAL IAT ID:1008560783123  INDN:CJ TRADE CORP         CO ID:XXXXXXXXXI IAT  PMT INFO: WEB 000000000019000000 | 190,000.00 |
| 04/15/20 | CASH REWARDS     DES:CASHREWARD ID:FULFILLMENT COR  INDN:000000000643764100000 CO ID:2002290310 PPD | 2,312.17 |
| 04/15/20 | Bank of America  DES:CASHREWARD ID:FULFILLMENT COR  INDN:000000000639675300000 CO ID:2002290310 PPD | 1,122.98 |
| 04/21/20 | Bank of America  DES:CASHREWARD ID:FULFILLMENT COR  INDN:000000000639675300000 CO ID:2002290310 PPD | 605.50 |
| 04/22/20 | Bank of America  DES:CASHREWARD ID:FULFILLMENT COR  INDN:000000000639675300000 CO ID:2002290310 PPD | 679.00 |
| **Total deposits and other additions** | | **$306,180.40** |

## Withdrawals and other subtractions

| Date | Description | Amount |
| --- | --- | ---: |
| 03/24/20 | Online Banking payment to CRD 8736 Confirmation# 0609861661 | -49.40 |
| 03/30/20 | TRANSFER LIZHI ZHOU:LIZHI ZHOU Confirmation# 0656805525 | -10,000.00 |
| 04/01/20 | ADT Security     DES:PAYMENT    ID:000000013173689  INDN:CJ FULFILLMENT         CO ID:9851136515 CCD | -45.99 |
| 04/06/20 | Online Banking payment to CRD 7994 Confirmation# 2513532658 | -6,800.00 |
| 04/06/20 | Online Banking payment to CRD 7994 Confirmation# 1416290685 | -5,700.00 |
| 04/06/20 | Online Banking payment to CRD 7143 Confirmation# 1422078632 | -4,200.00 |

*continued on the next page*

**What's on your mind?**
When you join the Bank of America® Advisory Panel, you can help us understand what you like and don't like.
Enter code **CADD** at bankofamerica.com/AdvisoryPanel to learn more and join.

Inclusion on the Advisory Panel subject to qualifications.   SSM-09-19-0761.A1 | ARG5T4RM



LIZHI ZHOU   |   Account #  ▮▮▮▮▮▮▮   |   April 23, 2019 to May 22, 2019

## Deposits and other additions

| Date | Description | | Amount |
|---|---|---|---:|
| 04/23/19 | STRIPE         DES:TRANSFER   ID:ST-M5R1E2Q1Q2W8  INDN:CJ TRADE CORP                      ID:1800948598 CCD | CO | 34,045.55 |
| 04/24/19 | CJ TRADE CORP    DES:PAYPAL IAT ID:47U22AR6XB9VJ  INDN:CJ TRADE CORP                      ID:XXXXXXXXXI IAT  PMT INFO: WEB 000000000020000000 | CO | 200,000.00 |
| 04/24/19 | STRIPE         DES:TRANSFER   ID:ST-T0C4Z2Z8O8I4  INDN:CJ TRADE CORP                       ID:1800948598 CCD | CO | 118,955.51 |
| 04/25/19 | STRIPE         DES:TRANSFER   ID:ST-L1S3X6H0K1H9  INDN:CJ TRADE CORP                       ID:1800948598 CCD | CO | 48,044.63 |
| 04/26/19 | STRIPE         DES:TRANSFER   ID:ST-T9G3C1U6H8R2  INDN:CJ TRADE CORP                      ID:1800948598 CCD | CO | 53,120.67 |
| 04/29/19 | STRIPE         DES:TRANSFER   ID:ST-S1F7J1O8W0K5  INDN:CJ TRADE CORP                      ID:1800948598 CCD | CO | 48,283.82 |
| 04/30/19 | CJ TRADE CORP    DES:PAYPAL IAT ID:47U22ARAKZ2UW  INDN:CJ TRADE CORP                     ID:XXXXXXXXXI IAT  PMT INFO: WEB 000000000021000000 | CO | 210,000.00 |
| 04/30/19 | STRIPE         DES:TRANSFER   ID:ST-K0Y6H4Y0F7M4  INDN:CJ TRADE CORP                      ID:1800948598 CCD | CO | 55,772.39 |
| 05/01/19 | STRIPE         DES:TRANSFER   ID:ST-J9T0B6V9E0B0  INDN:CJ TRADE CORP                      ID:1800948598 CCD | CO | 140,209.99 |
| 05/02/19 | CJ TRADE CORP    DES:PAYPAL IAT ID:47U22ARCQPK4L  INDN:CJ TRADE CORP                    ID:XXXXXXXXXI IAT  PMT INFO: WEB 000000000013000000 | CO | 130,000.00 |
| 05/02/19 | STRIPE         DES:TRANSFER   ID:ST-G7P9G8O9F1Z0  INDN:CJ TRADE CORP                      ID:1800948598 CCD | CO | 40,822.13 |
| 05/03/19 | STRIPE         DES:TRANSFER   ID:ST-N5B9J3W6H9J1  INDN:CJ TRADE CORP                     ID:1800948598 CCD | CO | 52,743.21 |
| 05/06/19 | STRIPE         DES:TRANSFER   ID:ST-S5C6E4L2O4L7  INDN:CJ TRADE CORP                      ID:1800948598 CCD | CO | 39,190.32 |
| 05/07/19 | CJ TRADE CORP    DES:PAYPAL IAT ID:47U22ARFBV6S2  INDN:CJ TRADE CORP                     ID:XXXXXXXXXI IAT  PMT INFO: WEB 000000000020000000 | CO | 200,000.00 |
| 05/07/19 | STRIPE         DES:TRANSFER   ID:ST-T4F0D8A0S4X6  INDN:CJ TRADE CORP                      ID:1800948598 CCD | CO | 53,927.73 |

