# EXHIBIT 13

| | |
|---|---|
| **From:** | Tulin, Edward L |
| **To:** | Gabriella A. Wilkins |
| **Subject:** | JUUL Labs, Inc. v. Andy Chou, et al., Case No. 2:21-cv-03056-DSF |
| **Date:** | Tuesday, May 4, 2021 12:03:12 PM |
| **Attachments:** | PAYONEER0001.xlsx |

Dear Ms. Wilkins,

I write on behalf of Payoneer Inc. with regard to the above-referenced case. Please direct any further correspondence on this matter to me.

Payoneer has received and carefully reviewed your letter dated April 13, as well as the attachments thereto. As an initial matter, Payoneer is not subject to personal jurisdiction in the Central District of California. Payoneer's response to the April 13 letter is being provided on a voluntary basis, and without prejudice to and without waiving its objections to the exercise of personal jurisdiction by the Central District of California.

Typically, the discovery requested in the April 13 letter would require proper service of a subpoena. However, Payoneer performed a diligent search based on the information you provided, and located several accounts with balances, which have been frozen as indicated below:

| Full Name | Payoneer Internal ID | Country | Balance USD | Balance EUR | Balance VND |
|---|---|---|---|---|---|
| Xianggangfeileishipin youxiangongsi | ▇ | CN | 363.16 | 19,704.52 | |
| Lizhi Zhou | ▇ | CN | 10,132.80 | 643.63 | - |
| Lizhi Zhou | ▇ | CN | - | 29.5 | |
| Yiwu Cute Jewelry Co Ltd | ▇ | CN | 1,764.83 | 64.52 | 17,676,725.97 (~766 USD) |

In addition, Payoneer has produced documents relating to the Restrained Parties that it located after a reasonably diligent search as the attached PAYONEER0001. The password for the excel sheet will follow in a separate email.

Best,
Ed

**Edward L. Tulin**
**Skadden, Arps, Slate, Meagher & Flom LLP**
One Manhattan West | New York | NY | 10001
T: +1.212.735.2815 | F: +1.917.777.2815
edward.tulin@skadden.com

*pronouns: He/Him/His*

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.