# EXHIBIT 14

# Withdrawals  To Bank

| Transaction ID | Transaction Date | Transaction Status |
|---|---|---|
| 4366182874075352 | 4/25/2021 | Processed and loaded - Processed and loaded |
| 4366182873235121 | 4/23/2021 | Processed and loaded - Processed and loaded |
| 4366182872771791 | 4/22/2021 | Processed and loaded - Processed and loaded |
| 4366182872771771 | 4/22/2021 | Processed and loaded - Processed and loaded |
| 4366182864450849 | 4/11/2021 | Processed and loaded - Processed and loaded |
| 4366182861986550 | 4/7/2021 | Processed and loaded - Processed and loaded |
| 4366182860698474 | 4/6/2021 | Processed and loaded - Processed and loaded |
| 4366182859297687 | 4/5/2021 | Processed and loaded - Processed and loaded |
| 4366182859292146 | 4/4/2021 | Processed and loaded - Processed and loaded |
| 4366182858790886 | 4/3/2021 | Processed and loaded - Processed and loaded |
| 4366182858735297 | 4/2/2021 | Processed and loaded - Processed and loaded |
| 4366182850939608 | 3/31/2021 | Processed and loaded - Processed and loaded |
| 4366182847654787 | 3/25/2021 | Processed and loaded - Processed and loaded |
| 4366182846015505 | 3/23/2021 | Processed and loaded - Processed and loaded |
| 4366182846005429 | 3/23/2021 | Processed and loaded - Processed and loaded |
| 4366182845217382 | 3/22/2021 | Processed and loaded - Processed and loaded |
| 4366182844476016 | 3/21/2021 | Processed and loaded - Processed and loaded |
| 4366182843205139 | 3/18/2021 | Processed and loaded - Processed and loaded |
| 4366182841484096 | 3/16/2021 | Processed and loaded - Processed and loaded |
| 4366182840737524 | 3/15/2021 | Processed and loaded - Processed and loaded |
| 4366182840215140 | 3/15/2021 | Processed and loaded - Processed and loaded |
| 4366182840194193 | 3/15/2021 | Processed and loaded - Processed and loaded |
| 4366182833878773 | 3/4/2021 | Processed and loaded - Processed and loaded |
| 4366182818325443 | 2/17/2021 | Processed and loaded - Processed and loaded |
| 4366182760786560 | 2/2/2021 | Processed and loaded - Processed and loaded |
| 4366182749307264 | 1/24/2021 | Processed and loaded - Processed and loaded |
| 4366182749307258 | 1/24/2021 | Processed and loaded - Processed and loaded |
| 4366182749300259 | 1/24/2021 | Processed and loaded - Processed and loaded |
| 4366182748190012 | 1/22/2021 | Processed and loaded - Processed and loaded |
| 4366182748172598 | 1/22/2021 | Cancelled - Cancelled - Internal issues and reprocess |
| 4366182747449795 | 1/21/2021 | Processed and loaded - Processed and loaded |
| 4366182738939335 | 1/7/2021 | Processed and loaded - Processed and loaded |
| 4366182738926771 | 1/7/2021 | Processed and loaded - Processed and loaded |
| 4366182736230836 | 1/4/2021 | Processed and loaded - Processed and loaded |
| 4366182728301211 | 12/30/2020 | Returned and Cancelled - Returned and Cancelled |
| 4366182728284499 | 12/30/2020 | Processed and loaded - Processed and loaded |
| 4366182728275689 | 12/30/2020 | Processed and loaded - Processed and loaded |
| 4366182717951927 | 12/15/2020 | Processed and loaded - Processed and loaded |
| 4366182717222961 | 12/15/2020 | Processed and loaded - Processed and loaded |
| 4366182698101218 | 11/25/2020 | Returned and Cancelled - Returned and Cancelled |
| 4366182696291495 | 11/23/2020 | Processed and loaded - Processed and loaded |
| 4366182696291488 | 11/23/2020 | Processed and loaded - Processed and loaded |

