# EXHIBIT 15

**Exhibit 1**

| Asset Type | Location | Financial Institution | Account Holder / Owner | Account number | Currency | Balance |
|---|---|---|---|---|---|---|
| Bank Account | U.S. | Bank of American | CJ TRADE CORP | | USD | 53,306.54 |
| Bank Account | U.S. | Bank of American | CJ TRADE CORP | | USD | 5,003.42 |
| Bank Account | U.S. | Bank of American | CJ FULLFILLMENT CORP | | USD | 242,547.24 |
| Bank Account | U.S. | Bank of American | LIZHI ZHOU | | USD | 56,163.14 |
| Bank Account | U.S. | wellsfargo Bank | LIZHI ZHOU | | USD | 49,176.79 |
| Bank Account | U.S. | wellsfargo Bank | LIZHI ZHOU | | USD | 1,500.33 |
| credit card | U.S. | Bank of American | LIZHI ZHOU | | USD | - |
| credit card | U.S. | Bank of American | LIZHI ZHOU | | USD | - |
| credit card | U.S. | Bank of American | LIZHI ZHOU | | USD | -7,352.51 |
| Payoneer Account | U.S. | payoneer | Yiwu cujia Trade Co., Ltd | | USD | 1,764.83 |
| Payoneer Account | U.S. | payoneer | Yiwu cujia Trade Co., Ltd | | EUR | 64.52 |
| Payoneer Account | U.S. | payoneer | Yiwu cujia Trade Co., Ltd | | VND | 17,676,725.97 |
| Payoneer Account | U.S. | payoneer | LIZHI ZHOU | | USD | 363.16 |
| Payoneer Account | U.S. | payoneer | LIZHI ZHOU | | EUR | 19,704.52 |

**Exhibit 1**

| | | | | | | |
|---|---|---|---|---|---|---|
| Payoneer Account | U.S. | payoneer | LIZHI ZHOU | ▇▇▇▇▇▇ | EUR | - |
| Payoneer Account | U.S. | payoneer | Hong Kong Fei Lei Shipin Co. Ltd | ▇▇▇▇▇▇ | USD | 27.69 |
| Payoneer Account | U.S. | payoneer | Hong Kong Fei Lei Shipin Co. Ltd | ▇▇▇▇▇▇ | EUR | 10374.21 |
| Payoneer Account | U.S. | payoneer | Yiwushi Cute shipinyouxiangongsi | ▇▇▇▇▇▇ | EUR | 14,645.70 |
| Payoneer Account | U.S. | payoneer | xianggang haihuang trade Co., Ltd | ▇▇▇▇▇▇ | EUR | 0 |
| Stripe Account | U.S. | Stripe | CJ TRADE CORP | ▇▇▇▇▇▇ | USD | 20 |
| Stripe Account | U.S. | Stripe | CJ Fulfillment Corporation | ▇▇▇▇▇▇ | USD | 781,544.21 |
| Stripe Account | U.S. | Stripe | CJ Fulfillment Corporation | ▇▇▇▇▇▇ | USD | 1,526.23 |
| Stripe Account | U.S. | Stripe | xianggang haihuang trade Co., Ltd | ▇▇▇▇▇▇ | HKD | 774,475.41 |
| Stripe Account | U.S. | Stripe | xianggang haihuang trade Co., Ltd | ▇▇▇▇▇▇ | USD | 119,220.79 |
| Paypal Account | U.S. | PAYPAL | Yiwu cujia Trade Co., Ltd | ▇▇▇▇▇▇ | USD | 1,067,843.44 |
| Paypal Account | U.S. | PAYPAL | yiwu cute dianzi shangwu Co., Ltd | ▇▇▇▇▇▇ | USD | 18521.57 |
| Paypal Account | U.S. | PAYPAL | CJ TRADE CORP | ▇▇▇▇▇▇ | USD | 2915 |
| Paypal Account | U.S. | PAYPAL | Jinghua cujie trade Co., Ltd | ▇▇▇▇▇▇ | USD | 3,385.07 |
| Paypal Account | U.S. | PAYPAL | Hangzhou cujin trade Co., Ltd | ▇▇▇▇▇▇ | USD | 64,649.74 |
| Paypal | U.S. | PAYPAL | Jinghua cujie trade Co., | ▇▇▇▇▇▇ | USD | 4,480.99 |

**Exhibit 1**

| Account | | | Ltd | | | |
|---|---|---|---|---|---|---|
| Payssion Account | | Payssion | LIZHI ZHOU | ▮▮▮ | USD | 4,998.08 |
| WorldFirst Account | H.K. | WorldFirst | Hong Kong Fei Lei Shipin Co. Ltd | ▮▮▮ | USD | 0.30 |
| WorldFirst Account | H.K. | WorldFirst | YIWU CUJIA TRADE CO.,LTD | ▮▮▮ | USD | 0 |
| WorldFirst Account | H.K. | WorldFirst | xianggang haihuang trade Co., Ltd | ▮▮▮ | USD | 116048.31 |
| Alipay Business Account | China | Alipay Business | Hong Kong Fei Lei Shipin Co. Ltd | ▮▮▮ | CNY | 2,129,008.83 |
| LianLian Global Account | China | LianLian Global | Hong Kong Fei Lei Shipin Co. Ltd | ▮▮▮ | USD | 0 |
| Bank Account | H.K. | Industrial Bank | Hong Kong Fei Lei Shipin Co. Ltd | ▮▮▮ | USD | 0 |
| Bank Account | H.K. | Industrial Bank | Hong Kong Fei Lei Shipin Co. Ltd | ▮▮▮ | EUR | 0 |
| Bank Account | China | Industrial Bank | Lizhi Zhou | ▮▮▮ | CNY | 386,802.09 |
| Bank Account | China | Huaxia Bank | Lizhi Zhou | ▮▮▮ | CNY | 78,824.88 |
| Bank Account | China | Industrial and Commercial Bank of China | Lizhi Zhou | ▮▮▮ | CNY | 1,269.74 |
| Bank Account | China | Bank of China | Lizhi Zhou | ▮▮▮ | CNY | 42,628.65 |
| Alipay Account | China | Alipay | Lizhi Zhou | ▮▮▮ | CNY | 24,888.02 |
| Alipay | China | Alipay | Lizhi Zhou | ▮▮▮ | CNY | 28,871.55 |

