# EXHIBIT 16

**USER INFO**

| First Name | Middle Name | Last Name | SSN | TIN | DOB | Credit Card Statement N | Email |
|---|---|---|---|---|---|---|---|
| 理志 | | 周 | | | REDACTED | CUTEDIANZIS | sales@promotionjewelry.com, promotionjewelry@163.com |

**BUSINESS INFO**

| Name | URL | Customer Service Phone |
|---|---|---|
| 义乌市促特电子商务商行 | https://www.wish.com/merchant/yiwucutejewelryco.,ltd | |

**ACCOUNT INFO**

| Account Status | Account # | Account Type | Time Created |
|---|---|---|---|
| Limited | ███████0616 | Business - Chinese Verified - Cat493H | Jun 5, 2016 16 07 20 GMT+08 00 |

**FINANCIALS**

| Account Balance | Total Amount Sent (USD Equiv) | Total Amount Received | Amount Received (A month is determ) | Pending Balance T | Minimum Reserve Balance | Rolling Reserve Balance | Release Amount |
|---|---|---|---|---|---|---|---|
| $18,601.20 USD | $1,380.58 USD | $2,190,290.15 USD | Current Month $1,838,861.20 USD Last 3 Months $117,: | $0.00 USD* (0 % - $0.00 USD) | | $7,259.61 USD* (13 % - $0.00 USD* (0 % - 0 days) | $0.00 USD |

**E-MAIL**

| E-mail | Primary | Confirmed | Active |
|---|---|---|---|
| sales@promotionjewelry.com | X | X | X |
| promotionjewelry@163.com | X | X | X |

**PHONE NUMBERS**

| Phone Number | Type | Confirmation Status |
|---|---|---|
| +86 18267041623 | Work | Unconfirmed |
| +86 18757963663 | Work - Deleted | Unconfirmed |
| +86 18267041623 | Mobile | Confirmed |
| +86 8618067627100 | Mobile | Confirmed |
| +86 17364578366 | Mobile | Unconfirmed |

**IP SUMMARY**

| IPs | Logins | First Used | Last Used | Status |
|---|---|---|---|---|
| 61.153.32.46 | 322 | Dec 24, 2020 19 01 24 GMT+08 00 | Jun 15, 2021 16 27 29 GMT+08 00 | |
| 115.197.177.20 | 7 | May 27, 2021 16 53 51 GMT+08 00 | Jun 11, 2021 16 29 17 GMT+08 00 | |
| 115.197.184.31 | 124 | Apr 16, 2021 15 39 58 GMT+08 00 | May 14, 2021 09 16 26 GMT+08 00 | |
| 220.184.180.190 | 2 | May 5, 2021 22 56 57 GMT+08 00 | May 5, 2021 22 58 52 GMT+08 00 | |
| 104.245.14.89 | 1 | Apr 29, 2021 17 01 13 GMT+08 00 | Apr 29, 2021 17 01 13 GMT+08 00 | |

**BANKS**

| Type | Status | Confirmed | Bank Name | Bank Nick Name | Name | Country | Bank Info | Bank Acct # |
|---|---|---|---|---|---|---|---|---|
| Checking | Active - Primary | Unconfirmed (rand dep not yet initiat | CITIBANK NA | | yi wu shi cu te dian zi shang wu | US | 031100209 (Routing Number) | ████2830 |
| Checking | Active | Unconfirmed (rand dep not yet initiat | COMMUNITY FEDERAL SAVINGS BANK | | yi wu shi cu te dian zi shang wu | US | 026073150 (Routing Number) | ████5207 |
| Corporate | Active | Confirmed (rand dep) | 中国招商银行 | | 李云华 | CN | | ████6215 |

**CREDIT CARDS**

| Type | Status | Confirmed | Name | Card Nick Name | CC Number | Exp. | Currency | Issuer |
|---|---|---|---|---|---|---|---|---|
| CUP | | | | | | | | |
| Credit | Active | RdChg | LIZHI ZHOU | | REDACTED6578 | REDACTED | CNY | |
| Credit | Inactive-Expired | CVV2 | 美玲 李 | | REDACTED0746 | REDACTED | CNY | |
| | Inactive-Expired | CVV2 | LIZHI 李 | | REDACTED1144 | REDACTED | GBP | |