# EXHIBIT 17

## USER INFO

| First Name: | Middle Name: | Last Name: | SSN: | TIN: | DOB: | Credit Card Statement Name: | Email: |
|---|---|---|---|---|---|---|---|
| 理志 | | 周 | | | REDACTED | CJTRADECORP | 2357277963@qq.com, cujiatrade20210607@163.com |

## BUSINESS INFO

| Name: | URL: | Customer Service Phone: |
|---|---|---|
| CJ TRADE CORP | | |

## ACCOUNT INFO

| Account Status: | Account #: | Account Type: | Time Created: |
|---|---|---|---|
| Limited | 2423 | Business - Chinese Verified - Cat10A | Jan 17, 2018 11:36:19 GMT+08:00 |

## FINANCIALS

| Account Balance: | Total Amount Sent (USD E | Total Amount Received: | Amount Received:(A month is detei | Pending Balance T | Minimum Reserve Balance: | Rolling Reserve Balance: | Release Amount: |
|---|---|---|---|---|---|---|---|
| $2,915.00 USD | $0.00 USD | $16,187,089.00 USD | Current Month:$16,187,089.00 USD | Last 3 Months $0. | $0.00 USD* (0 % - $0.00 USD) | $0.00 USD* (13 % - 60 days) | $0.00 USD* (0 % - 0 days) |

## E-MAIL

| E-mail | Primary | Confirmed | Active |
|---|---|---|---|
| 2357277963@qq.com | X | X | X |
| cujiatrade20210607@163.com | | X | X |

## PHONE NUMBERS

| Phone Number | Type | Confirmation Status |
|---|---|---|
| +86 18057925560 | Work | Unconfirmed |
| +86 15257521876 | Work | Unconfirmed |
| +86 18267041623 | Mobile | Unconfirmed |
| +86 17364578366 | Mobile | Unconfirmed |

## IP SUMMARY

| IPs | Logins | First Used | Last Used | Status |
|---|---|---|---|---|
| 61.153.32.46 | 70 | Mar 3, 2021 19 07:22 GMT+08 00 | Jun 15, 2021 08:52:18 GMT+08 00 | |
| 39.183.134.90 | 2 | Jun 13, 2021 16 04:12 GMT+08:00 | Jun 13, 2021 16:21:57 GMT+08 00 | |
| 115.197.177.20 | 5 | Jun 3, 2021 11 03:09 GMT+08:00 | Jun 10, 2021 13:51:27 GMT+08 00 | |

## BANKS

| Type | Status | Confirmed | Bank Name | Bank Nick Name | Name | Routing # | Bank Acct # |
|---|---|---|---|---|---|---|---|
| Checking | Active - Primary | Unconfirmed (rand dep not yet initi | CITIBANK NA | | CJ TRADE CORP | 31100209 | 2854 |
| Checking | Active | Unconfirmed (rand dep not yet initi | BANK OF AMERICA, NA | | CJ TRADE CORP | 26009593 | 1876 |
| Savings | Active | Unconfirmed (rand dep not yet initi | BANK OF AMERICA, N.A. | | FASHION NECKLACE JEWELRY CO. LTD | 122101706 | 4845 |
| Checking | Inactive | Unconfirmed (rand dep not yet initi | CITIBANK NA | | CJ TRADE CORP | 31100209 | 2830 |

## CREDIT CARDS

| Type | Status | Confirmed | Name | Card Nick Name | CC Number | Exp. | Currency | Issuer |
|---|---|---|---|---|---|---|---|---|
| CUP Debit | Active | AuthCompleted | 理志 周 | | REDACTED1908 | REDACTED | CNY | |
| CUP Debit | Inactive | RdChg needed | 理志 周 | | REDACTED6837 | REDACTED | CNY | |
| CUP Debit | Inactive | RdChg needed | 理志 周 | | REDACTED0036 | REDACTED | CNY | |