# EXHIBIT 18

## USER INFO

| First Name: | Middle Name: | Last Name: | SSN: | TIN: | DOB: | Credit Card Statement Nam | Email: |
|---|---|---|---|---|---|---|---|
| 金华 | | 李 | | | REDACTED | WED2C COM | 1489204475@qq.com, 1755718621@qq com |

## BUSINESS INFO

| Name: | URL: | Customer Service Phone: |
|---|---|---|
| 金华市促杰贸易有限公司 | | |

## ACCOUNT INFO

| Account Status: | Account #: | Account Type: | Time Created: |
|---|---|---|---|
| Limited | 4077 | Business - Chinese Unverified - Cat40 | Aug 12, 2020 13:02 07 GMT+08 00 |

## FINANCIALS

| Account Balance: | Total Amount Sent (USD E | Total Amount Received: | Amount Received:(A month is deter | Pending Balance T | Minimum Reserve Balance: | Rolling Reserve Balance: | Release Amount: |
|---|---|---|---|---|---|---|---|
| $3,358.24 USD | $0.00 USD | $48,579.07 USD | Current Month:$48,331 51 USD Last 3 Months:$0.00 U | $0.00 USD* (0 % - $0.00 USD) | | $0 00 USD* (0 % - 0 days) | $0 00 USD* (0 % - 0 days) |

## E-MAIL

| E-mail | Primary | Confirmed | Active |
|---|---|---|---|
| 1489204475@qq.com | | X | X |
| 1755718621@qq.com | X | X | X |

## PHONE NUMBERS

| Phone Number | Type | Confirmation Status |
|---|---|---|
| +86 15927592405 | Work | Unconfirmed |
| +86 17300915069 | Work - Deleted | Unconfirmed |
| +86 17364578366 | Mobile | Unconfirmed |

## IP SUMMARY

| IPs | Logins | First Used | Last Used | Status |
|---|---|---|---|---|
| 61.153.32.46 | 105 | Mar 18, 2021 16:01:38 GMT+08:00 | Jun 15, 2021 14:13:43 GMT+08:00 | |
| 115.197.177.20 | 27 | May 24, 2021 11:29 09 GMT+08:00 | Jun 15, 2021 09:50:36 GMT+08:00 | |
| 115.192.141.81 | 1 | Jun 12, 2021 10:34:21 GMT+08 00 | Jun 12, 2021 10:34:21 GMT+08:00 | |
| 115.197.184.31 | 6 | Apr 19, 2021 15:02:15 GMT+08:00 | Apr 23, 2021 10:03:23 GMT+08 00 | |

## BANKS

| Type | Status | Confirmed | Bank Name | Bank Nick Name | Name | Routing # | Bank Acct # |
|---|---|---|---|---|---|---|---|
| Checking | Active - Primary | Unconfirmed (rand dep not yet initia | CITIBANK NA | | jin hua shi cu jie mao yi you xiar | 31100209 | 4045 |
| Checking | Removed | Unconfirmed (rand dep not yet initia | CITIBANK NA | | 金华市促杰贸易有限公司 | 31100209 | 2854 |