# EXHIBIT 19

## USER INFO

| First Name: | Middle Name: | Last Name: | SSN: | TIN: | DOB: | Credit Card Statement Name | Email: |
|---|---|---|---|---|---|---|---|
| 理志 | | 周 | | | REDACTED | CUJINMAOYIY | 2782837279@qq.com |

## BUSINESS INFO

| Name: | URL: | Customer Service Phone: |
|---|---|---|
| 杭州促金贸易有限公司 | | |

## ACCOUNT INFO

| Account Status: | Account #: | Account Type: | Time Created: |
|---|---|---|---|
| Limited | 7887 | Business - Chinese Unverified - Cat4C | Apr 1, 2021 13:30:40 GMT+08:00 |

## FINANCIALS

| Account Balance: | Total Amount Sent (USD E | Total Amount Received: | Amount Received:(A month is deterr | Pending Balance T | Minimum Reserve Balance: | Rolling Reserve Balance: | Release Amount: |
|---|---|---|---|---|---|---|---|
| $13,738 92 USD | $0.00 USD | $6,250,294 06 USD | Current Month:$6,213,199.74 USD Last 3 Months:$0.00 | $0 00 USD* (0 % - $0.00 USD) | $0 00 USD* (0 % - 0 days) | $0.00 USD* (0 % - 0 days) | |

## E-MAIL

| E-mail | Primary | Confirmed | Active |
|---|---|---|---|
| 2782837279@qq.com | X | X | X |

## PHONE NUMBERS

| Phone Number | Type | Confirmation Status |
|---|---|---|
| +86 17764509266 | Work | Unconfirmed |

## IP SUMMARY

| IPs | Logins | First Used | Last Used | Status |
|---|---|---|---|---|
| 61.153.32.46 | 194 | Apr 20, 2021 09:41:02 GMT+08:00 | Jun 15, 2021 12:51:54 GMT+08:00 | |
| 115.197.177.20 | 88 | May 19, 2021 18:04:59 GMT+08:00 | Jun 15, 2021 10:55:33 GMT+08:00 | |
| 39.183.134 90 | 1 | Jun 13, 2021 16:36:24 GMT+08:00 | Jun 13, 2021 16:36:24 GMT+08:00 | |
| 39.183.155 57 | 3 | Jun 5, 2021 21:37:00 GMT+08:00 | Jun 6, 2021 13:33:10 GMT+08 00 | |
| 115.192.142.148 | 1 | Jun 5, 2021 18:46:07 GMT+08:00 | Jun 5, 2021 18:46 07 GMT+08 00 | |
| 115.197.184.31 | 86 | Apr 19, 2021 18:12:51 GMT+08:00 | May 17, 2021 12:39:35 GMT+08:00 | |
| 220.184.181.48 | 1 | May 16, 2021 14:36:01 GMT+08:00 | May 16, 2021 14:36:01 GMT+08:00 | |
| 104.245.14 89 | 1 | May 15, 2021 16:13:57 GMT+08:00 | May 15, 2021 16:13:57 GMT+08:00 | |
| 39.183.155 9 | 1 | May 8, 2021 18:12:23 GMT+08:00 | May 8, 2021 18:12:23 GMT+08 00 | |
| 220.191.118.31 | 1 | May 4, 2021 20:39:56 GMT+08:00 | May 4, 2021 20:39:56 GMT+08 00 | |
| 220.184.182.180 | 6 | Apr 21, 2021 20:40:53 GMT+08:00 | Apr 23, 2021 21:21:04 GMT+08:00 | |
| 60.186.186.157 | 1 | Apr 23, 2021 10:39:49 GMT+08:00 | Apr 23, 2021 10:39:49 GMT+08:00 | |

## BANKS

| Type | Status | Confirmed | Bank Name | Bank Nick Name | Name | Routing # | Bank Acct # |
|---|---|---|---|---|---|---|---|
| Checking | Active - Primary | Unconfirmed (rand dep not yet initia | CITIBANK NA | | hang zhou cu jin mao yi you xia | 31100209 | 4286 |
| Checking | Active | Unconfirmed (rand dep not yet initia | CITIBANK NA | | hang zhou cu jin mao yi you xia | 31100209 | 4045 |
| Checking | Removed | Unconfirmed (rand dep not yet initia | CITIBANK NA | | hang zhou cu jin mao yi you xia | 31100209 | 2830 |