# EXHIBIT 20

**USER INFO**

| First Name: | Middle Name: | Last Name: | SSN: | TIN: | DOB: | Credit Card Statement Nam | Email: |
|---|---|---|---|---|---|---|---|
| 金华 | | 李 | | | REDACTED | CUJIEMAOYIY | 2126569447@qq com, 3563246841@qq.com |

**BUSINESS INFO**

| Name: | URL: | Customer Service Phone: |
|---|---|---|
| 金华市促杰贸易有限公司 | | |

**ACCOUNT INFO**

| Account Status: | Account #: | Account Type: | Time Created: |
|---|---|---|---|
| Limited | ▇▇▇▇8998 | Business - Chinese Unverified - Cat10 | Apr 21, 2021 16:50:47 GMT+08 00 |

**FINANCIALS**

| Account Balance: | Total Amount Sent (USD E | Total Amount Received: | Amount Received:(A month is detern | Pending Balance T | Minimum Reserve Balance: | Rolling Reserve Balance: | Release Amount: |
|---|---|---|---|---|---|---|---|
| $4,183.37 USD(Primary) €0.00 | $0.00 USD | $49,448.23 USD | Current Month:$49,448 23 USD Last 3 Months:$0.00 US | $0.00 USD | $0.00 USD* (0 % - $0 00 USD) | $0.00 USD* (0 % - 0 days) | $0.00 USD* (0 % - 0 days) |

**E-MAIL**

| E-mail | Primary | Confirmed | Active |
|---|---|---|---|
| 2126569447@qq.com | X | X | X |
| 3563246841@qq.com | | X | X |

**PHONE NUMBERS**

| Phone Number | Type | Confirmation Status |
|---|---|---|
| +86 17764509266 | Work | Unconfirmed |
| +86 18067627100 | Mobile | Confirmed |

**IP SUMMARY**

| IPs | Logins | First Used | Last Used | Status |
|---|---|---|---|---|
| 61.153.32.46 | 262 | May 7, 2021 10:12:14 GMT+08:00 | Jun 15, 2021 17:21:16 GMT+08:00 | |
| 115.197.177.20 | 11 | May 25, 2021 09:53:02 GMT+08:00 | Jun 15, 2021 15 04:49 GMT+08:00 | |
| 104 245.14 89 | 2 | May 27, 2021 12:00:55 GMT+08:00 | May 27, 2021 12:30:16 GMT+08:00 | |
| 115.197.184.31 | 53 | Apr 21, 2021 16:50:49 GMT+08:00 | May 17, 2021 13:23:00 GMT+08:00 | |

**BANKS**

| Type | Status | Confirmed | Bank Name | Bank Nick Name | Name | Routing # | Bank Acct # |
|---|---|---|---|---|---|---|---|
| Checking | Active - Primary | Unconfirmed (rand dep not yet initia | CITIBANK NA | | 金华市促杰贸易有限公司 | 31100209 | ▇▇▇▇2830 |