# EXHIBIT 21

| From: | Tulin, Edward L |
|---|---|
| To: | Gabriella A. Wilkins |
| Subject: | RE: [Ext] RE: JUUL v. Chou |
| Date: | Monday, June 21, 2021 5:12:11 PM |
| Attachments: | PAYONEER0002.xlsx |

Hi Gabriella,

Further to my email below, and subject to and without waiving Payoneer's prior objections to the exercise of personal jurisdiction over it in the Central District of California, Payoneer conducted a diligent search based on the updated information that you provided, and so far has located two accounts, which have been frozen as indicated below:

| Full Name | Payoneer Internal ID | Country | Identifier Provided | Current Balance |
|---|---|---|---|---|
| Yiwushi Cute Shipinyouxiangongsi | ■ | CN | 1156979741@qq.com | 139.71 EUR |
| Hong Kong Sea Worldwide Trading Co Limited | ■ | CN | 2126569447@qq.com | 119.93 EUR |

Attached as PAYONEER0002 is additional information relating to the above accounts. The password will follow in a separate email. Payoneer is still working on locating additional information/accounts, and I expect to be in touch shortly on those.

Thanks,
Ed