# EXHIBIT 22

| account_id | Account Balances | business_dba | phone_number | address_line1 | address_line2 | state | postal_code | url |
|---|---|---|---|---|---|---|---|---|
| acct_1CSz9ZK4MijGgjRf | 1193212.23 USD | CJDROPSHIPPING | [4808434440] | 13955 CENTRAL AVE | CHINO | CA | [91710] | https://app.cjdropshipping.com |
| acct_1IPxps2czKTFT7ZF | 636.01 USD | FELEX | [+19095862127] | 111 Wall Street | New York | NY | [10005] | www.app.cjdropshipping.com |
| acct_1HVATdGolYzWbYSK | 6654.87 USD | CJDROPSHIP | [+12015550124] | 13955 Central Avenue | Chino | CA | [91710] | https://cjdropshipping.com/ |
| acct_1FwKL2DFEVbauBl5 | 0 USD | cjdropshipping | [+85259396198] | ROOM B 4/F KINGSWELL COMM TOWER | WAN CHAI | Hong Kong | null | http://www.redkoii.com |
| acct_1FACKAFyhNqp6Rgz | 0 USD | CJDropshipping-CJ | [+14808434440] | 13955 Central Ave., | Chino | CA | [91710] | http://www.redkoii.com |
| acct_1livAaCEGqNbPgKa | 0 USD | 妃蕾饰品n | [+8617764509266] | FULL WIN COMMERCIAL CENTRE 573 NATH | Kowloon | Kowloon | null | https://www.cjdropshipping.cn/ |
| acct_1HCi1eFVhlupjU0h | -34.59 USD | SPOCKET | [+19095862127] | 111 Wall Street | New York | NY | [10005] | www.app.cjdropshipping.com |
| acct_1B9YAeF8BNcta0vH | 0 USD | RedKoii | [7088881326] | 20 E. Thomas Road, Suite 2200 | Phoenix | AZ | [85012] | redkoii.com |
| acct_1lKm1hGWTO8gjbgm | 0 USD | MODERNALUX | [+33623047427] | 3 rue de lourdy | Vendat | | [03110] | https://moderna-luxury.com/ |
| acct_1A4mFcLmiPAAK1VX | 20 USD | CJDropshipping-Redkoii | [6467830644] | 13955 CENTRAL AVE | CHINO | CA | [91710] | http://www.redkoii.com |
| acct_1CT1cNDrOui2GVqe | 0 USD | SP * CJGADGET | [4808434440] | 2 E CONGRESS ST STE 900-126 | TUCSON | AZ | [85701] | http://www.redkoii.com |
| acct_1lsk8HKcs5OJ05Kf | 983831.15 USD | CJDROPSHIP | [+8618067627100] | FLAT/RM 7022 BLK D 7/F TAK | null | New Territories | null | http://cjdropship.com/ |
| acct_1B9VRMCVH1gHbJXy | 0 USD | RedKoii | [7088881326] | 3402 Dodson Avenue | Chattanooga | TN | [37406] | redkoii.com |

| product_description | company_rep_first | company_rep_last | company_rep_dob | owner_email | account_opening_date | account_number | routing_number |
|---|---|---|---|---|---|---|---|
| We are selling Jewelry, Apparel Accessories. | Tina | Wu | 1984-12-28 | tina@cjdropshipping.com | 2018-05-18 3:21:13 | ▮ | 77728700627354286 |
| null | Lizhi | Zhou | 1987-06-23 | jackmacry101@gmail.com | 2021-02-28 22:34 | ▮ | 4.02936E+12 |
| physical products | LIZHI | ZHOU | 1987-06-23 | tina@cjdropshipping.com | 2020-09-25 6:32:17 | ▮ | 77722191108062830 |
| CJDropshipping — Your Favorite Dropshipping F | LIZHI | ZHOU | 1987-06-23 | 1156979741@qq.com | 2020-01-02 3:27:08 | ▮ | 162104020 |
| CJDropshipping — Your Favorite Dropshipping F | LIZHI | ZHOU | 1987-06-23 | 1599537242@qq.com | 2019-08-22 9:11:18 | ▮ | 4.57031E+11 |
| We provide products or services according to cu | 理志 | 周 | 1987-06-23 | 385738860@qq.com | 2021-04-22 5:33:45 | ▮ | 162136273 |
| null | Lizhi | Zhou | 1987-06-23 | jackmacry101@gmail.com | 2020-08-05 8:31:06 | ▮ | 4.02936E+12 |
| We are selling kids products. | WILFRED | WYLIE | 1964-03-18 | support@redkoii.com | 2017-10-05 12:43:53 | ▮ | 4.57031E+11 |
| Montre de luxe hommes et femmes. | DEMI | stam | 1998-04-20 | dstam63@hotmail.com | 2021-02-14 14:56:45 | ▮ | LT513250024882849364 |
| We are selling Jewelry, Apparel Accessories. | LIZHI | ZHOU | 1987-06-23 | sales@redkoii.com | 2017-04-04 8:14:50 | ▮ | 3.25079E+11 |
| We are selling Jewelry, Apparel Accessories. | Leigh | Jackson | 1968-10-25 | sales@redkoii.com | 2018-05-18 5:59:07 | ▮ | [7815867051] |
| 我司专注于一件代发一条龙服务，帮助国内外跨 | GUI SHENG | LI | 1981-10-10 | 3158699090@qq.com | 2021-05-19 7:47:58 | ▮ | 006-391 |
| Selling products related about kids! | Leigh | Jackson | [19680625] | 109018305@qq.com | 2017-10-05 9:47:49 | ▮ | 122101706 |