# EXHIBIT 23

1                    UNITED STATES DISTRICT COURT

2                    CENTRAL DISTRICT OF CALIFORNIA

3                         WESTERN DIVISION

4          THE HONORABLE DALE S. FISCHER, JUDGE PRESIDING

5

6   JUUL LABS, INC.,                    )
                                        )
7                      Plaintiff,       )
                                        )
8                                       )
           vs.                          )   No. CV 21-3056-DSF-PD
9                                       )
    ANDY CHOU, et al.,                  )
10                                      )
                       Defendants.      )
11  _____ )

12

13

14            REPORTER'S TRANSCRIPT OF PROCEEDINGS

15

16              Los Angeles, California

17           Monday, June 7, 2021, 1:49 P.M.

18       Order to Show Cause re Preliminary Injunction

19
                              PAT CUNEO CSR 1600, CRR-CM
20                            Official Reporter
                              First Street Courthouse
21                            Room 4311
                              350 West First Street
22                            Los Angeles, California 90012
                              213-894-1782
23                            patcuneo1600@gmail.com
                              www.patcuneo.com
24

25  APPEARANCES OF COUNSEL:

2

```
 1   FOR THE PLAINTIFF:    BARTKO ZANDEL BUNZEL & MILLER
                           BY:  GABRIELLA A. WILKINS, ATTORNEY AT LAW
 2                         AND  LAWRENCE B. STEINBERG, ATTORNEY AT LAW
                           One Embarcadero Center
 3                         Suite 800
                           San Francisco, California 94111
 4                         415-956-1900
                           gwilkins@bzbm.com; ssteinberg@bzbm.com
 5
     FOR THE DEFENDANTS:   RUTAN & TUCKER LLP
 6                         BY:  ALEJANDRO S. ANGULO, ATTORNEY AT LAW
                           AND  BRADLEY A. CHAPIN, ATTORNEY AT LAW
 7                         18575 Jamboree Road
                           9th Floor
 8                         Irvine, California  92612
                           714-641-5100
 9                         aangulo@rutan.com & bchapin@rutan.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1   **LOS ANGELES, CALIFORNIA; MONDAY, JUNE 7, 2021; 1:42 P.M.**

2                         -oOo-

3         THE COURT:  All right.

4         Would you call the JUUL Labs case?

5         THE CLERK:  Yes, Your Honor.

6         Calling Case No. CV 21-3056-DSF, JUUL Labs, Inc.,

7   vs. Andy Chou, et al.

8         Please state your appearances starting with the

9   plaintiff.

10         MS. WILKINS:  Good afternoon, Your Honor.

11   Gabriella Wilkins for plaintiff.

12         MR. STEINBERG:  And good afternoon, Your Honor.

13   Stephen Steinberg also representing the plaintiff.

14         THE COURT:  For the defense.

15         MS. FANG:  Good afternoon, Your Honor.  This is

16   Page Fang with JUUL Labs.

17         THE COURT:  Thank you.

18         MR. ANGULO:  Good afternoon, Your Honor.

19   Alejandro Angulo of Rutan & Tucker on behalf of THE

20   defendant.

21         MR. CHAPIN:  And good afternoon, Your Honor.

22   Brad Chapin also for the defendant.

23         THE COURT:  All right.  You're sounding a little

24   distant, gentlemen, so you may need to speak up.  I'll hear

25   first from plaintiff.  From plaintiff?

1          MS. WILKINS:  Yes, Your Honor.

2          Gabriella Wilkins again, and I do apologize for my

3    technical difficulties last time.  I have since received a

4    new laptop so hopefully we won't run into those issues

5    today.

6          So plaintiff has provided the Court with thorough

7    evidence and briefing on these issues.  If Your Honor has

8    any specific questions, we're happy to address them.

9    Otherwise, we'd like to speak directly first about one issue

10   in particular, the asset freeze, and then wait to respond to

11   defendants.

12         THE COURT:  All right.  Go ahead.

13         MS. WILKINS:  So, Your Honor, we're dealing with a

14   situation where it's not hypothetical that defendants will

15   dissipate and move their assets.

16         We've actually seen it occur.  Over $250,000 was

17   dissipated after receipt of the Court order.  Defendants are

18   claiming that they are -- their business is being hindered

19   by this asset freeze; but there is no credible inadmissible

20   evidence before the Court that shows that.

21         In fact, the evidence that plaintiff has presented

22   to the Court shows that the amount that has been frozen is

23   extremely modest in comparison to what plaintiff is entitled

24   to both for actual and statutory damages.

25         In regards to plaintiff's statutory damages,

1    defendants have claimed that plaintiff's damages are limited

2    to the sales to plaintiff's investigators but that is

3    heavily refuted by the evidence before the Court which shows

4    that at numerous times defendants were advertising daily

5    inventories of over 10,000 units of these JUUL starter kits.

6              And up until the issuance -- at least up until

7    issuance of the court order, defendants were also

8    advertising daily inventories of over a thousand of the US,

9    the starter -- charging docks.

10             So at this point, Your Honor, either the evidence

11   has been destroyed or defendants are lying because they

12   cannot account for the disappearance of all of that

13   inventory.

14             And with that in mind, plaintiff's actual damages

15   are going to be very high, much higher than what's been

16   frozen thus far.

17             In regards to plaintiff's statutory damages,

18   plaintiff's initial papers set out specifically what

19   statutory damages we will be seeking and our reply has

20   detailed even further after defendants have refuted our

21   claims for the statutory damages which actually they do not

22   even refute.  They don't address at all.

23             They do not talk about what plaintiffs are

24   entitled to for statutory damages and plaintiff has

25   presented to the Court evidence that at least 14 uses of

6

1    plaintiff's marks has been used on defendants' products that

2    were sold, at least 14, which means that on the lower side

3    without willfulness there's at least $2.8 million for

4    statutory damages and up to 28 million of statutory damages

5    which is on the low end half of what plaintiff has frozen

6    thus far.

7           And in this instance, plaintiff is not looking to

8    even -- at this point they're not going to be able to

9    recover their full damages for the infringement that has

10   occurred; but in continuation of the asset freeze, plaintiff

11   is at least looking to preserve the ability to partially

12   recover for their damages statutorily.

13          There is also no credible evidence in front of the

14   Court that defendants' business has been hindered whatsoever

15   by this asset freeze.  There's no bills have been presented

16   to the Court, no letters of -- that bills need to be paid.

17          There are no payroll records.  There is no leases.

18   We don't know when bills need to be paid, how much and from

19   what accounts.  We don't even know if their bills are paid

20   from the accounts that we've frozen.

21          Somehow defendants have been able to retain two

22   law firms with eight attorneys, two appearing today in

23   addition to the ones we've been aware of and, presumably,

24   they were -- they retained them on a large retainer.

25          They've also admitted that they do over

1    $160 million annually in business just in the US alone and

2    that shows that defendant has access to way more money than

3    we have frozen thus far.

4            And with that, Your Honor, we will wait to respond

5    to defendants' arguments.

6            THE COURT:  All right.  Thank you.

7            For the defense?

8            MR. ANGULO:  Yes.  Good afternoon, Your Honor.

9    Alejandro Angulo for the defendants.

10           Let me start -- can everybody hear me okay?

11           THE COURT:  If you speak at that volume, Yes.

12           MR. ANGULO:  I will do so, Your Honor.  I

13   apologize.

14           Let me start with I think the following theme

15   which is overreaching by the plaintiff here; and since

16   counsel raised the asset freeze order or started the

17   argument at least with the accusation that there has been

18   violations of the asset freeze, I want to focus on what

19   evidence, as opposed to lawyer argument, is actually before

20   the Court and what admissions plaintiffs have made on some

21   of these issues.

22           In particular, Your Honor, my client -- or my

23   clients, I should say -- received notice of the asset freeze

24   order on April 24th at approximately 9:00 in the morning.

25   That is the day in China.  Now, it was sent here on

1   April 23rd but with the time difference, it's April 24th

2   there.

3         The evidence that is put forth by counsel on the

4   allegation that we have violated that order is at paragraph

5   12 of Ms. Wilkins' declaration where she says that the

6   defendants transferred $10,000 from an account on

7   April 19th which would be at least four days before we

8   received notice of the order.

9         That could not have been a violation of the order.

10         At paragraph 12, she says that there were

11   transfers on the 22nd and the 23rd which would make that

12   the 23rd and 24th respectfully in China.  Again, the

13   allegation is that an ATM was used in California.

14         Those amounts or how much was listed is not in the

15   declaration but the amounts are $800 and at an ATM not used

16   by Mr. Chou who received the email but rather by an officer

17   manager in California in Chino -- located in Chino,

18   California.  Those amounts haven't been used.

19         Let's also keep in mind, Your Honor, that the

20   email that was sent to the client is nondescript, has a link

21   to what I will call the asset freeze order and is sent on a

22   Friday morning in China and it's got to trickle its way

23   through a CEO who employs, you know, who oversees over 800

24   people.  So by the time that happens, it's now, you know,

25   it's now afternoon at best in China on the 24th.

1          Then we have -- then we have transactions that

2    were already in place to be done on the -- on the 22nd

3    which is $180,000.  That's at paragraph 14 of Ms. Wilkins'

4    declaration as well as on the 23rd and the 25th.

5          Again, these are expenses or charges that were

6    already in process.  It's not unlike paying, for example,

7    your mortgage.  You might pay it on a Friday but it doesn't

8    post until Monday or Tuesday.  There has been no other --

9    there has been no violation of the order on that point.

10          I think when there's this allegation that the

11    order has been violated, I think when we look at the

12    evidence -- and this is not a contempt hearing where we

13    haven't had a chance to talk about, I think, to figure out

14    timing on when notice was given, when it was received, and

15    when it trickled its way through a large institution.

16          But, again, it's overreaching.  And I think it's

17    overreaching it and I think really that's the point here.

18          I want to talk -- and this theme carries through

19    to the next point Ms. Wilkins raised which is this notion

20    that my client has taken inventory or JUUL inventory that,

21    one, that it has that inventory and, two, that it hasn't

22    turned it over in violation of the TRO.

23          Again, we're not in a -- again, I think there's a

24    disconnect here on the facts and what counsel thinks the

25    facts are.  The fact is that my clients provide a platform

1   that a third-party uses.

2          My client, other than the products that were sent

3   to the New Jersey warehouse, my clients don't have

4   possession of any products.

5          Now, is it a -- can my client's platform be

6   improved to show exactly who the seller is or who the buyer

7   is.  I don't think anyone disputes that and I think that

8   this lawsuit, like many lawsuits, will highlight some

9   improvements that can be done so that this issue is not an

10  issue.

11         But the notion that we can then make the logical

12  leap and say because of the way the platform is used by

13  third parties, *ipso facto* means that we have possession of

14  these products, it's just not true.  We put evidence on that

15  point in the record.

16         I would point out, Your Honor, if we in fact had

17  the products, they would have been turned over.  We have

18  provided the other side with declarations consistent with

19  the order on where we bank which includes all the accounts

20  including the ones that they say we omitted.

21         We've identified the third-party seller.  We've

22  sued them.  We've identified them in the declaration.  We've

23  actually provided the other side with that person's ID, this

24  Solia individual.

25         We don't have products to destroy or sequester or

1    hand over to them.  They have never been in our possession

2    other than when they go through the shipping process and end

3    up in our warehouse.

4           The platform, as we explained to the Court -- and

5    I think the evidence will, you know, throughout this case

6    will show this -- is that that is exactly what we do.

7           We provide a platform, third parties use it, and

8    it's understandable, Your Honor -- and I am sympathetic to

9    this point that counsel makes that, from the private

10   investigator's standpoint, that it appeared, given the way

11   the platform is set up.

12          I understand why someone buying a product from the

13   website would think that the representative is actually a CJ

14   employee even though they're not.  I mean, they just are

15   not.  And I think once we -- once, you know, once plaintiff

16   had the opportunity to speak to this agent, they will find

17   out like we said that this person is not our employee.

18          Now, that doesn't mean that new websites are not,

19   you know, new websites and new businesses like this.  There

20   is obviously room for improvement and I think you're going

21   to see on this website a clear indication of who the

22   supplier of the product is but it's not our client.

23          They provide a technology platform with a back-end

24   logistics solution.  They deliver products that are

25   manufactured and sold by third parties.

1           You know, Amazon, for example, they have a

2      platform that third parties use and one of the things that

3      they do is that they identify the actual supplier of the

4      product.  But the fact that we don't identify the supplier

5      of the product doesn't mean that we are in possession of all

6      those products or doesn't mean we've ever been in possession

7      of those products.

8           And I would point out, Your Honor, the opening

9      brief started off as -- or the plaintiff's brief -- the

10     moving papers start off by basically calling my client a

11     fly-by-night counterfeit ring that, you know, is going to

12     run off with stuff.  The exact opposite has happened.

13          This is actually a large institution.  It has two

14     facilities in the United States.  When it got sued, it

15     didn't run the way counsel suggested they would do.  It's

16     facing this lawsuit head-on and it is -- and it's entitled

17     to a defense.

18          Now, so the notion that this is some fly-by-night,

19     you know, ring out of China, it's just not true and it's not

20     how the client is acting.

21          They have lease agreements.  I know counsel said

22     we didn't submit lease agreements in the record.  That's

23     untrue.  We actually submitted both lease agreements for

24     both locations in Chino, California, as well as in New

25     Jersey.

13

