# EXHIBIT 29





