# EXHIBIT 46

## COUNTERFEIT SILVER JUUL DEVICES

### 3 Marks on Exterior Packaging



Word and stylized/design JUUL marks (U.S. Trademark Reg. Nos. 4,818,664 & 4,898,257)
JUUL LABS word mark (U.S. Trademark Reg. No. 5,770,541)

### 3 Marks on Interior Packaging and Device Itself



JUULPODS word mark (U.S. Trademark Reg. Nos. 5,918,490)
Word and stylized/design JUUL marks (U.S. Trademark Reg. Nos. 4,818,664 & 4,898,257)

**TOTAL – 6 COUNTERFEIT MARKS PER JUUL DEVICE**

## COUNTERFEIT JUULPODS

**4 Marks on Exterior Packaging**



Word and stylized/design JUUL marks (U.S. Trademark Reg. Nos. 4,818,664 & 4,898,257)
JUULPODS & JUUL LABS word marks (U.S. Trademark Reg. Nos. 5,918,490 & 5,776,153)

**2 Marks on Interior Packaging**



Word and stylized/design JUUL marks (U.S. Trademark Reg. Nos. 4,818,664 & 4,898,257)

**TOTAL – 6 COUNTERFEIT MARKS PER PACKAGE OF JUULPODS**

## COUNTERFEIT JUUL USB CHARGING DOCKS

### 2 Marks on Packaging for USB Charging Dock

 

Word and stylized/design JUUL marks (U.S. Trademark Reg. Nos. 4,818,664 & 6,211,614)

**TOTAL – 2 COUNTERFEIT MARKS PER JUUL USB CHARGING DOCK**