STEPHEN C. STEINBERG (SBN 230656)
  ssteinberg@bzbm.com
GABRIELLA A. WILKINS (SBN 306173)
  gwilkins@bzbm.com
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone:  (415) 956-1900
Facsimile:  (415) 956-1152

Attorneys for Plaintiff JUUL Labs, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUUL LABS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANDY CHOU (aka LIZHI ZHOU), an individual; YIWU CUTE JEWELRY CO., LTD., a Chinese limited company; YIWU XITE JEWELRY CO., LTD., a Chinese limited company; CJ FULFILLMENT CORP., a California Corporation; CJ TRADE CORP., an Arizona Corporation; and YIWU PROMOTIONAL TRADE CO., LTD. (aka YIWU PROMOTION TRADE CO., LTD.), a Chinese limited company,<br><br>Defendant.<br><br>AND RELATED CROSS-ACTION | Case No. 2:21-cv-03056-DSF-PDx<br><br>**DECLARATION OF ADRIAN PUNDERSON IN SUPPORT OF PLAINTIFF JUUL LABS, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:  Hon. Dale S. Fischer<br>Date:   August 16, 2021<br>Time:   1:30 p.m.<br>Ctrm.:  7D<br><br>Action Filed:  April 8, 2021<br>Trial Date:    October 18, 2022 |

I, Adrian Punderson, declare as follows:

1. I am familiar with the matters set forth in this declaration based upon my own personal knowledge. If called as a witness, I could and would competently testify to the following facts.

2. I submit this declaration in support of Plaintiff JUUL Labs, Inc.'s ("JLI") Motion for Summary Judgment.

## Experience and Qualifications

3. I am the co-founder of West Coast Brands/Global Brand Alliance, an organization developed for IP leaders representing brands to come together as an informal "think tank" on the issues of brand protection, product diversion, and other matters facing brands today. I am a member of the International Anti-Counterfeiting Coalition (IACC) and formerly a member of the Board of Directors and the Executive Committee of the Board of the IACC.

4. I started my career in law enforcement, where I spent 13 years acting as a police officer, detective, and task force supervisor.

5. Prior to working with JLI, I worked for Pricewaterhouse Coopers as the Managing Director of its Global Anti-Counterfeiting practice. I built the global strategy for the practice and consulted with large multi-national clients, in multiple sectors, on best practices for its programs. I also worked with clients in the development of data collection for investigation targeting, case strategy, online enforcement strategies, and conversion of online takedown data to "on-the-ground" investigations and complex multi-national investigations. I have worked for large global brands, such as the Recording Industry of America, Apple, and Oakley, leading anti-counterfeiting investigations in the Americas as well as globally.

6. I was recruited by JLI in 2018 to be Vice President of Global Brand Protection and to build a comprehensive global brand protection team, now a team of twelve. In my role, I develop overall company strategy related to brand protection, lead investigations to gather evidence related to illicit trade of JLI

products for the purpose of criminal or civil actions against perpetrators, and oversee inter-company cross functional work between government regulatory affairs, the product division, corporate branch, and legal teams. One of our main focuses is to develop relationships with law enforcement and customs agencies around the world to help combat counterfeiting and related issues.

**JUUL Products**

7. JLI is the designer, manufacturer, and distributor of JUUL-branded electronic nicotine delivery systems ("ENDS") and other related JUUL-branded products.

8. JLI introduced its JUUL-branded electronic cigarette ("JUUL Device") into the US market in 2015 and is now recognized globally as a leader in offering an alternative to traditional combustible cigarettes.

9. The JUUL Device is a rechargeable inhalation apparatus designed to be exclusively used with JLI's prefilled pods ("JUULpods"). JUULpods are individual disposable cartridges prefilled with JLI's proprietary nicotine e-liquid formulations and contain a heating chamber. JUULpods are designed to be inserted directly into the JUUL Device. JUUL USB Charging Docks are individual charging docks designed specifically for the JUUL Device and related accessories. These products are referred to collectively as the "JUUL Products."

10. All JUUL Products are designed to meet industry standards for safety, quality, reliability, and performance.

11. JLI practices stringent quality controls to guarantee consistent quality, safety, and performance for each of its products. JLI conducts quality control tests on JUUL products in their totality and on component parts.

12. JLI conducts regular visits and reoccurring audits of its suppliers' factories to ensure strict product standards.

13. In the United States, JLI sells its products on both its online retail store and through its pre-approved authorized network of distribution partners. JLI

ensures its distribution partners meet its high quality standards and will only pre-approve authorized vendors if they do so.

14. Defendants are not one of JLI's authorized distribution partners.

**JLI's Registered Trademarks Are Invaluable**

15. Since 2015, JLI has invested heavily in the JUUL brand, including registering the following relevant JUUL trademarks with the Principal Register of the U.S. Patent and Trademark Office in connection with its various products:

- "JUUL" (U.S. Trademark Reg. No. 4,818,664);
- JUUL (U.S. Trademark Reg. No. 4,898,257);
- JUUL LABS (U.S. Trademark Reg. No. 5,770,541);
- "JUUL LABS" (U.S. Trademark Reg. No. 5,776,153);
- "JUULPODS" (U.S. Trademark Reg. No. 5,918,490);
- JUUL (U.S. Trademark Reg. No. 6,064,902); and
- JUUL (U.S. Trademark Reg. No. 6,211,614).

The aforementioned registered marks are referred to collectively as the "JUUL Marks."

16. Attached as **Exhibit 31** are true and correct copies of registration certificates for the JUUL Marks.

17. JLI has continuously used one or more of the JUUL Marks in connection with all of its products in commerce, including the JUUL Device, JUULpods, and JUUL USB Charging Dock.

18. JLI prominently displays the JUUL Marks in all of its advertising and promotional materials, including all product packaging for the JUUL Products, as well as on the JUUL Device itself.

19. As a result of JLI's significant investment in marketing efforts featuring the JUUL Marks and JLI's marketplace success of the JUUL brand and JUUL Products, the JUUL Marks are widely recognized and have become well-known to the public.

20. Due to JLI's longtime use of and investment in the JUUL Marks and the quality of JLI's products, the JLI brand has built up a tremendous amount of consumer goodwill. The JUUL Marks symbolize the business goodwill of JLI and are invaluable assets to JLI.

### Defendants' Counterfeiting of the JUUL Marks and Products

21. In 2019 and 2020, JLI found Defendants advertising and offering for sale "JUUL Starter Kits" on the cjdropshipping.com website ("CJ"), which included the following purported JUUL Products: (a) JUUL Device; (b) JUUL USB Charging Dock; and (c) four JUULpods in Cool Mint, Virginia Tobacco, Crème Brulee, and Mango flavors.

22. Besides the fact that Defendants are not an authorized distribution partner of JLI, one of the many reasons why our team identified these listings as potentially counterfeit is because JLI no longer sells JUUL Starter Kits nor any of these flavored JUULpods except for tobacco in the U.S.

23. JLI stopped selling JUUL Starter Kits that include four-flavored JUULpods in U.S. retail locations in November 2018.

24. JLI changed the name of its "Cool Mint" JUULpods to "Mint" and the name of its "Crème Brulee" JUULpods to "Crème" in the U.S. in August 2018.

25. JLI stopped selling JUULpods in the U.S. in Crème and Mango flavors in October 2019, and stopped selling JUULpods in the U.S. in Mint flavor in November 2019.

26. As part of its global anti-counterfeiting efforts, JLI hired an investigator to purchase the suspect JUUL Products from Defendants' website.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

1  Executed on this ___ day of July, 2021, at San Francisco, California.

_____
Adrian Punderson