*continued on the next page*

What's on your mind?

When you join the Bank of America® Advisory Panel, you can help us understand what you like and don't like.
Enter code **CADD** at bankofamerica.com/AdvisoryPanel to learn more and join.

Inclusion on the Advisory Panel subject to qualifications.                     SSM-01-19-2128.A1  |  ARG377KX

Case 2:21-cv-03056-DSF-PD   Document 77-13   Filed 07/19/21   Page 7 of 8   Page ID #:1614



LIZHI ZHOU   |   Account #  ▮▮▮▮▮▮▮▮▮▮   |   March 22, 2019 to April 22, 2019

## Deposits and other additions

| Date | Description | Amount |
|---|---|---:|
| 03/22/19 | STRIPE           DES:TRANSFER   ID:  INDN:X                    CO ID:1800948598 CCD | 37,830.35 |
| 03/25/19 | STRIPE           DES:TRANSFER   ID:  INDN:X                    CO ID:1800948598 CCD | 38,941.21 |
| 03/26/19 | STRIPE           DES:TRANSFER   ID:  INDN:X                    CO ID:1800948598 CCD | 27,873.29 |
| 03/27/19 | STRIPE           DES:TRANSFER   ID:  INDN:X                    CO ID:1800948598 CCD | 98,673.40 |
| 03/28/19 | CJ TRADE CORP     DES:PAYPAL IAT ID:47U22AQMHJHTC  INDN:CJ TRADE CORP            CO ID:XXXXXXXXXI IAT  PMT INFO: WEB 000000000010000000 | 100,000.00 |
| 03/28/19 | STRIPE           DES:TRANSFER   ID:  INDN:X                    CO ID:1800948598 CCD | 26,595.18 |
| 03/29/19 | STRIPE           DES:TRANSFER   ID:  INDN:X                    CO ID:1800948598 CCD | 48,071.43 |
| 04/01/19 | CJ TRADE CORP     DES:PAYPAL IAT ID:47U22AQQHVR6N  INDN:CJ TRADE CORP            CO ID:XXXXXXXXXI IAT  PMT INFO: WEB 000000000010000000 | 100,000.00 |
| 04/01/19 | STRIPE           DES:TRANSFER   ID:ST-Z7M6S2Q6L6W8  INDN:X          CO ID:1800948598 CCD | 55,943.90 |
| 04/02/19 | STRIPE           DES:TRANSFER   ID:ST-D6O7U3A0O1Z5  INDN:X          CO ID:1800948598 CCD | 22,532.70 |
| 04/03/19 | STRIPE           DES:TRANSFER   ID:ST-D9H5S4Y0C1A4  INDN:X          CO ID:1800948598 CCD | 100,942.97 |
| 04/04/19 | CJ TRADE CORP     DES:PAYPAL IAT ID:47U22AQS5FQ62  INDN:CJ TRADE CORP            CO ID:XXXXXXXXXI IAT  PMT INFO: WEB 000000000010000000 | 100,000.00 |
| 04/04/19 | STRIPE           DES:TRANSFER   ID:ST-V9T5R2B2P0T4  INDN:X          CO ID:1800948598 CCD | 45,292.71 |
| 04/05/19 | STRIPE           DES:TRANSFER   ID:ST-F1A8G1Y4C8B2  INDN:CJ TRADE CORP         CO ID:1800948598 CCD | 38,748.49 |
| 04/08/19 | CJ TRADE CORP     DES:PAYPAL IAT ID:47U22AQUS82XJ  INDN:CJ TRADE CORP            CO ID:XXXXXXXXXI IAT  PMT INFO: WEB 000000000010000000 | 100,000.00 |
| 04/08/19 | STRIPE           DES:TRANSFER   ID:ST-Y0V3U3C0Y7B5  INDN:CJ TRADE CORP         CO ID:1800948598 CCD | 30,856.67 |
| 04/09/19 | STRIPE           DES:TRANSFER   ID:ST-X5F6W0N4Y2S6  INDN:CJ TRADE CORP         CO ID:1800948598 CCD | 36,326.10 |

*continued on the next page*

### What's on your mind?

When you join the Bank of America® Advisory Panel, you can help us understand what you like and don't like. Enter code **CADD** at bankofamerica.com/AdvisoryPanel to learn more and join.