| | | |
|---|---|---|
| 4366182693999640 | 11/18/2020 | Processed and loaded - Processed and loaded |
| 4366182692884543 | 11/17/2020 | Processed and loaded - Processed and loaded |
| 4366182692261237 | 11/16/2020 | Processed and loaded - Processed and loaded |
| 4366182691040993 | 11/13/2020 | Processed and loaded - Processed and loaded |
| 4366182690278811 | 11/12/2020 | Processed and loaded - Processed and loaded |
| 4366182690278794 | 11/12/2020 | Processed and loaded - Processed and loaded |
| 4366182689118119 | 11/10/2020 | Processed and loaded - Processed and loaded |
| 4366182687729895 | 11/9/2020 | Processed and loaded - Processed and loaded |
| 4366182686677552 | 11/6/2020 | Processed and loaded - Processed and loaded |
| 4366182685736282 | 11/4/2020 | Processed and loaded - Processed and loaded |
| 4366182685736279 | 11/4/2020 | Processed and loaded - Processed and loaded |
| 4366182684330049 | 11/3/2020 | Processed and loaded - Processed and loaded |
| 4366182678722935 | 11/2/2020 | Processed and loaded - Processed and loaded |
| 4366182676812856 | 10/29/2020 | Processed and loaded - Processed and loaded |
| 4366182676290069 | 10/29/2020 | Processed and loaded - Processed and loaded |
| 4366182675522977 | 10/28/2020 | Processed and loaded - Processed and loaded |
| 4366182674581899 | 10/27/2020 | Processed and loaded - Processed and loaded |
| 4366182674581894 | 10/27/2020 | Processed and loaded - Processed and loaded |
| 4366182673850882 | 10/25/2020 | Processed and loaded - Processed and loaded |
| 4366182672753593 | 10/22/2020 | Processed and loaded - Processed and loaded |
| 4366182672268389 | 10/22/2020 | Processed and loaded - Processed and loaded |
| 4366182672268383 | 10/22/2020 | Processed and loaded - Processed and loaded |
| 4366182670656388 | 10/20/2020 | Processed and loaded - Processed and loaded |
| 4366182668446110 | 10/15/2020 | Processed and loaded - Processed and loaded |
| 4366182667307629 | 10/13/2020 | Processed and loaded - Processed and loaded |
| 4366182667307620 | 10/13/2020 | Processed and loaded - Processed and loaded |
| 4366182642545166 | 9/10/2020 | Processed and loaded - Processed and loaded |
| 4366182642545152 | 9/10/2020 | Processed and loaded - Processed and loaded |
| 4366182629517157 | 8/27/2020 | Processed and loaded - Processed and loaded |
| 4366182629517150 | 8/27/2020 | Processed and loaded - Processed and loaded |
| 4366182625814236 | 8/20/2020 | Processed and loaded - Processed and loaded |
| 4366182625814222 | 8/20/2020 | Processed and loaded - Processed and loaded |
| 4366182621361340 | 8/12/2020 | Processed and loaded - Processed and loaded |
| 4366182621322023 | 8/12/2020 | Processed and loaded - Processed and loaded |
| 4366182604532109 | 7/27/2020 | Processed and loaded - Processed and loaded |
| 4366182588258572 | 7/1/2020 | Processed and loaded - Processed and loaded |
| 4366182588258567 | 7/1/2020 | Processed and loaded - Processed and loaded |
| 4366182586053198 | 6/27/2020 | Processed and loaded - Processed and loaded |
| 4366182586053192 | 6/27/2020 | Processed and loaded - Processed and loaded |
| 4366182582814916 | 6/22/2020 | Processed and loaded - Processed and loaded |
| 4366182581820194 | 6/19/2020 | Processed and loaded - Processed and loaded |
| 4366182573965776 | 6/4/2020 | Processed and loaded - Processed and loaded |
| 4366182572435017 | 6/2/2020 | Processed and loaded - Processed and loaded |
| 4366182561007275 | 5/21/2020 | Processed and loaded - Processed and loaded |
| 4366182561007268 | 5/21/2020 | Processed and loaded - Processed and loaded |
| 4366182554308379 | 5/8/2020 | Processed and loaded - Processed and loaded |
| 4366182551699170 | 5/5/2020 | Processed and loaded - Processed and loaded |
| 4366182544708870 | 4/30/2020 | Processed and loaded - Processed and loaded |
| 4366182541866112 | 4/24/2020 | Processed and loaded - Processed and loaded |
| 4366182541866108 | 4/24/2020 | Processed and loaded - Processed and loaded |
| 4366182539170822 | 4/17/2020 | Processed and loaded - Processed and loaded |
| 4366182526495068 | 4/1/2020 | Processed and loaded - Processed and loaded |