**Exhibit 1**

| Account | | | | | | |
|---|---|---|---|---|---|---|
| Wechat Account | China | Wechat | Lizhi Zhou | ▮▮▮▮ | CNY | 190.18 |
| Wechat Account | China | Wechat | Jinghua cujie trade Co., Ltd | ▮▮▮▮ | CNY | 0.00 |
| Bank Account | China | Rural Commercial Bank | Yiwu cujia Trade Co., Ltd | ▮▮▮▮ | CNY | 16,448.91 |
| Bank Account | China | Bank of China | Yiwu cujia Trade Co., Ltd | ▮▮▮▮ | CNY | 6,365.91 |
| Bank Account | China | Bank of China | Yiwu cujia Trade Co., Ltd | ▮▮▮▮ | USD | 0 |
| Bank Account | China | Industrial Bank | Yiwu cujia Trade Co., Ltd | ▮▮▮▮ | USD | 0 |
| Bank Account | China | Industrial Bank | Yiwu cujia Trade Co., Ltd | ▮▮▮▮ | CNY | 9,641.92 |
| Bank Account | China | Commercial Bank of Chouzhou Zhejiang Province | Yiwu cujia Trade Co., Ltd | ▮▮▮▮ | CNY | 0.00 |
| Bank Account | China | Industrial Bank | Yiwu cute shiping Co., Ltd | ▮▮▮▮ | CNY | 8,479,099.77 |
| Bank Account | China | Industrial Bank | Yiwu cute shiping Co., Ltd | ▮▮▮▮ | USD | 6,835.15 |
| Bank Account | China | Industrial Bank | Yiwu cute shiping Co., Ltd | ▮▮▮▮ | EUR | 0.00 |
| Bank Account | China | Agricultural Bank of China | Yiwu cujia Trade Co., Ltd | ▮▮▮▮ | CNY | 183,101.47 |
| Bank Account | China | Agricultural Bank of China | Hangzhou cucheng keji Co., Ltd | ▮▮▮▮ | CNY | 2,874.54 |

**Exhibit 1**

| | | | | | | |
|---|---|---|---|---|---|---|
| Bank Account | China | Industrial Bank | Hangzhou cujin trade Co., Ltd | ███ | USD | 0 |
| Bank Account | China | Industrial Bank | Hangzhou cujin trade Co., Ltd | ███ | CNY | 0 |
| Bank Account | China | Industrial Bank | Hangzhou cuji trade Co., Ltd | ███ | CNY | 0 |
| Bank Account | China | Industrial Bank | Hangzhou cujia huoyun daili Co., Ltd | ███ | USD | 0 |
| Bank Account | China | Industrial Bank | Hangzhou cujia huoyun daili Co., Ltd | ███ | CNY | 1505351.43 |
| Bank Account | Germany | Penta Fintech GmbH | CJ DROPSHIPPING GmbH | ███ | EUR | 890.71 |
| Bank Account | France | Credit Mutuel | CJ Dropshipping S.A.R.L | ███ | EUR | 10672.93 |
| Bank Account | China | China merchants bank | LIZHI ZHOU | ███ | RMB | 0.06 |
| Bank Account | China | Agricultural Bank of China | LIZHI ZHOU | ███ | RMB | 181670.86 |
| Bank Account | China | POSTAL SAVINGS BANK OF CHINA | LIZHI ZHOU | ███ | RMB | 502086.56 |
| Bank Account | China | Shanghai Pudong Development Bank | LIZHI ZHOU | ███ | RMB | 2675.75 |
| Bank Account | China | Yiwu Rural Commercial Bank Co., Ltd. | LIZHI ZHOU | ███ | RMB | 608.08 |
| Bank Account | China | Bank of China | LIZHI ZHOU | ███ | RMB | 0 |

**Exhibit 1**

| Asset Type | Location | Address |
|---|---|---|
| Real Estate | China | 浙江省杭州市西湖区西溪路华元天鹅堡 4031<br>Huayuan Swan Fort 4031 Xixi Road, Xihu District, Hangzhou Zhejiang Province |
| Real Estate | China | 浙江省杭州市西湖区文二新村16幢301<br>Wen er xin cun building 16 301,Xihu District Hangzhou Zhejiang Province |
| Real Estate | China | 浙江省义乌市廿三里拨浪鼓花园3幢501<br>Bo lang gu hua yuan builidng 3,501,yiwu zhejiang Province |

| Asset Type | Location | Owner |
|---|---|---|
| Automobile | Hangzhou, China | Lizhi Zhou |