```
 1              So, again, I want to make sure we're not
 2    overreaching here.  I think we've made clear in our papers
 3    that some -- that while -- if the Court concludes that some
 4    preliminary remedy is appropriate, we think it should be
 5    tailored to what is really at issue here and not based on
 6    speculation and overreaching by counsel.  By counsel.
 7              The other point I'd like to point out, Your Honor,
 8    is this notion -- and counsel talked about this -- was the
 9    statutory damages issue.  You know, when you're looking at
10    outside of the willful context -- and I'll talk about the
11    willful context in a moment -- but outside the willful
12    context, you're looking at 2,000 to $200,000 in statutory
13    damages.
14              The low end is not 2.8 million.  The low end is 14
15    times 2,000 which is $28,000 with the high end being 14
16    times 2,000.
17              And I think when we look at the law that applies
18    in determining what's Your Honor's discretion, you really
19    look at the economic impact of the alleged wrong here.
20              You know, one of the things that troubles me as I
21    look at this is my client, you know, on some level is a
22    victim here too.  They had a platform that someone took
23    advantage of and now we're being foisted with this third
24    party, what they did, as though we did it.  We did not do
25    it.
```

1          But I think that once we look at what the

2     statutory damage should be and what the economic impact is,

3     you know, the only sales are to these investigators.  Even

4     though they submitted declarations saying that other sales

5     occurred, no other sales occurred.

6          And we know that no further sales occurred because

7     they were shut down.  As soon as we learned about this, my

8     client shut it down.

9          So I think that when we talk about what an asset

10    freeze should look like following a full hearing, both

11    looking at the plaintiff's evidence or lack thereof, and

12    looking at, you know, what really happened here, I don't

13    think that an asset freeze, a crippling asset freeze of

14    every single asset that any of these defendants hold

15    anywhere in the world is really -- is really just or fair in

16    this context.

17         To the extent that there's going to be some asset

18    freed, it should be tethered to what the economic harm is

19    here and let's talk about that economic harm.

20         They didn't put any evidence in the record of how

21    the goodwill was damaged.  I mean, and let's keep in mind

22    JUUL is not a Disney product.  It's a tobacco product.

23         You know, we have -- we have, you know, there was

24    no empirical evidence submitted on how the goodwill was

25    affected by a few thousand dollars sales to investigators.

| | |
|---|---|
| 1 | I would point out, Your Honor, too that, you know, |
| 2 | if we read -- if we understand what the plaintiff did here |
| 3 | or the investigators did here, they were working on |
| 4 | obtaining product since 2019. |
| 5 | No one bothered at that point to run into court |
| 6 | and say exigent circumstances, ex parte, there's a major |
| 7 | problem here.  They waited 20 months before they finally |
| 8 | went into court. |
| 9 | And I would point out, Your Honor, the moment we |
| 10 | learned about this, we should down every product of JUUL. |
| 11 | We shut the items with respect to JUUL down. |
| 12 | Had they called us or had they reached out to us |
| 13 | or had they sent a cease and desist letter, which is |
| 14 | standard practice for an IP holder, we would have done it 22 |
| 15 | months prior or 20 months prior. |
| 16 | That didn't happen here.  So I think when we start |
| 17 | thinking about the true economic harm here, even if we get |
| 18 | to the point where, okay, preliminary injunction is |
| 19 | appropriate and if we get to the point where some asset |
| 20 | freeze is appropriate and we look at the true economic harm |
| 21 | here, it is more -- the economic harm is less than what has |
| 22 | already been frozen. |
| 23 | So that's, you know, that's I think an important |
| 24 | point; and I think one other point where, again, going back |
| 25 | to this concept of overreaching, counsel has just put all of |

16

1   the defendants in one bucket as though they're all

2   responsible for each other.

3         We haven't -- there is no analysis about how

4   Mr. Chou is individually responsible.  There's no analysis

5   on how the entity in Arizona is separately responsible even

6   though the entity in California, which is the receiving

7   warehouse, never received the items.

8         I think if we're going to go through this process

9   we need to figure out what the culpability is, if any, of

10  each of the defendants but not just through them all in and

11  say:  Hey, every asset you have anywhere in the world is

12  what we're going to hold up.

13        So I have addressed the lease issue but I think,

14  Your Honor, I think when we look at the evidence and really

15  my point here is that there is significant overreaching

16  going on when we start to look at the arguments that are

17  being made versus the actual evidence that is being

18  submitted.

19        And so that's my response to the comments made by

20  counsel.  Of course I'm happy to answer any of Your Honor's

21  questions and I'd like the opportunity to comment further to

22  the extent that further argument is going to be made.

23        THE COURT:  What is the status of serving the

24  other third party or counter-defendant.  I forget which he

25  is.