Inclusion on the Advisory Panel subject to qualifications.

SSM-01-19-2128.A1  |  ARG377KX

## Deposits and other additions - continued

| Date | Description | | Amount |
|---|---|---|---|
| 04/10/19 | STRIPE          DES:TRANSFER    ID:ST-L3L9K8C4K1J8  INDN:CJ TRADE CORP             ID:1800948598 CCD | CO | 122,062.35 |
| 04/11/19 | CJ TRADE CORP    DES:PAYPAL IAT ID:47U22AQWTTMDS  INDN:CJ TRADE CORP              ID:XXXXXXXXXI IAT  PMT INFO: WEB 000000000012000000 | CO | 120,000.00 |
| 04/11/19 | STRIPE          DES:TRANSFER    ID:ST-B8F1E9Z6E9Y0  INDN:CJ TRADE CORP             ID:1800948598 CCD | CO | 38,932.47 |
| 04/12/19 | STRIPE          DES:TRANSFER    ID:ST-Y1Z6C3B4M6G0  INDN:CJ TRADE CORP             ID:1800948598 CCD | CO | 53,361.59 |
| 04/15/19 | STRIPE          DES:TRANSFER    ID:ST-L7W7M6F4J8H3  INDN:CJ TRADE CORP             ID:1800948598 CCD | CO | 39,161.59 |
| 04/16/19 | CJ TRADE CORP    DES:PAYPAL IAT ID:47U22AQZRCAEU  INDN:CJ TRADE CORP              ID:XXXXXXXXXI IAT  PMT INFO: WEB 000000000010000000 | CO | 100,000.00 |
| 04/16/19 | STRIPE          DES:TRANSFER    ID:ST-D9D3M1N1M0J9  INDN:CJ TRADE CORP             ID:1800948598 CCD | CO | 69,578.79 |
| 04/17/19 | STRIPE          DES:TRANSFER    ID:ST-J5Q6B7O9I6W7  INDN:CJ TRADE CORP             ID:1800948598 CCD | CO | 143,724.38 |
| 04/18/19 | STRIPE          DES:TRANSFER    ID:ST-B8E2K3L5D3C7  INDN:CJ TRADE CORP             ID:1800948598 CCD | CO | 79,757.06 |
| 04/19/19 | CJ TRADE CORP    DES:PAYPAL IAT ID:47U22AR3XCXML  INDN:CJ TRADE CORP              ID:XXXXXXXXXI IAT  PMT INFO: WEB 000000000010000000 | CO | 100,000.00 |
| 04/19/19 | STRIPE          DES:TRANSFER    ID:ST-X1M9T1Y7Z9R9  INDN:CJ TRADE CORP             ID:1800948598 CCD | CO | 39,077.45 |
| 04/22/19 | STRIPE          DES:TRANSFER    ID:ST-G0B3P7R8T6S9  INDN:CJ TRADE CORP             ID:1800948598 CCD | CO | 45,463.93 |
| **Total deposits and other additions** | | | **$1,959,748.01** |

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---|
| 03/22/19 | Zelle Transfer Conf# 00c42ef4a; NORTH AMERICA TAX | -180.00 |
| 04/01/19 | CHECKCARD  0329 APL* ITUNES.COM/BILL 866-712-7753 CA 24692169088100822234661 | -0.99 |
| 04/01/19 | Online Banking Transfer Conf# faa895f3e; Hongming | -5,000.00 |
| 04/01/19 | ADT Security     DES:PAYMENT     ID:000000013173689  INDN:CJ FULFILLMENT          CO ID:9851136515 CCD | -45.99 |
| 04/15/19 | CHECKCARD  0412 APL*ITUNES.COM/BILL 866-712-7753 CA 24692169102100875285554 RECURRING | -2.99 |
| 04/19/19 | SO CAL EDISON CO DES:BILL PAYMT ID:XXXXXXXXX  INDN:Lizhi Zhou          CO ID:4951240335 WEB | -190.27 |
| **Total withdrawals and other subtractions** | | **-$5,420.24** |