| | | |
|---|---|---|
| 4366182526495063 | 4/1/2020 | Processed and loaded - Processed and loaded |
| 4366182524987014 | 3/28/2020 | Processed and loaded - Processed and loaded |
| 4366182524430139 | 3/26/2020 | Processed and loaded - Processed and loaded |
| 4366182524430130 | 3/26/2020 | Processed and loaded - Processed and loaded |
| 4366182522895954 | 3/24/2020 | Processed and loaded - Processed and loaded |
| 4366182519598124 | 3/16/2020 | Processed and loaded - Processed and loaded |
| 4366182519598110 | 3/16/2020 | Processed and loaded - Processed and loaded |
| 4366182519598020 | 3/16/2020 | Processed and loaded - Processed and loaded |
| 4366182519598014 | 3/16/2020 | Processed and loaded - Processed and loaded |
| 4366182516570967 | 3/10/2020 | Processed and loaded - Processed and loaded |
| 4366182484478337 | 1/19/2020 | Processed and loaded - Processed and loaded |
| 4366182484478323 | 1/19/2020 | Processed and loaded - Processed and loaded |
| 4366182476898132 | 1/5/2020 | Processed and loaded - Processed and loaded |
| 4366182464596479 | 12/20/2019 | Processed and loaded - Processed and loaded |
| 4366182464596465 | 12/20/2019 | Processed and loaded - Processed and loaded |
| 4366182460415824 | 12/11/2019 | Processed and loaded - Processed and loaded |
| 4366182457142370 | 12/4/2019 | Processed and loaded - Processed and loaded |
| 4366182456855206 | 12/4/2019 | Processed and loaded - Processed and loaded |
| 4366182456764182 | 12/4/2019 | Processed and loaded - Processed and loaded |
| 4366182451242286 | 12/2/2019 | Processed and loaded - Processed and loaded |
| 4366182440908072 | 11/8/2019 | Processed and loaded - Processed and loaded |
| 4366182427317324 | 10/19/2019 | Processed and loaded - Processed and loaded |
| 4366182421459329 | 10/6/2019 | Processed and loaded - Processed and loaded |
| 4366182420979237 | 10/4/2019 | Processed and loaded - Processed and loaded |
| 4366182420694684 | 10/4/2019 | Processed and loaded - Processed and loaded |
| 4366182413209974 | 9/27/2019 | Processed and loaded - Processed and loaded |
| 4366182412795149 | 9/26/2019 | Processed and loaded - Processed and loaded |
| 4366182405411081 | 9/9/2019 | Processed and loaded - Processed and loaded |
| 4366182404186838 | 9/5/2019 | Processed and loaded - Processed and loaded |
| 4366182332497341 | 4/29/2019 | Processed and loaded - Processed and loaded |
| 4366182316153915 | 3/25/2019 | Processed and loaded - Processed and loaded |
| 4366182308796966 | 3/5/2019 | Processed and loaded - Processed and loaded |
| 4366182259173255 | 11/25/2018 | Processed and loaded - Processed and loaded |
| 4366182259025182 | 11/23/2018 | Processed and loaded - Processed and loaded |
| 4366182038329227 | 1/6/2017 | Processed and loaded - Processed and loaded |

| Currency | Bank Name | Bank Country | Billing Country |
|---|---|---|---|
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| EUR | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| EUR | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| EUR | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| EUR | 兴业银行 | China | China |
| EUR | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| EUR | 兴业银行 | China | China |
| EUR | 兴业银行 | China | China |
| EUR | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| EUR | 兴业银行 | China | China |

| USD | 兴业银行 | China | China |
|-----|---------|-------|-------|
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| EUR | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| EUR | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| EUR | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| EUR | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| EUR | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| EUR | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| EUR | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| EUR | 兴业银行 | China | China |
| EUR | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| EUR | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| EUR | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| EUR | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| EUR | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |

| EUR | 兴业银行 | China | China |
|-----|----------|-------|-------|
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| EUR | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| EUR | 兴业银行 | China | China |
| VND | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| EUR | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| EUR | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| EUR | 兴业银行 | China | China |
| EUR | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 兴业银行 | China | China |
| USD | 中国工商银行 | China | China |
| USD | 中国工商银行 | China | China |
| USD | 中国工商银行 | China | China |

| Gross Transaction Amount | Gross Transaction Amount USD Equivalent | Transaction Fees | Debitcard Fee |
|---:|---:|---:|---|
| 25,000.00 | 25,000.00 | 150.00 | |
| 20,248.92 | 20,248.92 | | |
| 157,519.00 | 157,519.00 | 945.11 | |
| 10,171.00 | 12,221.47 | 61.03 | |
| 45,000.00 | 45,000.00 | 270.00 | |
| 15,000.00 | 17,808.00 | 90.00 | |
| 44,000.00 | 44,000.00 | 264.00 | |
| 20.00 | 23.53 | 0.12 | |
| 12,000.00 | 12,000.00 | 72.00 | |
| 48,000.00 | 48,000.00 | 288.00 | |
| 50.00 | 50.00 | 0.30 | |
| 40,000.00 | 40,000.00 | 240.00 | |
| 35,000.00 | 35,000.00 | 210.00 | |
| 95,000.00 | 95,000.00 | 570.00 | |
| 50.00 | 50.00 | 0.30 | |
| 50.00 | 50.00 | 0.30 | |
| 50.00 | 50.00 | 0.30 | |
| 50.00 | 50.00 | 0.30 | |
| 25,000.00 | 25,000.00 | 150.00 | |
| 50.00 | 50.00 | 0.30 | |
| 70,000.00 | 70,000.00 | 420.00 | |
| 50.00 | 50.00 | 0.30 | |
| 50.00 | 50.00 | 0.30 | |
| 50.00 | 50.00 | 0.30 | |
| 50.00 | 50.00 | 0.30 | |
| 50,000.00 | 60,840.00 | | |
| 3,000.00 | 3,650.40 | | |
| 50.00 | 50.00 | 0.30 | |
| 800,000.00 | 973,120.00 | | |
| 800,000.00 | 973,120.00 | | |
| 50.00 | 60.53 | | |
| 670,000.00 | 670,000.00 | 4,020.00 | |
| 20.00 | 20.00 | 0.12 | |
| 35,000.00 | 35,000.00 | 210.00 | |
| 35,000.00 | 35,000.00 | 210.00 | |
| 50.00 | 50.00 | | |
| 50.00 | 50.00 | | |
| 10,000.00 | 10,000.00 | | |
| 50.00 | 50.00 | | |
| 35,000.00 | 35,000.00 | 210.00 | |
| 73,000.00 | 73,000.00 | 438.00 | |
| 4,000.00 | 4,742.00 | 24.00 | |