```
 1              MR. ANGULO:  We haven't served them yet.  I
 2   believe -- we have not served them yet.  That's for certain.
 3   They're located in China is our understanding.  I don't know
 4   if I have their -- what I'm trying to track down now is the
 5   contact information because they are an agent in China; and
 6   that term is, by the way, used differently in China than it
 7   is in the United States.
 8              You know, here we think of agent as principal and
 9   agent.  There it's agent is more like a travel agent,
10   someone who helps the customer how to navigate what they
11   want.
12              So we have what we think is a good phone number.
13   We've produced the ID.  It's in Mandarin and I'm not going
14   to pretend I can read Mandarin.  But we're in the process of
15   trying to locate that individual to serve them.
16              Because that's really the party here that's
17   engaged in the wrongdoing and we have an interest obviously
18   in serving that person.  We may end up before Your Honor
19   depending on what we find out, you know, on seeking
20   permission to serve them, you know, electronically the way
21   this case were to commence.  But that's where we are with
22   that.
23              THE COURT:  All right.
24              Ms. Wilkins, did you want to respond?
25              MS. WILKINS:  Yes, Your Honor.  Thank you.
```

1          First of all, just to briefly discuss the service

2    issue.  I'm just not sure why they haven't been served when

3    defendant produced to us an ID with the alleged

4    codefendant's address on it.

5          But besides the point.  I will address defendant's

6    argument in order as they stated them.

7          First and foremost, Your Honor, it just goes with

8    our theme that defendants cannot be -- their credibility

9    lacks.  They cannot be credited for what they're telling the

10   Court.

11         First of all, now they're coming into court and

12   their counsel is stating that they did not receive notice of

13   the order until the 24th.  However, in Mr. Chou's

14   declaration signed under penalty of perjury, Docket 51-1,

15   paragraph 31 states, quote, the first time we were made

16   aware of the alleged infringing activity was on April 22nd,

17   2021, when we were first served by email with the documents

18   filed in this action.

19         So this directly contradicts what we're being told

20   today in court.  The reason why plaintiffs discussed the

21   transaction that occurred on the 19th was because in

22   Chou's declaration, which I attached to my declaration which

23   I believe was Exhibit 7 to my declaration that was submitted

24   to us during discovery, is that Mr. Chou ceded in his

25   declaration that they have complied with the court order

1    since the issuance of the order.

2         Now, whether that was a misstatement or not, we

3    wanted to present the Court with evidence that that is not

4    true since the issuance of the order which was on the 13th

5    because there have been transactions from his accounts on

6    the 19th and so forth.

7         And even if there was this long haul of getting

8    service to the correct people, Mr. Chou himself for sure has

9    admitted that he received service on the 22nd; and if he

10   was taking this court order that seriously, he would not

11   have allowed dissipation of his assets that occurred up

12   until the 25th of April.

13        Also, the evidence before the Court shows that

14   defendants are claiming they operate as some third-party

15   logistic company.  But that is refuted by even what they

16   state in their own papers.  They admit that they source

17   products and that is also presented in evidence that we've

18   had with communications with our JUUL investigators which

19   show that representatives of defendants were sourcing the

20   product.  They stated so much in all of the conversations

21   that we've presented to the Court.  Defendants have

22   presented no evidence that refutes that.

23        Further, defendants have pointed to no case law

24   whatsoever that says that they are not liable if they are in

25   fact operating as they say they are as just some third party

1    logistic company.

2         Alternatively, plaintiff has presented case law

3    that shows that any party within the distribution chain,

4    including those who do not participate in affixing marks or

5    sourcing products, still can be liable for infringement.

6         And that is stated in the *Adobe* case which we've

7    cited in our papers as well as the *Atardi* case and the

8    *Philip Morris* case.

9         So the fact that defendants claim that even if

10   everything they're stating his true and they have no

11   involvement in affixing the marks or sourcing the products,

12   they still can be liable and according to no case law

13   whatsoever that refutes that.

14        Also, Your Honor, in regards to the statutory

15   damages claims, here we are dealing with a consumable

16   product.  It is a potentially dangerous product.

17        When you're dealing with statutory damages, while

18   it is in the discretion of the Court, Court consider those

19   facts when making their determination.

20        Even if cases that we've cited in our brief, for

21   example, the *Nike* case *v. Innovation Ventures*, that case was

22   dealing not with a consumable dangerous product but a

23   clothing item and in that case -- and less statutory -- less

24   marks were being infringed in that case.

25        And in that case there was 10 to $12 million

1  awarded in statutory damages.  I'm sorry.  Those are two

2  different cases, *Nike* and *Innovation Ventures*.  And in both

3  of those cases, there was a range of 10 to $12 million

4  dollars respectively.

5          In this case we've frozen not even $1.4 million in

6  assets.  That is the tip of the iceberg in regards to

7  defendants' assets, business assets, as well as what we are

8  entitled to in actual and statutory damages.

9          In regards to the actual damages and the inventory

10 that defendants repeatedly advertise that they had on their

11 website, we've presented evidence that defendants had that

12 inventory.  Defendants have presented no evidence other than

13 self-serving declarations that refute that.

14         Evidence is not credible.  Defendants have shown

15 us time and time again that they cannot be trusted when

16 they're making representations to the Court.  Our evidence

17 is admissible credible evidence refutes their statement.

18         Defendants are also now coming into court and

19 stating that they want some sort of modifications in asset

20 freeze.  This is the first time that the parties have heard

21 of this or the Court.  We have not had a chance to respond

22 to this as much.

23         There's nothing in their paper that detail any

24 sort of modification.  Nothing asking for what they would

25 want and what would be reasonable.

1          The Court now should not issue some sort of vague

2     modification based off of speculation and vague assertions

3     and counsel's statements here in court.

4          THE COURT:  I'll make it specific.  It won't be

5     vague.

6          MS. WILKINS:  Sure, Your Honor.  But you do not

7     have any evidence in front of you to make those

8     determinations because defendants have not given the Court

9     any evidence to make such a determination.

10          Lastly, in regards to the scope and how it applies

11     to this particular defendant in this case, we have -- the

12     evidence shows that Andy Chou, defendant Andy Chou, is

13     personally involved in all of these businesses.

14          There is a lack of discrepancy between the control

15     and all of the assets of this organization, because it does

16     operate as one organization, are all commingled.

17          For example, in Exhibit 5 and Exhibit 1 to my

18     declaration where I attest to evidence that I have seen in

19     this case based off of the bank records that we have from

20     these third parties that just one example, defendants'

21     PayPal account, transfers its funds that it receives through

22     the business to at least two personal accounts of Andy Chou.

23          So right there we have a commingling of the

24     ill-gotten gains that defendants received from these

25     transactions that are being distributed to Andy Chou and

1    other defendants in this case.

2           So the asset freeze should remain in place and it

3    should not be modified in regards to the specific defendants

4    that it applies to.

5           Thank you, Your Honor.

6           THE COURT:  So one of the exhibits that you

7    provided that indicated the 10,000 items said they were in a

8    China warehouse.  What information do you have, if any, on

9    the China warehouse?

10          MS. WILKINS:  And, Your Honor, are you directing

11   that at plaintiff?

12          THE COURT:  Yes.

13          MS. WILKINS:  Okay.  Because at this point --

14   well, in terms of -- we're not sure where exactly they're

15   housed.  And I'm not sure.  I apologize if that was

16   confusing in our papers.

17          But we're not sure exactly where they're housed

18   but what we do know and we submitted the screen-shots and

19   that was also not only in Hewlett's declaration that we

20   submitted for our reply but in previous declarations as well

21   where defendants advertised on their website for these JUUL

22   products; that they have inventory of the JUUL starter kits,

23   over 10,000 units.

24          And then for the JUUL charging docks over a