| | | | |
|---:|---:|---:|---|
| 25,000.00 | 25,000.00 | 150.00 | |
| 23,000.00 | 23,000.00 | 138.00 | |
| 35,000.00 | 35,000.00 | 210.00 | |
| 10,000.00 | 10,000.00 | 60.00 | |
| 20,000.00 | 20,000.00 | 120.00 | |
| 4,000.00 | 4,711.20 | 24.00 | |
| 30,000.00 | 30,000.00 | 180.00 | |
| 33,000.00 | 33,000.00 | 198.00 | |
| 13,000.00 | 13,000.00 | 78.00 | |
| 35,000.00 | 35,000.00 | 210.00 | |
| 4,000.00 | 4,689.60 | 24.00 | |
| 6,000.00 | 6,000.00 | 36.00 | |
| 33,000.00 | 33,000.00 | 198.00 | |
| 5,000.00 | 5,000.00 | 30.00 | |
| 5,000.00 | 5,000.00 | 30.00 | |
| 10,000.00 | 10,000.00 | 60.00 | |
| 15,000.00 | 15,000.00 | 90.00 | |
| 5,000.00 | 5,930.50 | 30.00 | |
| 20,000.00 | 20,000.00 | 120.00 | |
| 12,000.00 | 12,000.00 | 72.00 | |
| 45,000.00 | 45,000.00 | 270.00 | |
| 5,000.00 | 5,931.50 | 30.00 | |
| 35,000.00 | 35,000.00 | 210.00 | |
| 10,000.00 | 10,000.00 | 60.00 | |
| 313,000.00 | 313,000.00 | 1,878.00 | |
| 21,000.00 | 24,666.60 | 126.00 | |
| 140,000.00 | 140,000.00 | 840.00 | |
| 3,000.00 | 3,534.30 | 18.00 | |
| 60,000.00 | 60,000.00 | 360.00 | |
| 2,326.70 | 2,752.60 | 13.96 | |
| 79,000.00 | 79,000.00 | 474.00 | |
| 2,000.00 | 2,367.50 | 12.00 | |
| 3,000.00 | 3,535.20 | 18.00 | |
| 150,000.00 | 150,000.00 | 900.00 | |
| 240,000.00 | 240,000.00 | 1,440.00 | |
| 33,684.08 | 33,684.08 | | |
| 99.49 | 111.76 | | |
| 61,789.96 | 61,789.96 | | |
| 12,509.05 | 14,033.90 | | |
| 220,000.00 | 220,000.00 | | |
| 70,000.00 | 70,000.00 | | |
| 30,000.00 | 30,000.00 | | |
| 177,000.00 | 177,000.00 | | |
| 153,800.00 | 153,800.00 | | |
| 40,800.00 | 44,794.32 | | |
| 66,000.00 | 66,000.00 | | |
| 119,000.00 | 119,000.00 | | |
| 200,000.00 | 200,000.00 | | |
| 110,000.00 | 110,000.00 | | |
| 13,253.46 | 14,284.58 | | |
| 199,000.00 | 199,000.00 | | |
| 34,856.81 | 34,856.81 | | |

| | | | |
|---:|---:|---:|---|
| 1,214.78 | 1,340.02 | | |
| 30,000.00 | 30,000.00 | | |
| 50,126.50 | 50,126.50 | 300.76 | |
| 2,225.84 | 2,455.10 | 13.36 | |
| 170,000.00 | 170,000.00 | 1,020.00 | |
| 60,000.00 | 60,000.00 | 360.00 | |
| 19,496.00 | 21,653.23 | 116.98 | |
| 13,540,489.00 | 583.26 | | |
| 50,000.00 | 50,000.00 | | |
| 120,000.00 | 120,000.00 | 720.00 | |
| 124,300.00 | 124,300.00 | 745.80 | |
| 44,550.00 | 49,405.95 | 267.30 | |
| 140,000.00 | 140,000.00 | 840.00 | |
| 80,000.00 | 80,000.00 | 480.00 | |
| 40,000.00 | 44,488.00 | 240.00 | |
| 149,000.00 | 149,000.00 | 894.00 | |
| 240,000.00 | 265,872.00 | 1,440.00 | |
| 20.00 | 22.17 | 0.12 | |
| 20.00 | 20.00 | 0.12 | |
| 290,000.00 | 290,000.00 | 1,740.00 | |
| 50,000.00 | 50,000.00 | 300.00 | |
| 20,000.00 | 20,000.00 | 120.00 | |
| 100,000.00 | 100,000.00 | 600.00 | |
| 100,000.00 | 100,000.00 | 600.00 | |
| 20.00 | 20.00 | 0.12 | |
| 20.00 | 20.00 | 0.60 | |
| 20.00 | 20.00 | 0.60 | |
| 20.00 | 20.00 | | |
| 20.00 | 20.00 | | |
| 100,000.00 | 100,000.00 | | |
| 200,000.00 | 200,000.00 | | |
| 200,000.00 | 200,000.00 | | |
| 42,000.00 | 42,000.00 | | |
| 60,000.00 | 60,000.00 | | |
| 50.00 | 50.00 | | |