25   thousand units; and this is at different times throughout

1   the investigators' investigation.  It's not just one day.

2          And if you look at the exhibits, it also shows

3   that the processing time as advertised is one to three

4   business days.  So for defendants to be responsible for

5   shipping these goods and being able to ship them within a

6   one- to three-day period to the United States, that either

7   shows that they're in the US at one of their warehouses and

8   they have that inventory or they are in China and they're --

9   from their China warehouses and being shipped very quickly.

10   More likely they're in the US and they're sitting in their

11   warehouses ready to be sold.

12          It's against the defendants' interest to advertise

13   that it has such a large inventory that they can sell in

14   such a short amount of time in the US without being able to

15   do so and that's why what defendants has come in court today

16   and stated and in their self-serving declarations have

17   stated, it's refuted by clear concise evidence that

18   plaintiffs have presented.

19          THE COURT:  Mr. Angulo, do you know anything more

20   about this Chinese warehouse?

21          MR. ANGULO:  Yeah.  I know counsel presented the

22   possibility as binary meaning it's possible they're in a

23   Chinese warehouse or here or another possibility is that the

24   third party that hosted this on our platform indicated

25   something that was untrue.

25

| | |
|---|---|
| 1 | We don't have a warehouse in China that has JUUL |
| 2 | products.  We don't have a warehouse in the United States |
| 3 | that has JUUL products.  We don't have JUUL products.  That |
| 4 | is a fact.  That is a fact that maybe -- maybe JUUL doesn't |
| 5 | like but we don't have them. |
| 6 | Our platform is -- and as we submitted to this |
| 7 | Court -- our platform is we provide a platform for third |
| 8 | parties.  It would be like me going on to Facebook trying to |
| 9 | sell something saying I have a hundred units of something |
| 10 | when I really don't. |
| 11 | This is information provided by this third party. |
| 12 | That's why we sued them.  So I -- that's why it says what |
| 13 | it -- well, anyway, that's why we don't have the product |
| 14 | because this is a platform that third parties use and they |
| 15 | put the information that -- about the products that they |
| 16 | have. |
| 17 | We've taken that down.  We've done what we could |
| 18 | on our end which is shut it down like we do regularly with |
| 19 | our IT enforcement team. |
| 20 | You know, it's unfortunate that this slipped |
| 21 | through and we are cognizant of the fact that this slipped |
| 22 | through and we're disappointed by it. |
| 23 | But the notion that my client is part of a |
| 24 | counterfeiting ring is just belied by the evidence here.  A |
| 25 | counterfeiting ring doesn't have the sales that we have for |

26

| | |
|---|---|
| 1 | legitimate products with warehouses and doesn't respond the |
| 2 | way that my client has responded which is facing this |
| 3 | head-on, appearing in your court and facing this head-on. |
| 4 | One thing that has not happened in this case is no |
| 5 | one ever reached out to my client beforehand and say:  Hey, |
| 6 | you got this infringing product.  It's the first step.  It's |
| 7 | a cease and desist letter.  Had we gotten that, it would |
| 8 | have been shut down and this thing would have been over 20 |
| 9 | plus months ago. |
| 10 | But in any event, that warehouse -- there is no |
| 11 | warehouse in China where my client has JUUL product.  Is |
| 12 | there a warehouse in the world that carries some counterfeit |
| 13 | product whether JUUL or otherwise?  I got to imagine that |
| 14 | there is because that's the world we live in. |
| 15 | But there is no warehouse my client has that my |
| 16 | client had either in China, the United States, or any other |
| 17 | country where my client has warehouses, whether it's |
| 18 | Thailand, whether it's in Europe, or anywhere else where |
| 19 | they have counterfeit JUUL products.  Actually, I would go |
| 20 | further; that they have any legitimate JUUL products or |
| 21 | counterfeit JUUL products.  It's just that we don't have it. |
| 22 | That's where we are with that. |
| 23 | THE COURT:  Does your client have a warehouse in |
| 24 | China? |
| 25 | MR. ANGULO:  I'm sure they do, Your Honor, but |

1    typically what happens is that the third parties will pick

2    up the inventory from the third parties, just ship it out.

3    I got to imagine -- and I don't know for certain.  I

4    apologize for not having an answer -- but I imagine they do

5    for purposes of collecting the products and then shipping

6    them to the United States because that's really where our

7    value add is to like a business to business value add is

8    we're able to take your products that you sell and

9    manufacturers sell whatever they are and we're able to ship

10   them to and distribute them to the United States, among

11   other countries.

12            But I -- I have no problem, Your Honor, you know,

13   obtaining, if we need to, a declaration from the client or

14   arranging an inspection of the warehouse in China if that's

15   what they want to do to confirm that.  But we do not have --

16   we ran this issue down to the ground.  We do not carry those

17   products.

18            THE COURT:  I'll leave it to them if they want to

19   follow up on that.

20            Anything further, Ms. Wilkins?

21            MS. WILKINS:  Yes, Your Honor.  Just one -- two

22   further points that I did forget to make prior responding to

23   defendants' last points.

24            There is a clear violation of the court order that

25   defendants cannot get around whatsoever, and that is that

28

1    they concealed assets when they responded to discovery; and

2    defendants are claiming now that they did not but we

3    submitted the declaration from Mr. Chou which supposedly

4    stated all of his assets.

5            He was actually given more than one opportunity to

6    do so since he sent us an addendum.  Both times they totally

7    disregarded and did not include whatsoever at least five

8    accounts.

9            And I believe no accounts -- yes -- no accounts

10   from Wells Fargo whatsoever.  So for defendants to state now

11   before the Court that that didn't occur or that some sort of

12   mess-up on our part is just clear lies.  It is blatantly

13   that defendants did not identify these assets.

14           And, also, this argument that we should have sent

15   a cease and desist letter --

16           THE COURT:  Don't even go there.

17           MS. WILKINS:  Okay.  Then that's it, Your Honor.

18   That's all we have.

19           THE COURT:  Did you want to respond, Mr. Angulo?

20   I did mean to ask you about your statement that all of the

21   accounts have been listed.

22           MR. ANGULO:  So, Your Honor, there are some

23   accounts that were not listed.  However -- and I'm trying to

24   pull up the declaration as we're talking.  But I think they

25   mention that a bank account at Bank of America was not

29

1    identified.

2           But the fact that we have accounts at Bank of

3    America was identified; and when the freeze order was issued

4    to that institution, they freeze all of those accounts.  So

5    that's why -- I don't dispute that some accounts weren't

6    specifically identified.  However, the institution that

7    carries those accounts were ultimately those accounts were

8    frozen.

9           And so, you know, again, you know, we have a

10   client who gets served on a Friday, doesn't hire counsel

11   until a week later and were, you know, moving quickly both

12   to respond to the allegations and to do what this Court has

13   told -- has asked us to do.

14          THE COURT:  I don't ask.  I tell.

15          MR. ANGULO:  Fair enough, Your Honor.  What the

16   Court told us to do.  And were there some mistakes?

17   Certainly.  However, I think this client has, you know, has

18   largely complied with the order to the extent that was --

19   and, again, this is not a contempt hearing.

20          But to the extent there was an error, we're going

21   to have an opportunity, I think, if counsel brings a

22   contempt motion, to address whether or not there was an

23   intentionally disregard of Your Honor's order which there is

24   not.

25          One thing I do is I don't get involved in cases

1   with clients not complying with court orders intentionally.

2   We're in this case now.  There have -- you know, the

3   accounts that are being talked about, those are frozen.

4   It's in the past and we'd like to move forward, you know,

5   really for resolution.

6         And if there's going to be a preliminary

7   injunction issued which we don't necessarily impose a

8   limited injunction, I think we said in our papers, you know,

9   we want to make sure that we're not -- it's not an

10  overreaching and not a complete estop to the company being

11  able to do business the way the TRO was drafted.

12        THE COURT:  Well, did you provide different

13  language for the proposed injunction?

14        MR. ANGULO:  I have not, Your Honor.

15        THE COURT:  Well, if you don't want me to use

16  their language, then you should provide something.

17        MR. ANGULO:  I'm happy to submit a proposed

18  language for the injunction.  I mean, this hearing -- the

19  hearing today was really to determine whether or not the TRO

20  would turn into a preliminary injunction and continue in

21  place.

22        Our only point is that we think it's overbroad and

23  should be curved back but happy to submit that, Your Honor.