| Net Transaction Amount | Net Transaction Amount USD Equivalent | Conversion Currency | Cardholder ID | Funds Origin Type |
|---:|---:|---|---|---|
| 24,850.00 | 24,850.00 | CNY | 33507851 | Payouts |
| 20,086.93 | 20,086.93 | CNY | 39622936 | Withdrawal |
| 156,573.89 | 156,573.89 | CNY | 33507851 | Payouts |
| 10,109.97 | 12,148.14 | CNY | 33507851 | Payouts |
| 44,730.00 | 44,730.00 | CNY | 33507851 | Payouts |
| 14,910.00 | 17,701.15 | CNY | 33507851 | Payouts |
| 43,736.00 | 43,736.00 | CNY | 33507851 | Payouts |
| 19.88 | 23.39 | CNY | 33507851 | Payouts |
| 11,928.00 | 11,928.00 | CNY | 33507851 | Payouts |
| 47,712.00 | 47,712.00 | CNY | 33507851 | Payouts |
| 49.70 | 49.70 | CNY | 33507851 | Payouts |
| 39,760.00 | 39,760.00 | CNY | 33507851 | Payouts |
| 34,790.00 | 34,790.00 | CNY | 33507851 | Payouts |
| 94,430.00 | 94,430.00 | CNY | 33507851 | Payouts |
| 49.70 | 49.70 | CNY | 33507851 | Payouts |
| 49.70 | 49.70 | CNY | 33507851 | Payouts |
| 49.70 | 49.70 | CNY | 33507851 | Payouts |
| 49.70 | 49.70 | CNY | 33507851 | Payouts |
| 24,850.00 | 24,850.00 | CNY | 33507851 | Payouts |
| 49.70 | 49.70 | CNY | 33507851 | Payouts |
| 69,580.00 | 69,580.00 | CNY | 33507851 | Payouts |
| 49.70 | 49.70 | CNY | 33507851 | Payouts |
| 49.70 | 49.70 | CNY | 33507851 | Payouts |
| 49.70 | 49.70 | CNY | 33507851 | Payouts |
| 49.70 | 49.70 | CNY | 33507851 | Payouts |
| 49,400.00 | 60,109.92 | CNY | 33507851 | Withdrawal |
| 2,964.00 | 3,606.60 | CNY | 33507851 | Withdrawal |
| 49.70 | 49.70 | CNY | 33507851 | Payouts |
| 793,600.00 | 965,335.04 | CNY | 39622936 | Withdrawal |
| | | CNY | 39622936 | Withdrawal |
| 49.40 | 59.80 | CNY | 39622936 | Withdrawal |
| 665,980.00 | 665,980.00 | CNY | 33507851 | Payouts |
| 19.88 | 19.88 | CNY | 33507851 | Payouts |
| 34,790.00 | 34,790.00 | CNY | 33507851 | Payouts |
| 34,790.00 | 34,790.00 | CNY | 33507851 | Payouts |
| 49.40 | 49.40 | CNY | 39622936 | Withdrawal |
| 49.40 | 49.40 | CNY | 16653671 | Withdrawal |
| 9,880.00 | 9,880.00 | CNY | 39622936 | Withdrawal |
| 49.40 | 49.40 | CNY | 39622936 | Withdrawal |
| 34,790.00 | 34,790.00 | CNY | 33507851 | Payouts |
| 72,562.00 | 72,562.00 | CNY | 33507851 | Payouts |
| 3,976.00 | 4,713.55 | CNY | 33507851 | Payouts |