24        THE COURT:  All right.  Well, you should do that

25  quickly.

1          Anything else?

2          MS. WILKINS:  Just, Your Honor, if defendants is

3   to submit a modified proposed order, will plaintiffs have an

4   opportunity to respond?

5          THE COURT:  It depends on what they submit.

6          All right.  Anything else?

7                    *(No response.)*

8          THE COURT:  Okay.  Thank you.

9          MS. WILKINS:  Thank you, Your Honor.

10         MR. ANGULO:  Thank you.

11         MR. STEINBERG:  Thank you, Your Honor.

12         THE CLERK:  Court is adjourned.

13      *(At 2:23 p.m., proceedings were concluded.)*

14

15                    -oOo-

16

17

18

19

20

21

22

23

24

25

**CERTIFICATE**

I, PAT CUNEO, CSR 1600, hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date:  July 11, 2021

/s/ _____

PAT CUNEO, OFFICIAL REPORTER
CSR NO. 1600

{PLAINTIFF} v.
{DEFENDANT}

{WITNESSNAME}
{DATE}

**MR. ANGULO: [11]**
3/18 7/8 7/12 17/1
24/21 26/25 28/22
29/15 30/14 30/17
31/10
**MR. CHAPIN: [1]** 3/21
**MR. STEINBERG: [2]**
3/12 31/11
**MS. FANG: [1]** 3/15
**MS. WILKINS: [11]**
3/10 4/1 4/13 17/25
22/6 23/10 23/13 27/21
28/17 31/2 31/9
**THE CLERK: [2]** 3/5
31/12
**THE COURT: [23]** 3/3
3/14 3/17 3/23 4/12 7/6
7/11 16/23 17/23 22/4
23/6 23/12 24/19 26/23
27/18 28/16 28/19
29/14 30/12 30/15
30/24 31/5 31/8

**$**
**$1.4 [1]** 21/5
**$1.4 million [1]** 21/5
**$10,000 [1]** 8/6
**$12 [2]** 20/25 21/3
**$12 million [1]** 20/25
**$160 [1]** 7/1
**$160 million [1]** 7/1
**$180,000 [1]** 9/3
**$2.8 [1]** 6/3
**$2.8 million [1]** 6/3
**$200,000 [1]** 13/12
**$250,000 [1]** 4/16
**$28,000 [1]** 13/15
**$800 [1]** 8/15

**-**
**-oOo [2]** 3/2 31/15

**/**
**/s [1]** 32/15

**1**
**10 [2]** 20/25 21/3
**10,000 [3]** 5/5 23/7
23/23
**11 [1]** 32/10
**12 [2]** 8/5 8/10
**13th [1]** 19/4
**14 [5]** 5/25 6/2 9/3
13/14 13/15
**1600 [3]** 1/19 32/3
32/16
**1782 [1]** 1/22
**18575 [1]** 2/7
**1900 [1]** 2/4
**19th [3]** 8/7 18/21 19/6
**1:42 [1]** 3/1
**1:49 [1]** 1/17

**2**
**2,000 [3]** 13/12 13/15
13/16
**2.8 [1]** 13/14
**20 [3]** 15/7 15/15 26/8
**2019 [1]** 15/4
**2021 [4]** 1/17 3/1 18/17
32/10
**21-3056-DSF-PD [1]**
1/8
**213-894-1782 [1]** 1/22
**22 [1]** 15/14
**22nd [4]** 8/11 9/2 18/16
19/9
**23rd [4]** 8/1 8/11 8/12
9/4
**24th [5]** 7/24 8/1 8/12
8/25 18/13
**25th [2]** 9/4 19/12
**28 [1]** 32/4
**28 million [1]** 6/4
**2:23 [1]** 31/13

**3**
**31 [1]** 18/15
**350 [1]** 1/21

**4**
**415-956-1900 [1]** 2/4
**4311 [1]** 1/21

**5**
**51-1 [1]** 18/14
**5100 [1]** 2/8

**7**
**714-641-5100 [1]** 2/8
**753 [1]** 32/4

**8**
**800 [2]** 2/3 8/23

**9**
**90012 [1]** 1/22
**92612 [1]** 2/8
**94111 [1]** 2/3
**9:00 [1]** 7/24
**9th [1]** 2/7

**A**
**aangulo [1]** 2/9
**ability [1]** 6/11
**able [7]** 6/8 6/21 24/5
24/14 27/8 27/9 30/11
**about [15]** 4/9 5/23
9/13 13/8 13/10 14/7
14/9 14/19 15/10 15/17
16/3 24/20 25/15 28/20
30/3
**above [1]** 32/7
**above-entitled [1]** 32/7
**access [1]** 7/2
**according [1]** 20/12
**account [2]** 5/12 8/6

22/21 28/25
**accounts [16]** 6/19
6/20 10/19 19/5 22/22
28/8 28/9 28/9 28/21
28/23 29/2 29/4 29/5
29/7 29/7 30/3
**accusation [1]** 7/17
**acting [1]** 12/20
**action [1]** 18/18
**activity [1]** 18/16
**actual [6]** 4/24 5/14
12/3 16/17 21/8 21/9
**actually [9]** 4/16 5/21
7/19 10/23 11/13 12/13
12/23 26/19 28/5
**add [2]** 27/7 27/7
**addendum [1]** 28/6
**addition [1]** 6/23
**address [5]** 4/8 5/22
18/4 18/5 29/22
**addressed [1]** 16/13
**adjourned [1]** 31/12
**admissible [1]** 21/17
**admissions [1]** 7/20
**admit [1]** 19/16
**admitted [2]** 6/25 19/9
**Adobe [1]** 20/6
**advantage [1]** 13/23
**advertise [2]** 21/10
24/12
**advertised [2]** 23/21
24/3
**advertising [2]** 5/4 5/8
**affected [1]** 14/25
**affixing [2]** 20/4 20/11
**after [2]** 4/17 8/25
**afternoon [7]** 3/10 3/12
3/15 3/18 3/21 7/8 8/25
**again [11]** 4/2 8/12 9/5
9/16 9/23 9/23 13/1
15/24 21/15 29/9 29/19
**against [1]** 24/12
**agent [6]** 11/16 17/5
17/8 17/9 17/9 17/9
**ago [1]** 26/9
**agreements [3]** 12/21
12/22 12/23
**ahead [1]** 4/12
**al [2]** 1/9 3/7
**ALEJANDRO [3]** 2/6
3/19 7/9
**Alejandro Angulo [2]**
3/19 7/9
**all [24]** 3/3 3/23 4/12
5/12 5/22 7/6 10/19
12/5 15/25 16/1 16/10
17/23 18/1 18/11 19/20
22/13 22/15 22/16 28/4
28/18 28/20 29/4 30/24
31/6
**allegation [3]** 8/4 8/13
9/10
**allegations [1]** 29/12
**alleged [3]** 13/19 18/3

18/16
**allowed [1]** 19/11
**alone [1]** 7/1
**already [3]** 9/2 9/6
15/22
**also [13]** 3/13 3/22 5/7
6/13 6/25 8/19 19/13
19/17 20/14 21/18
23/19 24/2 28/14
**Alternatively [1]** 20/2
**am [1]** 11/8
**Amazon [1]** 12/1
**America [2]** 28/25 29/3
**among [1]** 27/10
**amount [2]** 4/22 24/14
**amounts [3]** 8/14 8/15
8/18
**analysis [2]** 16/3 16/4
**ANDY [6]** 1/9 3/7 22/12
22/12 22/22 22/25
**Angeles [3]** 1/16 1/22
3/1
**ANGULO [5]** 2/6 3/19
7/9 24/19 28/19
**annually [1]** 7/1
**another [1]** 24/23
**answer [2]** 16/20 27/4
**any [14]** 4/8 10/4 14/14
14/20 16/9 16/20 20/3
21/23 22/7 22/9 23/8
26/10 26/16 26/20
**anyone [1]** 10/7
**anything [4]** 24/19
27/20 31/1 31/6
**anyway [1]** 25/13
**anywhere [3]** 14/15
16/11 26/18
**apologize [4]** 4/2 7/13
23/15 27/4
**appearances [2]** 1/25
3/8
**appeared [1]** 11/10
**appearing [2]** 6/22
26/3
**applies [3]** 13/17 22/10
23/4
**appropriate [3]** 13/4
15/19 15/20
**approximately [1]** 7/24
**April [6]** 7/24 8/1 8/1
8/7 18/16 19/12
**April 19th [1]** 8/7
**April 22nd [1]** 18/16
**April 23rd [1]** 8/1
**April 24th [2]** 7/24 8/1
**are [38]**
**argument [5]** 7/17 7/19
16/22 18/6 28/14
**arguments [2]** 7/5
16/16
**Arizona [1]** 16/5
**around [1]** 27/25
**arranging [1]** 27/14
**as [28]** 7/19 9/4 9/4

11/4 12/9 12/24 12/24
13/20 13/24 14/7 14/7
16/1 17/18 18/6 19/14
19/25 19/25 20/7 20/7
21/7 21/7 21/22 22/16
23/20 24/3 24/22 25/6
28/24
**ask [2]** 28/20 29/14
**asked [1]** 29/13
**asking [1]** 21/24
**assertions [1]** 22/2
**asset [17]** 4/10 4/19
6/10 6/15 7/16 7/18
7/23 8/21 14/9 14/13
14/13 14/14 14/17
15/19 16/11 21/19 23/2
**assets [9]** 4/15 19/11
21/6 21/7 21/7 22/15
28/1 28/4 28/13
**at [46]**
**Atardi [1]** 20/7
**ATM [2]** 8/13 8/15
**attached [1]** 18/22
**attest [1]** 22/18
**ATTORNEY [4]** 2/1 2/2
2/6 2/6
**attorneys [1]** 6/22
**awarded [1]** 21/1
**aware [2]** 6/23 18/16

**B**
**back [3]** 11/23 15/24
30/23
**back-end [1]** 11/23
**bank [5]** 10/19 22/19
28/25 28/25 29/2
**BARTKO [2]** 2/1
**based [3]** 13/5 22/2
22/19
**basically [1]** 12/10
**bchapin [1]** 2/9
**be [27]** 5/15 5/19 6/8
6/16 6/18 8/7 9/2 10/5
10/9 13/4 14/2 14/17
14/18 16/22 18/8 18/9
20/5 20/12 21/15 21/25
22/4 23/3 24/4 24/11
25/8 30/6 30/23
**because [13]** 5/11
10/12 14/6 17/5 17/16
18/21 19/5 22/8 22/15
23/13 25/14 26/14 27/6
**been [23]** 4/22 5/11
5/15 6/1 6/14 6/15 6/21
6/23 7/17 8/9 8/18 9/8
9/9 9/11 10/17 11/1
12/6 15/22 18/2 19/5
26/8 26/8 28/21
**before [8]** 4/20 5/3
7/19 8/7 15/7 17/18
19/13 28/11
**beforehand [1]** 26/5
**behalf [1]** 3/19
**being [13]** 4/18 13/15

{PLAINTIFF} v.
{DEFENDANT}

{WITNESSNAME}
{DATE}

**B**

**being... [11]** 13/23 16/17 16/17 18/19 20/24 22/25 24/5 24/9 24/14 30/3 30/10
**belied [1]** 25/24
**believe [3]** 17/2 18/23 28/9
**besides [1]** 18/5
**best [1]** 8/25
**between [1]** 22/14
**bills [4]** 6/15 6/16 6/18 6/19
**binary [1]** 24/22
**blatantly [1]** 28/12
**both [7]** 4/24 12/23 12/24 14/10 21/2 28/6 29/11
**bothered [1]** 15/5
**Brad [1]** 3/22
**BRADLEY [1]** 2/6
**brief [3]** 12/9 12/9 20/20
**briefing [1]** 4/7
**briefly [1]** 18/1
**brings [1]** 29/21
**bucket [1]** 16/1
**BUNZEL [1]** 2/1
**business [9]** 4/18 6/14 7/1 21/7 22/22 24/4 27/7 27/7 30/11
**businesses [2]** 11/19 22/13
**but [37]**
**buyer [1]** 10/6
**buying [1]** 11/12
**bzbm.com [2]** 2/4 2/4

**C**

**CALIFORNIA [11]** 1/2 1/16 1/22 2/3 2/8 3/1 8/13 8/17 8/18 12/24 16/6
**call [2]** 3/4 8/21
**called [1]** 15/12
**calling [2]** 3/6 12/10
**can [8]** 7/10 10/5 10/9 10/11 17/14 20/5 20/12 24/13
**cannot [5]** 5/12 18/8 18/9 21/15 27/25
**carries [3]** 9/18 26/12 29/7
**carry [1]** 27/16
**case [21]** 3/4 3/6 11/5 17/21 19/23 20/2 20/6 20/7 20/8 20/12 20/21 20/21 20/23 20/24 20/25 21/5 22/11 22/19 23/1 26/4 30/2
**Case No. CV 21-3056-DSF [1]** 3/6
**cases [4]** 20/20 21/2 21/3 29/25

**Cause [1]** 1/18
**cease [3]** 15/13 26/7 28/15
**ceded [1]** 18/24
**Center [1]** 2/2
**CENTRAL [1]** 1/2
**CEO [1]** 8/23
**certain [2]** 17/2 27/3
**Certainly [1]** 29/17
**CERTIFICATE [1]** 32/1
**certify [1]** 32/3
**chain [1]** 20/3
**chance [2]** 9/13 21/21
**CHAPIN [2]** 2/6 3/22
**charges [1]** 9/5
**charging [2]** 5/9 23/24
**China [17]** 7/25 8/12 8/22 8/25 12/19 17/3 17/5 17/6 23/8 23/9 24/8 24/9 25/1 26/11 26/16 26/24 27/14
**Chinese [2]** 24/20 24/23
**Chino [3]** 8/17 8/17 12/24
**CHOU [11]** 1/9 3/7 8/16 16/4 18/24 19/8 22/12 22/12 22/22 22/25 28/5 28/13
**Chou's [2]** 18/13 18/22
**circumstances [1]** 15/6
**cited [2]** 20/7 20/20
**CJ [1]** 11/13
**claim [1]** 20/9
**claimed [1]** 5/1
**claiming [3]** 4/18 19/14 28/2
**claims [2]** 5/21 20/15
**clear [5]** 11/21 13/2 24/17 27/24 28/12
**client [20]** 7/22 8/20 9/20 10/2 11/22 12/10 12/20 13/21 14/8 25/23 26/2 26/5 26/11 26/15 26/16 26/17 26/23 27/13 29/10 29/17
**client's [1]** 10/5
**clients [4]** 7/23 9/25 10/3 30/1
**clothing [1]** 20/23
**CM [1]** 1/19
**Code [1]** 32/4
**codefendant's [1]** 18/4
**cognizant [1]** 25/21
**collecting [1]** 27/5
**come [1]** 24/15
**coming [2]** 18/11 21/18
**comment [1]** 16/21
**comments [1]** 16/19
**commingled [1]** 16/9
**commingling [1]** 22/23
**communications [1]** 19/18

**company [3]** 19/15 20/1 30/10
**comparison [1]** 4/23
**complete [1]** 30/10
**complied [2]** 18/25 29/18
**complying [1]** 30/1
**concealed [1]** 28/1
**concept [1]** 15/25
**concise [1]** 24/17
**concluded [1]** 31/13
**concludes [1]** 13/3
**Conference [1]** 32/9
**confirm [1]** 27/15
**conformance [1]** 32/8
**confusing [1]** 23/16
**consider [1]** 20/18
**consistent [1]** 