| | | | | |
|---:|---:|---|---|---|
| 24,850.00 | 24,850.00 | CNY | 33507851 | Payouts |
| 22,862.00 | 22,862.00 | CNY | 33507851 | Payouts |
| 34,790.00 | 34,790.00 | CNY | 33507851 | Payouts |
| 9,940.00 | 9,940.00 | CNY | 33507851 | Payouts |
| 19,880.00 | 19,880.00 | CNY | 33507851 | Payouts |
| 3,976.00 | 4,682.93 | CNY | 33507851 | Payouts |
| 29,820.00 | 29,820.00 | CNY | 33507851 | Payouts |
| 32,802.00 | 32,802.00 | CNY | 33507851 | Payouts |
| 12,922.00 | 12,922.00 | CNY | 33507851 | Payouts |
| 34,790.00 | 34,790.00 | CNY | 33507851 | Payouts |
| 3,976.00 | 4,661.46 | CNY | 33507851 | Payouts |
| 5,964.00 | 5,964.00 | CNY | 33507851 | Payouts |
| 32,802.00 | 32,802.00 | CNY | 33507851 | Payouts |
| 4,970.00 | 4,970.00 | CNY | 33507851 | Payouts |
| 4,970.00 | 4,970.00 | CNY | 33507851 | Payouts |
| 9,940.00 | 9,940.00 | CNY | 33507851 | Payouts |
| 14,910.00 | 14,910.00 | CNY | 33507851 | Payouts |
| 4,970.00 | 5,894.92 | CNY | 33507851 | Payouts |
| 19,880.00 | 19,880.00 | CNY | 33507851 | Payouts |
| 11,928.00 | 11,928.00 | CNY | 33507851 | Payouts |
| 44,730.00 | 44,730.00 | CNY | 33507851 | Payouts |
| 4,970.00 | 5,895.91 | CNY | 33507851 | Payouts |
| 34,790.00 | 34,790.00 | CNY | 33507851 | Payouts |
| 9,940.00 | 9,940.00 | CNY | 33507851 | Payouts |
| 311,122.00 | 311,122.00 | CNY | 33507851 | Payouts |
| 20,874.00 | 24,518.60 | CNY | 33507851 | Payouts |
| 139,160.00 | 139,160.00 | CNY | 33507851 | Payouts |
| 2,982.00 | 3,513.09 | CNY | 33507851 | Payouts |
| 59,640.00 | 59,640.00 | CNY | 33507851 | Payouts |
| 2,312.74 | 2,736.09 | CNY | 33507851 | Payouts |
| 78,526.00 | 78,526.00 | CNY | 33507851 | Payouts |
| 1,988.00 | 2,353.30 | CNY | 33507851 | Payouts |
| 2,982.00 | 3,513.99 | CNY | 33507851 | Payouts |
| 149,100.00 | 149,100.00 | CNY | 33507851 | Payouts |
| 238,560.00 | 238,560.00 | CNY | 33507851 | Payouts |
| 33,684.08 | 33,684.08 | CNY | 33507851 | Payouts |
| 99.49 | 111.76 | CNY | 33507851 | Payouts |
| 61,789.96 | 61,789.96 | CNY | 33507851 | Payouts |
| 12,509.05 | 14,033.90 | CNY | 33507851 | Payouts |
| 220,000.00 | 220,000.00 | CNY | 33507851 | Payouts |
| 69,160.00 | 69,160.00 | CNY | 16653671 | Withdrawal |
| 30,000.00 | 30,000.00 | CNY | 33507851 | Payouts |
| 177,000.00 | 177,000.00 | CNY | 33507851 | Payouts |
| 153,800.00 | 153,800.00 | CNY | 33507851 | Payouts |
| 40,800.00 | 44,794.32 | CNY | 33507851 | Payouts |
| 66,000.00 | 66,000.00 | CNY | 33507851 | Payouts |
| 119,000.00 | 119,000.00 | CNY | 33507851 | Payouts |
| 200,000.00 | 200,000.00 | CNY | 33507851 | Payouts |
| 110,000.00 | 110,000.00 | CNY | 33507851 | Payouts |
| 13,253.46 | 14,284.58 | CNY | 33507851 | Payouts |
| 199,000.00 | 199,000.00 | CNY | 33507851 | Payouts |
| 34,856.81 | 34,856.81 | CNY | 33507851 | Payouts |