10/18
**consumable [2]** 20/15 20/22
**contact [1]** 17/5
**contempt [3]** 9/12 29/19 29/22
**context [4]** 13/10 13/11 13/12 14/16
**continuation [1]** 6/10
**continue [1]** 30/20
**contradicts [1]** 18/19
**control [1]** 22/14
**conversations [1]** 19/20
**correct [2]** 19/8 32/5
**could [2]** 8/9 30/15
**counsel [16]** 1/25 7/16 8/3 9/24 11/9 12/15 12/21 13/6 13/6 13/8 15/25 16/20 18/12 24/21 29/10 29/21
**counsel's [1]** 22/3
**counter [1]** 16/24
**counter-defendant [1]** 16/24
**counterfeit [4]** 12/11 26/12 26/19 26/21
**counterfeiting [2]** 25/24 25/25
**countries [1]** 27/11
**country [1]** 26/17
**course [1]** 16/20
**court [40]**
**Courthouse [1]** 1/20
**credibility [1]** 18/8
**credible [4]** 4/19 6/13 21/14 21/17
**credited [1]** 18/9
**crippling [1]** 14/13
**CRR [1]** 1/19
**CRR-CM [1]** 1/19
**CSR [3]** 1/19 32/3 32/16
**culpability [1]** 16/9
**CUNEO [3]** 1/19 32/3 32/16
**curved [1]** 30/23

**customer [1]** 17/10
**CV [2]** 1/8 3/6

**D**

**daily [2]** 5/4 5/8
**DALE [1]** 1/4
**damage [1]** 14/2
**damaged [1]** 14/21
**damages [19]** 4/24 4/25 5/1 5/14 5/17 5/19 5/21 5/24 6/4 6/4 6/9 6/12 13/9 13/13 20/15 20/17 21/1 21/8 21/9
**dangerous [2]** 20/16 20/22
**Date [1]** 32/10
**day [3]** 7/25 24/1 24/6
**days [2]** 8/7 24/4
**dealing [4]** 4/13 20/15 20/17 20/22
**declaration [14]** 8/5 8/15 9/4 10/22 18/14 18/22 18/22 18/23 18/25 22/18 23/19 27/13 28/3 28/24
**declarations [5]** 10/18 14/4 21/13 23/20 24/16
**defendant [7]** 3/20 3/22 7/2 16/24 18/3 22/11 22/12
**defendant's [1]** 18/5
**defendants [39]**
**defendants' [7]** 6/1 6/14 7/5 21/7 22/20 24/12 27/23
**defense [3]** 3/14 7/7 12/17
**deliver [1]** 11/24
**depending [1]** 17/19
**depends [1]** 31/5
**desist [3]** 15/13 26/7 28/15
**destroy [1]** 10/25
**destroyed [1]** 5/11
**detail [1]** 21/23
**detailed [1]** 5/20
**determination [2]** 20/19 22/9
**determinations [1]** 22/8
**determine [1]** 30/19
**determining [1]** 13/18
**did [14]** 13/24 13/24 13/24 15/2 15/3 17/24 18/12 27/22 28/2 28/7 28/13 28/19 28/20 30/12
**didn't [5]** 12/15 12/22 14/20 15/16 28/11
**difference [1]** 8/1
**different [3]** 21/2 23/25 30/12
**differently [1]** 17/6
**difficulties [1]** 4/3

**directing [1]** 23/10
**directly [2]** 4/9 18/19
**disappearance [1]** 5/12
**disappointed [1]** 25/22
**disconnect [1]** 9/24
**discovery [2]** 18/24 28/1
**discrepancy [1]** 22/14
**discretion [2]** 13/18 20/18
**discuss [1]** 18/1
**discussed [1]** 18/20
**Disney [1]** 14/22
**dispute [1]** 29/5
**disputes [1]** 10/7
**disregard [1]** 29/23
**disregarded [1]** 28/7
**dissipate [1]** 4/15
**dissipated [1]** 4/17
**dissipation [1]** 19/11
**distant [1]** 3/24
**distribute [1]** 27/10
**distributed [1]** 22/25
**distribution [1]** 20/3
**DISTRICT [2]** 1/1 1/2
**DIVISION [1]** 1/3
**do [28]** 4/2 5/21 5/23 6/25 7/12 11/6 12/3 12/15 13/24 20/4 22/6 23/8 23/18 24/15 24/19 25/18 26/25 27/4 27/15 27/15 27/16 28/6 29/12 29/13 29/16 29/25 30/11 30/24
**Docket [1]** 18/14
**docks [2]** 5/9 23/24
**documents [1]** 18/17
**does [2]** 22/15 26/23
**doesn't [8]** 9/7 11/18 12/5 12/6 25/4 25/25 26/1 29/10
**dollars [2]** 14/25 21/4
**don't [23]** 5/22 6/18 6/19 10/3 10/7 10/25 12/4 14/12 17/3 25/1 25/2 25/3 25/5 25/10 25/13 26/21 27/3 28/16 29/5 29/14 29/25 30/7 30/15
**done [4]** 9/2 10/9 15/4 25/17
**down [9]** 14/7 14/8 15/10 15/11 17/4 25/11 25/18 26/8 27/16
**drafted [1]** 30/11
**DSF [2]** 1/8 3/6
**during [1]** 18/24

**E**

**each [2]** 16/2 16/10
**economic [7]** 13/19 14/2 14/18 14/19 15/17 15/20 15/21

{PLAINTIFF} v.
{DEFENDANT}

{WITNESSNAME}
{DATE}

**E**

**eight [1]** 6/22
**either [3]** 5/10 24/6 26/16
**electronically [1]** 17/20
**else [3]** 26/18 31/1 31/6
**email [3]** 8/16 8/20 18/17
**Embarcadero [1]** 2/2
**empirical [1]** 14/24
**employee [2]** 11/14 11/17
**employs [1]** 8/23
**end [8]** 6/5 11/2 11/23 13/14 13/14 13/15 17/18 25/18
**enforcement [1]** 25/19
**engaged [1]** 17/17
**enough [1]** 29/15
**entitled [5]** 4/23 5/24 12/16 21/8 32/7
**entity [2]** 16/5 16/6
**error [1]** 29/20
**estop [1]** 30/10
**et [2]** 1/9 3/7
**Europe [1]** 26/18
**even [14]** 5/20 5/22 6/8 6/19 11/14 14/3 15/17 16/5 19/7 19/15 20/9 20/20 21/5 28/16
**event [1]** 26/10
**ever [2]** 12/6 26/5
**every [3]** 14/14 15/10 16/11
**everybody [1]** 7/10
**everything [1]** 20/10
**evidence [32]** 4/7 4/20 4/21 5/3 5/10 5/25 6/13 7/19 8/3 9/12 10/14 11/5 14/11 14/20 14/24 16/14 16/17 19/3 19/13 19/17 19/22 21/11 21/12 21/14 21/16 21/17 22/7 22/9 22/12 22/18 24/17 25/24
**ex [1]** 15/6
**exact [1]** 12/12
**exactly [4]** 10/6 11/6 23/14 23/17
**example [5]** 9/6 12/1 20/21 22/17 22/20
**Exhibit [3]** 18/23 22/17 22/17
**Exhibit 1 [1]** 22/17
**Exhibit 5 [1]** 22/17
**Exhibit 7 [1]** 18/23
**exhibits [2]** 23/6 24/2
**exigent [1]** 15/6
**expenses [1]** 9/5
**explained [1]** 11/4
**extent [4]** 14/17 16/22 29/18 29/20

**extremely [1]** 4/23

**F**

**Facebook [1]** 25/8
**facilities [1]** 12/14
**facing [2]** 12/16 26/2 26/3
**fact [10]** 4/21 9/25 10/16 12/4 19/25 20/9 25/4 25/4 25/21 29/2
**facto [1]** 10/13
**facts [3]** 9/24 9/25 20/19
**fair [2]** 14/15 29/15
**Fang [1]** 3/16
**far [3]** 5/16 6/6 7/3
**few [1]** 14/25
**figure [2]** 9/13 16/9
**filed [1]** 18/18
**finally [1]** 15/7
**find [2]** 11/16 17/19
**firms [1]** 6/22
**first [11]** 1/20 1/21 3/25 4/9 18/1 18/7 18/11 18/15 18/17 18/17 21/20 26/6
**FISCHER [1]** 1/4
**five [1]** 28/7
**Floor [1]** 2/7
**fly [2]** 12/11 12/18
**focus [1]** 7/18
**foisted [1]** 13/23
**follow [1]** 27/19
**following [2]** 7/14 14/10
**foregoing [1]** 32/5
**foremost [1]** 18/7
**forget [2]** 16/24 27/22
**format [1]** 32/7
**forth [2]** 8/3 19/6
**forward [1]** 30/4
**four [1]** 8/7
**Francisco [1]** 2/3
**freed [1]** 14/18
**freeze [16]** 4/10 4/19 6/10 6/15 7/16 7/18 7/23 8/21 14/10 14/13 14/13 15/20 21/20 23/2 29/3 29/4
**Friday [3]** 8/22 9/7 29/10
**front [2]** 6/13 22/7
**frozen [9]** 4/22 5/16 6/5 6/20 7/3 15/22 21/5 29/8 30/3
**full [2]** 6/9 14/10
**funds [1]** 22/21
**further [8]** 5/20 14/6 16/21 16/22 19/23 26/20 27/20 27/22

**G**

**GABRIELLA [3]** 2/1 3/11 4/2

**Gabriella Wilkins [2]** 3/11 4/2
**gains [1]** 22/24
**gentlemen [1]** 3/24
**get [4]** 15/17 15/19 27/25 29/25
**gets [1]** 29/10
**getting [1]** 19/7
**given [4]** 9/14 11/10 22/8 28/5
**gmail.com [1]** 1/23
**go [5]** 4/12 11/2 16/8 26/19 28/16
**goes [1]** 18/7
**going [14]** 5/15 6/8 11/20 12/11 14/17 15/24 16/8 16/12 16/16 16/22 17/13 25/8 29/20 30/6
**good [7]** 3/10 3/12 3/15 3/18 3/21 7/8 17/12
**goods [1]** 24/5
**goodwill [2]** 14/21 14/24
**got [5]** 8/22 12/14 26/6 26/13 27/3
**gotten [2]** 22/24 26/7
**ground [1]** 27/16
**gwilkins [1]** 2/4

**H**

**had [13]** 9/13 10/16 11/16 13/22 15/12 15/12 15/13 19/18 21/10 21/11 21/21 26/7 26/16
**half [1]** 6/5
**hand [1]** 11/1
**happen [1]** 15/16
**happened [3]** 12/12 14/12 26/4
**happens [2]** 8/24 27/1
**happy [4]** 4/8 16/20 30/17 30/23
**harm [5]** 14/18 14/19 15/17 15/20 15/21
**has [38]**
**hasn't [1]** 9/21
**haul [1]** 19/7
**have [75]**
**haven't [5]** 8/18 9/13 16/3 17/1 18/2
**having [1]** 27/12
**he [6]** 16/24 19/9 19/9 19/10 28/5 28/6
**head [2]** 12/16 26/3
**head-on [3]** 12/16 26/3 26/3
**hear [2]** 3/24 7/10
**heard [1]** 21/20
**hearing [5]** 9/12 14/10 29/19 30/18 30/19
**heavily [1]** 5/3

**held [1]** 32/6
**helps [1]** 17/10
**here [23]** 7/15 7/25 9/17 9/24 13/2 13/5 13/19 13/22 14/12 14/19 15/2 15/3 15/7 15/16 15/17 15/21 16/15 17/18 17/16 20/15 22/3 24/23 25/24
**hereby [1]** 32/3
**Hewlett's [1]** 23/19
**Hey [2]** 16/11 26/5
**high [2]** 5/15 13/15
**higher [1]** 5/15
**highlight [1]** 10/8
**himself [1]** 19/8
**hindered [2]** 4/18 6/14
**hire [1]** 29/10
**his [5]** 18/24 19/5 19/11 20/10 28/4
**hold [2]** 14/14 16/12
**holder [1]** 15/14
**Honor [40]**
**Honor's [3]** 13/18 16/20 29/23
**HONORABLE [1]** 1/4
**hopefully [1]** 4/4
**hosted [1]** 24/24
**housed [2]** 23/15 23/17
**how [9]** 6/18 8/14 12/20 14/20 14/24 16/3 16/5 17/10 22/10
**However [4]** 18/13 28/23 29/6 29/17
**hundred [1]** 25/9
**hypothetical [1]** 4/14

**I**

**I'd [2]** 13/7 16/21
**I'll [4]** 3/24 13/10 22/4 27/18
**I'm [9]** 16/20 17/4 17/13 18/2 21/1 23/15 26/25 28/23 30/17
**iceberg [1]** 21/6
**ID [3]** 10/23 17/13 18/3
**identified [5]** 10/21 10/22 29/1 29/3 29/6
**identify [2]** 12/3 12/4 28/13
**if [27]** 4/7 6/19 7/11 10/16 13/3 15/2 15/2 15/17 15/19 16/8 16/9 17/4 19/7 19/9 19/24 20/9 20/20 23/8 23/15 24/2 27/11 27/14 27/18 29/21 30/6 30/15 31/2
**ill [1]** 22/24
**ill-gotten [1]** 22/24
**imagine [3]** 26/13 27/3 27/4
**impact [2]** 13/19 14/2
**important [1]** 15/23
**impose [1]** 30/7

**improved [1]** 10/6
**improvement [1]** 11/20
**improvements [1]** 10/9
**inadmissible [1]** 4/19
**INC [2]** 1/6 3/6
**include [1]** 28/7
**includes [1]** 10/19
**including [2]** 10/20 20/4
**indicated [2]** 23/7 24/24
**indication [1]** 11/21
**individual [2]** 10/24 17/15
**individually [1]** 16/4
**information [4]** 17/5 23/8 25/11 25/15
**infringed [1]** 20/24
**infringement [2]** 6/9 20/5
**infringing [1]** 18/16 26/6
**initial [1]** 5/18
**injunction [7]** 1/18 15/18 30/7 30/8 30/13 30/18 30/20
**Innovation [2]** 20/21 21/2
**inspection [1]** 27/14
**instance [1]** 6/7
**institution [4]** 9/15 12/13 29/4 29/6
**intentionally [2]** 29/23 30/1
**interest [2]** 17/17 24/12
**inventories [2]** 5/5 5/8
**inventory [10]** 5/13 9/20 9/20 21/1 21/9 21/12 23/22 24/8 24/13 27/2
**investigation [1]** 24/1
**investigator's [1]** 11/10
**investigators [5]** 5/2 14/3 14/25 15/3 19/18
**investigators' [1]** 24/1
**involved [2]** 22/13 29/25
**involvement [1]** 20/11
**IP [1]** 15/14
**ipso [1]** 10/13
**ipso facto [1]** 10/13
**Irvine [1]** 2/8
**is [125]**
**issuance [4]** 5/6 5/7 19/1 19/4
**issue [9]** 4/9 10/9 10/10 13/5 13/9 16/13 18/2 22/1 27/16
**issued [2]** 29/3 30/7
**issues [3]** 4/4 4/7 7/21
**it [51]**
**it's [31]** 4/14 8/1 8/22

**I**

it's... **[28]**  8/24 8/25 9/6 9/16 9/16 10/14 11/8 11/22 12/15 12/16 12/19 12/19 14/22 17/9 17/13 24/1 24/12 24/17 24/22 25/20 26/6 26/6 26/17 26/18 26/21 30/4 30/9 30/22