| | | | | |
|---:|---:|---|---|---|
| 1,214.78 | 1,340.02 | CNY | 33507851 | Payouts |
| 29,640.00 | 29,640.00 | CNY | 16653671 | Withdrawal |
| 49,825.74 | 49,825.74 | CNY | 33507851 | Payouts |
| 2,212.48 | 2,440.37 | CNY | 33507851 | Payouts |
| 168,980.00 | 168,980.00 | CNY | 33507851 | Payouts |
| 59,640.00 | 59,640.00 | CNY | 33507851 | Payouts |
| 19,379.02 | 21,523.31 | CNY | 33507851 | Payouts |
| 13,378,003.13 | 576.26 | CNY | 16653671 | Withdrawal |
| 49,400.00 | 49,400.00 | CNY | 16653671 | Withdrawal |
| 119,280.00 | 119,280.00 | CNY | 33507851 | Payouts |
| 123,554.20 | 123,554.20 | CNY | 33507851 | Payouts |
| 44,282.70 | 49,109.51 | CNY | 33507851 | Payouts |
| 139,160.00 | 139,160.00 | CNY | 33507851 | Payouts |
| 79,520.00 | 79,520.00 | CNY | 33507851 | Payouts |
| 39,760.00 | 44,221.07 | CNY | 33507851 | Payouts |
| 148,106.00 | 148,106.00 | CNY | 33507851 | Payouts |
| 238,560.00 | 264,276.77 | CNY | 33507851 | Payouts |
| 19.88 | 22.03 | CNY | 33507851 | Payouts |
| 19.88 | 19.88 | CNY | 33507851 | Payouts |
| 288,260.00 | 288,260.00 | CNY | 33507851 | Payouts |
| 49,700.00 | 49,700.00 | CNY | 33507851 | Payouts |
| 19,880.00 | 19,880.00 | CNY | 33507851 | Payouts |
| 99,400.00 | 99,400.00 | CNY | 33507851 | Payouts |
| 99,400.00 | 99,400.00 | CNY | 33507851 | Payouts |
| 19.88 | 19.88 | CNY | 33507851 | Payouts |
| 19.40 | 19.40 | CNY | 33507851 | Payouts |
| 19.40 | 19.40 | CNY | 33507851 | Payouts |
| 19.60 | 19.60 | CNY | 33507851 | Payouts |
| 19.60 | 19.60 | CNY | 33507851 | Payouts |
| 98,800.00 | 98,800.00 | CNY | 16653671 | Withdrawal |
| 197,600.00 | 197,600.00 | CNY | 16653671 | Withdrawal |
| 197,600.00 | 197,600.00 | CNY | 16653671 | Withdrawal |
| 41,496.00 | 41,496.00 | CNY | 16653671 | Withdrawal |
| 59,280.00 | 59,280.00 | CNY | 16653671 | Withdrawal |
| 49.00 | 49.00 | CNY | 16653671 | Withdrawal |

| Loader Processor Type | Transfer Method ID |
|---|---|
| | 4366182736220802 |
| Payoneer Account | 4366182698573994 |
| | 4366182736220802 |
| | 4366182736220802 |
| | 4366182736220802 |
| | 4366182736220802 |
| | 4366182736220802 |
| | 4366182736220802 |
| | 4366182736220802 |
| | 4366182736220802 |
| | 4366182736220802 |
| | 4366182736220802 |
| | 4366182736220802 |
| | 4366182736220802 |
| | 4366182736220802 |
| | 4366182736220802 |
| | 4366182736220802 |
| | 4366182736220802 |
| | 4366182736220802 |
| | 4366182736220802 |
| | 4366182736220802 |
| | 4366182736220802 |
| | 4366182736220802 |
| | 4366182736220802 |
| | 4366182736220802 |
| Payoneer Account | 4366182736220403 |
| Payoneer Account | 4366182736220403 |
| | 4366182736220802 |
| Payoneer Account | 4366182698573994 |
| Payoneer Account | 4366182698573994 |
| Payoneer Account | 4366182698573994 |
| | 4366182736220802 |
| | 4366182736220802 |
| | 4366182736220802 |
| | 4366182728294868 |
| Payoneer Account | 4366182698573994 |
| Payoneer Account | 4366182721585757 |
| Payoneer Account | 4366182698573994 |
| Payoneer Account | 4366182698573994 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |

| | |
|---|---|
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| Payoneer Account | 4366182376937829 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |

| | |
|---|---|
| | 4366182403682775 |
| Payoneer Account | 4366182376937829 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| Payoneer Account | 4366182376937829 |
| Payoneer Account | 4366182376937829 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| | 4366182403682775 |
| Payoneer Account | 4366182259013023 |
| Payoneer Account | 4366182259013023 |
| Payoneer Account | 4366182259013023 |
| Payoneer Account | 4366182000961624 |
| Payoneer Account | 4366182000961624 |
| Payoneer Account | 4366182000961624 |