item **[1]**  20/23
items **[3]**  15/11 16/7 23/7
its **[3]**  8/22 9/15 22/21

**J**

Jamboree **[1]**  2/7
Jersey **[2]**  10/3 12/25
JUDGE **[1]**  1/4
Judicial **[1]**  32/8
July **[1]**  32/10
June **[2]**  1/17 3/1
just **[19]**  7/1 10/14 11/14 12/19 14/15 15/25 16/10 18/1 18/2 18/7 19/25 22/20 24/1 25/24 26/21 27/2 27/21 28/12 31/2
JUUL **[22]**  1/6 3/4 3/6 3/16 5/5 9/20 14/22 15/10 15/11 19/18 23/21 23/22 23/24 25/1 25/3 25/3 25/4 26/11 26/13 26/19 26/20 26/21

**K**

keep **[2]**  8/19 14/21
kits **[2]**  5/5 23/22
know **[38]**

**L**

LABS **[4]**  1/6 3/4 3/6 3/16
lack **[2]**  14/11 22/14
lacks **[1]**  18/9
language **[3]**  30/13 30/16 30/18
laptop **[1]**  4/4
large **[4]**  6/24 9/15 12/13 24/13
largely **[1]**  29/18
last **[2]**  4/3 27/23
Lastly **[1]**  22/10
later **[1]**  29/11
law **[9]**  2/1 2/2 2/6 2/6 6/22 13/17 19/23 20/2 20/12
LAWRENCE **[1]**  2/2
lawsuit **[2]**  10/8 12/16
lawsuits **[1]**  10/8
lawyer **[1]**  7/19
leap **[1]**  10/12
learned **[2]**  14/7 15/10
lease **[4]**  12/21 12/22

12/23 16/13
leases **[1]**  6/17
least **[9]**  5/6 5/25 6/2 6/3 6/11 7/17 8/7 22/22 28/7
leave **[1]**  27/18
legitimate **[2]**  26/1 26/20
less **[3]**  15/21 20/23 20/23
Let **[2]**  7/10 7/14
let's **[3]**  8/19 14/19 14/21
letter **[3]**  15/13 26/7 28/15
letters **[1]**  6/16
level **[1]**  13/21
liable **[3]**  19/24 20/5 20/12
lies **[1]**  28/12
like **[13]**  4/9 10/8 11/17 11/19 13/7 14/10 16/21 17/9 25/5 25/8 25/18 27/7 30/4
likely **[1]**  24/10
limited **[2]**  5/1 30/8
link **[1]**  8/20
listed **[3]**  8/14 28/21 28/23
little **[1]**  3/23
live **[1]**  26/14
LLP **[1]**  2/5
locate **[1]**  17/15
located **[2]**  8/17 17/3
locations **[1]**  12/24
logical **[1]**  10/11
logistic **[2]**  19/15 20/1
logistics **[1]**  11/24
long **[1]**  19/7
look **[10]**  9/11 13/17 13/19 13/21 14/1 14/10 15/20 16/14 16/16 24/2
looking **[6]**  7/6 6/11 13/9 13/12 14/11 14/12
Los **[3]**  1/16 1/22 2/15
low **[3]**  6/5 13/14 13/14
lower **[1]**  6/2
lying **[1]**  5/11

**M**

made **[6]**  7/20 13/2 16/17 16/19 16/22 18/15
major **[1]**  15/6
make **[8]**  8/11 10/11 13/1 22/4 22/7 22/9 27/22 30/9
makes **[1]**  11/9
making **[2]**  20/19 21/16
manager **[1]**  8/17
Mandarin **[2]**  17/13 17/14
manufactured **[1]**  11/25

manufacturers **[1]**  27/9
many **[1]**  10/8
marks **[4]**  6/1 20/4 20/11 20/24
matter **[1]**  32/7
may **[2]**  3/24 17/18
maybe **[2]**  25/4 25/4
me **[6]**  7/10 7/10 7/14 13/20 25/8 30/15
mean **[7]**  11/14 11/18 12/5 12/6 14/21 28/20 30/18
meaning **[1]**  24/22
means **[2]**  6/2 10/13
mention **[1]**  28/25
mess **[1]**  28/12
mess-up **[1]**  28/12
might **[1]**  9/7
MILLER **[1]**  2/1
million **[7]**  6/3 6/4 7/1 13/14 20/25 21/3 21/5
mind **[3]**  5/14 8/19 14/21
misstatement **[1]**  19/2
mistakes **[1]**  29/16
modest **[1]**  4/23
modification **[2]**  21/24 22/2
modifications **[1]**  21/19
modified **[2]**  23/3 31/3
moment **[2]**  13/11 15/9
Monday **[1]**  1/17 3/1 9/8
money **[1]**  7/2
months **[4]**  15/7 15/15 15/15 26/9
more **[6]**  7/2 15/21 17/9 24/10 24/19 28/5
morning **[2]**  7/24 8/22
Morris **[1]**  20/8
mortgage **[1]**  9/7
motion **[1]**  29/22
move **[2]**  4/15 30/4
moving **[2]**  12/10 29/11
Mr. **[8]**  8/16 16/4 18/13 18/24 19/8 24/19 28/3 28/19
Mr. Angulo **[2]**  24/19 28/19
Mr. Chou **[5]**  8/16 16/4 18/24 19/8 28/3
Mr. Chou's **[1]**  18/13
Ms **[1]**  9/3
Ms. **[2]**  8/5 9/19 17/24 27/20
Ms. Wilkins **[3]**  9/19 17/24 27/20
Ms. Wilkins' **[1]**  8/5
much **[5]**  5/15 6/18 8/14 19/20 21/22
my **[23]**  4/2 7/22 7/22 9/20 9/25 10/2 10/3

10/5 12/10 13/21 14/7 16/15 16/19 18/22 18/23 22/17 25/23 26/2 26/5 26/11 26/15 26/15 26/17

**N**

navigate **[1]**  17/10
necessarily **[1]**  30/7
need **[5]**  3/24 6/16 6/18 16/9 27/13
never **[2]**  11/1 16/7
new **[6]**  4/4 10/3 11/18 11/19 11/19 12/24
next **[1]**  9/19
night **[2]**  12/11 12/18
Nike **[2]**  20/21 21/2
no **[28]**  1/8 4/19 6/13 6/15 6/16 6/17 6/17 9/8 9/9 14/5 14/6 14/24 15/5 16/3 16/4 19/22 19/23 20/10 20/12 21/12 26/4 26/10 26/15 26/17 22 28/9 28/9 31/7 32/16
No. **[1]**  3/6
nondescript **[1]**  8/20
not **[66]**
nothing **[2]**  21/23 21/24
notice **[4]**  7/23 8/8 9/14 18/12
notion **[5]**  9/19 10/11 12/18 13/8 25/23
now **[15]**  7/25 8/24 8/25 10/5 11/18 12/18 13/23 17/4 18/11 19/2 21/18 22/1 28/2 28/10 30/2
number **[1]**  17/12
numerous **[1]**  5/4

**O**

obtaining **[2]**  15/4 27/13
obviously **[2]**  11/20 17/17
occur **[2]**  4/16 28/11
occurred **[6]**  6/10 14/5 14/5 14/6 18/21 19/11
off **[5]**  12/9 12/10 12/12 22/2 22/19
officer **[1]**  8/16
Official **[2]**  1/20 32/16
okay **[5]**  7/10 15/18 23/13 28/17 31/8
omitted **[1]**  10/20
on **[52]**
once **[4]**  11/15 11/15 11/15 14/1
one **[20]**  2/2 4/9 9/21 12/2 13/20 15/5 15/24 16/1 22/16 22/20 23/6 24/1 24/3 24/6 24/7

26/4 26/5 27/21 28/5 29/25
ones **[2]**  6/23 10/20
only **[3]**  14/3 23/19 30/22
oOo **[2]**  3/2 31/15
opening **[1]**  12/8
operate **[2]**  19/14 22/16
operating **[1]**  19/25
opportunity **[5]**  11/16 16/21 28/5 29/21 31/4
opposed **[1]**  7/19
opposite **[1]**  12/12
or **[34]**
order **[23]**  1/18 4/17 5/7 7/16 7/24 8/4 8/8 8/9 8/21 9/9 9/11 10/19 18/6 18/13 18/25 19/1 19/4 19/10 27/24 29/3 29/18 29/23 31/3
orders **[1]**  30/1
organization **[2]**  22/15 22/16
other **[15]**  9/8 10/2 10/18 10/23 11/2 13/7 14/4 14/5 15/24 16/2 16/24 21/12 23/1 26/16 27/11
otherwise **[2]**  4/9 26/13
our **[24]**  5/19 5/20 11/1 11/3 11/17 11/22 13/2 17/3 18/8 19/18 20/7 20/20 21/16 23/16 23/20 24/24 25/6 25/7 25/18 25/19 27/6 28/12 30/8 30/22
out **[14]**  5/18 9/13 10/16 11/17 12/8 12/19 13/7 15/1 15/9 15/12 16/9 17/19 26/5 30/12
outside **[2]**  13/10 13/11
over **[11]**  4/16 5/5 5/8 6/25 8/23 9/22 10/17 11/1 23/23 23/24 26/8
overbroad **[1]**  30/22
overreaching **[7]**  7/15 9/16 9/17 13/2 13/6 15/25 16/15 30/10
oversees **[1]**  8/23
own **[1]**  19/16

**P**

p.m **[3]**  1/17 3/1 31/13
page **[2]**  3/16 32/7
paid **[3]**  6/16 6/18 6/19
paper **[1]**  21/23
papers **[7]**  5/18 12/10 13/2 19/16 20/7 23/16 30/8
paragraph **[4]**  8/4 8/10 9/3 18/15
part **[2]**  25/23 28/12
parte **[1]**  15/6

Case 2:21-cv-03056-DSF-PD   Document 77-25   Filed 07/19/21   Page 38 of 40   Page ID
#:1696
{PLAINTIFF} v.
{DEFENDANT}
{WITNESSNAME}
{DATE}

## P

**partially [1]** 6/11
**participate [1]** 20/4
**particular [3]** 4/10 7/22
22/11
**parties [10]** 10/13 11/7
11/25 12/2 21/20 22/20
25/8 25/14 27/1 27/2
**party [10]** 10/1 10/21
13/24 16/24 17/16
19/14 19/25 20/3 24/24
25/11
**past [1]** 30/4
**PAT [3]** 1/19 32/3
32/16
**patcuneo1600 [1]** 1/23
**pay [1]** 9/7
**paying [1]** 9/6
**PayPal [1]** 22/21
**payroll [1]** 6/17
**PD [1]** 1/8
**penalty [1]** 18/14
**people [2]** 8/24 19/8
**period [1]** 24/6
**perjury [1]** 18/14
**permission [1]** 17/20
**person [2]** 11/17 17/18
**person's [1]** 10/23
**personal [1]** 22/22
**personally [1]** 22/13
**Philip [1]** 20/8
**phone [1]** 17/12
**pick [1]** 27/1
**place [3]** 9/2 23/2
30/21
**plaintiff [19]** 1/7 2/1
3/9 3/11 3/13 3/25 3/25
4/6 4/21 4/23 5/24 6/5
6/7 6/10 7/15 11/15
15/2 20/2 23/11
**plaintiff's [9]** 4/25 5/1
5/2 5/14 5/17 5/18 6/1
12/9 14/11
**plaintiffs [5]** 5/23 7/20
18/20 24/18 31/3
**platform [14]** 9/25 10/5
10/12 11/4 11/7 11/11
11/23 12/2 13/22 24/24
25/6 25/7 25/7 25/14
**Please [1]** 3/8
**plus [1]** 26/9
**point [22]** 5/10 6/8 9/9
9/17 9/19 10/15 10/16
11/9 12/8 13/7 13/7
15/1 15/5 15/9 15/18
15/19 15/24 15/24
16/15 18/5 23/13 30/22
**pointed [1]** 19/23
**points [2]** 27/22 27/23
**possession [5]** 10/4
10/13 11/1 12/5 12/6
**possibility [2]** 24/22
24/23

**possible [1]** 24/22
**post [1]** 9/8
**potentially [1]** 20/16
**practice [1]** 15/14
**preliminary [5]** 1/18
13/4 15/18 30/6 30/20
**present [1]** 19/3
**presented [11]** 4/21
5/25 6/15 19/17 19/21
19/22 20/2 21/11 21/12
24/18 24/21
**preserve [1]** 6/11
**PRESIDING [1]** 1/14
**presumably [1]** 6/23
**pretend [1]** 17/14
**previous [1]** 23/20
**principal [1]** 17/8
**prior [3]** 15/15 15/15
27/22
**private [1]** 11/9
**problem [2]** 15/7 27/12
**proceedings [3]** 1/14
31/13 32/6
**process [4]** 9/6 11/2
16/8 17/14
**processing [1]** 24/3
**produced [2]** 17/13
18/3
**product [16]** 11/12
11/22 12/4 12/5 14/22
14/22 15/4 15/10 19/20
20/16 20/16 20/22
25/13 26/6 26/11 26/13
**products [24]** 6/1 10/2
10/4 10/14 10/17 10/25
11/24 12/6 12/7 19/17
20/5 20/11 23/22 25/2
25/3 25/3 25/15 26/1
26/19 26/20 26/21 27/5
27/8 27/17
**proposed [3]** 30/13
30/17 31/3
**provide [6]** 9/25 11/7
11/23 25/7 30/12 30/16
**provided [5]** 4/6 10/18
10/23 23/7 25/11
**pull [1]** 28/24
**purposes [1]** 27/5
**pursuant [1]** 32/4
**put [5]** 8/3 10/14 14/20
15/25 25/15

## Q

**questions [2]** 4/8
16/21
**quickly [3]** 24/9 29/11
30/25
**quote [1]** 18/15

## R

**raised [2]** 7/16 9/19
**ran [1]** 27/16
**range [1]** 21/3
**rather [1]** 8/16

**re [1]** 1/18
**reached [2]** 15/12 26/5
**read [2]** 15/2 17/14
**ready [1]** 24/11
**really [12]** 9/17 13/5
13/18 14/12 14/15
14/15 16/14 17/16
25/10 27/6 30/5 30/19
**reason [1]** 18/20
**reasonable [1]** 21/25
**receipt [1]** 4/17
**receive [1]** 18/12
**received [8]** 4/3 7/23
8/8 8/16 9/14 16/7 19/9
22/24
**receives [1]** 22/21
**receiving [1]** 16/6
**record [3]** 10/15 12/22
14/20
**records [2]** 6/17 22/19
**recover [2]** 6/9 6/12
**refute [2]** 5/22 21/13
**refuted [4]** 5/3 5/20
19/15 24/17
**refutes [3]** 19/22 20/13
21/17
**regards [4]** 4/25 5/17
20/14 21/6 21/9 22/10
22/3
**regularly [1]** 25/18
**regulations [1]** 32/8
**remain [1]** 23/2
**remedy [1]** 13/4
**repeatedly [1]** 21/10
**reply [2]** 5/19 23/20
**reported [1]** 32/6
**Reporter [2]** 1/20
32/16
**REPORTER'S [1]** 1/14
**representations [1]**
21/16
**representative [1]**
11/13
**representatives [1]**
19/19
**representing [1]** 3/13
**resolution [1]** 30/5
**respect [1]** 15/11
**respectfully [1]** 8/12
**respectively [1]** 21/4
**respond [8]** 4/10 7/4
17/24 21/21 26/1 28/19
29/12 31/4
**responded [2]** 26/2
28/1
**responding [1]** 27/22
**response [2]** 16/19
31/7
**responsible [4]** 16/2
16/4 16/5 24/4
**retain [1]** 6/21
**retained [1]** 6/24
**retainer [1]** 6/24
**right [8]** 3/3 3/23 4/12

7/6 17/23 22/23 30/24
31/6
**ring [4]** 12/11 12/19
25/24 25/25
**Road [1]** 2/7
**room [2]** 1/21 11/20
**run [4]** 4/4 12/12 12/15
15/5
**RUTAN [2]** 2/5 3/19
**rutan.com [2]** 2/9 2/9

## S

**said [4]** 11/17 12/21
23/7 30/8
**sales [7]** 5/2 14/3 14/4
14/5 14/6 14/25 25/25
**San [1]** 2/3
**say [7]** 7/23 10/12
10/20 15/6 16/11 19/25
26/5
**saying [2]** 14/4 25/9
**says [4]** 8/5 8/10 19/24
25/12
**scope [1]** 22/10
**screen [1]** 23/18
**screen-shots [1]** 23/18
**Section [1]** 32/4
**see [1]** 11/21
**seeking [2]** 5/19 17/19
**seen [2]** 4/16 22/18
**self [2]** 21/13 24/16
**self-serving [2]** 21/13
24/16
**sell [4]** 24/13 25/9 27/8
27/9
**seller [2]** 10/6 10/21
**sent [7]** 7/25 8/20 8/21
10/2 15/13 28/6 28/14
**separately [1]** 16/5
**sequester [1]** 10/25
**seriously [1]** 10/9
**serve [2]** 17/15 17/20
**served [5]** 17/1 17/2
18/2 18/17 29/10
**service [3]** 18/1 19/8
19/9
**serving [4]** 16/23 17/18
21/13 24/16
**set [2]** 5/18 11/11
**she [2]** 8/5 8/10
**ship [3]** 24/5 27/2 27/9
**shipped [1]** 24/9
**shipping [3]** 11/2 24/5
27/5
**short [1]** 24/14
**shots [1]** 23/18
**should [13]** 7/23 13/4
14/2 14/10 14/18 15/10
22/1 23/2 23/3 28/14
30/16 30/23 30/24
**show [4]** 1/18 10/6
11/6 19/19
**shown [1]** 21/14
**shows [9]** 4/20 4/22

**5/3 7/2 19/13 20/3
22/12 24/2 24/7
**shut [5]** 14/7 14/8
15/11 25/18 26/8
**side [3]** 6/2 10/18
10/23
**signed [1]** 18/14
**significant [1]** 16/15
**since [6]** 4/3 7/15 15/4
19/1 19/4 28/6
**single [1]** 14/14
**sitting [1]** 24/10
**situation [1]** 4/14
**slipped [2]** 25/20 25/21
**so [31]** 3/24 4/4 4/6
4/13 5/10 7/12 8/24
10/9 12/18 13/1 14/9
15/16 15/23 16/13
16/19 17/12 18/19 19/6
19/20 20/9 22/23 23/2
23/6 24/4 24/15 25/12
28/6 28/10 28/22 29/4
29/9
**sold [3]** 6/2 11/25
24/11
**Solia [1]** 10/24
**solution [1]** 11/24
**some [17]** 7/20 10/8
12/18 13/3 13/3 13/21
14/17 15/19 19/14
19/25 21/19 22/1 26/12
28/11 28/22 29/5 29/16
**Somehow [1]** 6/21
**someone [3]** 11/12
13/22 17/10
**something [4]** 24/25
25/9 25/9 30/16
**soon [1]** 14/7
**sorry [1]** 21/1
**sort [4]** 21/19 21/24
22/1 28/11
**sounding [1]** 3/23
**source [1]** 19/16
**sourcing [3]** 19/19
20/5 20/11
**speak [4]** 3/24 4/9 7/11
11/16
**specific [3]** 4/8 22/4
23/3
**specifically [2]** 5/18
29/6
**speculation [2]** 13/6
22/2
**sssteinberg [1]** 2/4
**standard [1]** 15/14
**standpoint [1]** 11/10
**start [5]** 7/10 7/14
12/10 15/16 16/16
**started [2]** 7/16 12/9
**starter [3]** 5/5 5/9
23/22
**starting [1]** 3/8
**state [3]** 3/8 19/16
28/10

{PLAINTIFF} v.
{DEFENDANT}

{WITNESSNAME}
{DATE}

**S**

stated [6]  18/6 19/20 20/6 24/16 24/17 28/4
statement [2]  21/17 28/20
statements [1]  22/3
states [11]  1/1 12/14 17/7 18/15 24/6 25/2 26/16 27/6 27/10 32/4 32/9
stating [3]  18/12 20/10 21/19
status [1]  16/23
statutorily [1]  6/12
statutory [16]  4/24 4/25 5/17 5/19 5/21 5/24 6/4 6/4 13/9 13/12 14/2 20/14 20/17 20/23 21/1 21/8
STEINBERG [2]  2/2 3/13
stenographically [1]  32/6
step [1]  26/6
Stephen [1]  3/13
Stephen Steinberg [1]  3/13
still [2]  20/5 20/12
Street [2]  1/20 1/21
stuff [1]  12/12
submit [5]  12/22 30/17 30/23 31/3 31/5
submitted [9]  12/23 14/4 14/24 16/18 18/23 23/18 23/20 25/6 28/3
such [3]  22/9 24/13 24/14
sued [3]  10/22 12/14 25/12
suggested [1]  12/15
Suite [1]  2/3
supplier [3]  11/22 12/3 12/4
supposedly [1]  28/3
sure [9]  13/1 18/2 19/8 22/6 23/14 23/15 23/17 26/25 30/9
sympathetic [1]  11/8

**T**

tailored [1]  13/5
take [1]  27/8
taken [2]  9/20 25/17
taking [1]  19/10
talk [6]  5/23 9/13 9/18 13/10 14/9 14/19
talked [2]  13/8 30/3
talking [1]  28/24
team [1]  25/19
technical [1]  4/3
technology [1]  11/23
tell [1]  29/14
telling [1]  18/9
term [1]  17/6

terms [1]  23/14
tethered [1]  14/18
Thailand [1]  26/18
than [8]  5/15 7/2 10/2 11/2 15/21 17/6 21/12 28/5
Thank [8]  3/17 7/6 17/25 23/5 31/8 31/9 31/10 31/11
that [223]
that's [21]  9/3 9/17 12/22 15/23 15/23 16/19 17/2 17/16 17/16 17/21 24/15 25/12 25/12 25/13 26/14 26/22 27/6 27/14 28/17 28/18 29/5
their [19]  4/15 4/18 6/9 6/12 6/19 17/4 18/8 18/12 19/16 20/19 21/10 21/17 21/23 23/21 24/7 24/9 24/10 24/16 30/16
them [18]  4/8 6/24 10/22 10/22 11/1 16/10 17/1 17/2 17/15 17/20 18/6 24/5 25/5 25/12 27/6 27/10 27/10 27/18
theme [3]  7/14 9/18 18/8
then [8]  4/10 9/1 9/1 10/11 23/24 27/5 28/17 30/16
there [32]  4/19 6/13 6/17 6/17 7/17 8/2 8/10 9/8 9/9 11/19 14/23 16/3 16/15 17/9 19/5 19/7 20/25 21/3 22/14 22/23 26/10 26/12 26/14 26/15 27/24 28/16 28/22 29/16 29/20 29/22 29/23 30/2
there's [9]  6/3 6/15 9/10 9/23 14/17 15/6 16/4 21/23 30/6
thereof [1]  14/11
these [13]  4/7 5/5 7/21 9/5 10/14 14/3 14/14 22/13 22/20 22/24 23/21 24/5 28/13
they [75]
they're [15]  6/8 11/14 16/1 17/3 18/9 18/11 20/10 21/16 23/14 23/17 24/7 24/8 24/10 24/10 24/22
They've [1]  6/25
thing [3]  26/4 26/8 29/25
things [2]  12/2 13/20
think [32]  7/14 9/10 9/11 9/13 9/16 9/17 9/23 10/7 10/7 11/5 11/13 11/15 11/20 13/2

13/4 13/17 14/1 14/9 14/13 15/16 15/23 15/24 16/8 16/13 16/14 17/8 17/12 28/24 29/17 29/21 30/8 30/22
thinking [1]  15/17
thinks [1]  9/24
third [17]  10/1 10/13 10/21 11/7 11/25 12/2 13/23 16/24 19/14 19/25 22/20 24/24 25/7 25/11 25/14 27/1 27/2
third-party [1]  10/1 10/21 19/14
this [68]
thorough [1]  4/6
those [15]  4/4 8/14 8/18 12/6 12/7 20/4 20/18 21/1 21/3 22/7 27/16 29/4 29/7 29/7 30/3
though [5]  11/14 13/24 14/4 16/1 16/6
thousand [3]  5/8 14/25 23/25
three [2]  24/3 24/6
three-day [1]  24/6
through [9]  8/23 9/15 9/18 11/2 16/8 16/10 22/21 25/21 25/22
throughout [2]  11/5 23/25
thus [3]  5/16 6/6 7/3
time [9]  4/3 8/1 8/24 18/15 21/15 21/15 21/20 24/3 24/14
times [5]  5/4 13/15 13/16 23/25 28/6
timing [1]  9/14
tip [1]  21/6
Title [1]  32/4
tobacco [1]  14/22
today [5]  4/5 6/22 18/20 24/15 30/19
told [3]  18/19 29/13 29/16
too [2]  13/22 15/1
took [1]  13/22
totally [1]  28/6
track [1]  17/4
transaction [1]  18/21
transactions [3]  9/1 19/5 22/25
transcript [3]  1/14 32/5 32/7
transferred [1]  8/6
transfers [2]  8/11 22/21
travel [1]  17/9
trickle [1]  8/22
trickled [1]  9/15
TRO [3]  9/22 30/11 30/19
troubles [1]  13/20

true [7]  10/14 12/19 15/17 15/20 19/4 20/10 32/5
trusted [1]  21/15
trying [4]  17/4 17/15 25/8 28/23
TUCKER [2]  2/5 3/19
Tuesday [1]  9/8
turn [1]  30/20
turned [2]  9/22 10/17
two [7]  6/21 6/22 9/21 12/13 21/1 22/22 27/21
typically [1]  27/1

**U**

ultimately [1]  29/7
under [1]  18/14
understand [2]  11/12 15/2
understandable [1]  11/8
understanding [1]  17/3
unfortunate [1]  25/20
UNITED [10]  1/1 12/14 17/7 24/6 25/2 26/16 27/6 27/10 32/4 32/9
units [4]  5/5 23/23 23/25 25/9
unlike [1]  9/6
until [6]  5/6 5/6 9/8 18/13 19/12 29/11
untrue [2]  12/23 24/25
up [13]  3/24 5/6 5/6 6/4 11/3 11/11 16/12 17/18 19/11 27/2 27/19 28/12 28/24
us [13]  5/8 7/1 15/12 15/12 18/3 18/24 21/15 24/7 24/10 24/14 28/6 29/13 29/16
use [4]  11/7 12/2 25/14 30/15
used [6]  6/1 8/13 8/15 8/18 10/12 17/6
uses [2]  5/25 10/1

**V**

vague [3]  22/1 22/2 22/5
value [2]  27/7 27/7
Ventures [2]  20/21 21/2
versus [1]  16/17
very [2]  5/15 24/9
victim [1]  13/22
violated [2]  8/4 9/11
violation [4]  8/9 9/9 9/22 27/24
violations [1]  7/18
volume [1]  7/11

**W**

wait [2]  4/10 7/4

waited [1]  15/7
want [12]  7/18 9/18 13/1 17/11 17/24 21/19 21/25 27/15 27/18 28/19 30/9 30/15
wanted [1]  19/3
warehouse [15]  10/3 11/3 16/7 23/8 23/9 24/20 24/23 25/1 25/2 26/10 26/11 26/12 26/15 26/23 27/14
warehouses [5]  24/7 24/9 24/11 26/1 26/17
was [34]
way [10]  7/2 8/22 9/15 10/12 11/10 12/15 17/6 17/20 26/2 30/11
we [103]
we'd [2]  4/9 30/4
we're [18]  4/8 4/13 9/23 13/1 13/23 16/8 16/12 17/14 18/19 23/14 23/17 25/22 27/8 27/9 28/24 29/20 30/2 30/9
we've [18]  4/16 6/20 6/23 10/21 10/21 10/22 10/22 12/6 13/2 17/13 19/17 19/21 20/6 20/20 21/5 21/11 25/17 25/17
website [4]  11/13 11/21 21/11 23/21
websites [2]  11/18 11/19
week [1]  29/11
well [10]  9/4 12/24 20/7 21/7 23/14 23/20 25/13 30/12 30/15 30/24
Wells [1]  28/10
went [1]  15/8
were [22]  5/4 5/7 6/2 6/24 8/10 9/2 9/5 10/2 14/7 15/3 17/21 18/15 18/17 19/19 20/24 23/7 28/23 29/7 29/7 29/11 29/16 31/13
weren't [1]  29/5
West [1]  1/21
WESTERN [1]  1/3
what [42]
what's [2]  5/15 13/18
whatever [1]  27/9
whatsoever [6]  6/14 19/24 20/13 27/25 28/7 28/10
when [22]  6/18 9/10 9/11 9/14 9/14 9/15 11/2 12/14 13/9 13/17 14/9 15/16 16/14 16/16 18/2 18/17 20/17 20/19 21/15 25/10 28/1 29/3
where [17]  4/14 8/5 9/12 10/19 15/18 15/19

Pat Cuneo CSR 1600, Official Reporter

(6) stated - where

**W**

**where... [11]**  15/24 17/21 22/18 23/14 23/17 23/21 26/11 26/17 26/18 26/22 27/6

**whether [6]**  19/2 26/13 26/17 26/18 29/22 30/19

**which [24]**  5/3 5/21 6/2 6/5 7/15 8/7 8/11 9/3 9/19 10/19 13/15 15/13 16/6 16/24 18/22 18/22 19/4 19/18 20/6 25/18 26/2 28/3 29/23 30/7

**while [2]**  13/3 20/17

**who [9]**  8/16 8/23 8/23 10/6 10/6 11/21 17/10 20/4 29/10

**why [8]**  11/12 18/2 18/20 24/15 25/12 25/12 25/13 29/5

**WILKINS [6]**  2/1 3/11 4/2 9/19 17/24 27/20

**Wilkins' [2]**  8/5 9/3

**will [12]**  4/14 5/19 7/4 7/12 8/21 10/8 11/5 11/6 11/16 18/5 27/1 31/3

**willful [3]**  13/10 13/11 13/11

**willfulness [1]**  6/3

**within [2]**  20/3 24/5

**without [2]**  6/3 24/14

**won't [2]**  4/4 22/4

**working [1]**  15/3

**world [4]**  14/15 16/11 26/12 26/14

**would [19]**  3/4 8/7 8/11 10/16 10/17 11/13 12/8 12/15 15/1 15/9 15/14 19/10 21/24 21/25 25/8 26/7 26/8 26/19 30/20

**wrong [1]**  13/19

**wrongdoing [1]**  17/17

**www.patcuneo.com [1]**  1/23

**Y**

**Yeah [1]**  24/21

**yes [8]**  3/5 4/1 7/8 7/11 17/25 23/12 27/21 28/9

**yet [2]**  17/1 17/2

**you [59]**

**you're [5]**  3/23 11/20 13/9 13/12 20/17

**your [49]**

**Z**

**ZANDEL [1]**  2/1