# EXHIBIT 31

# United States of America
## United States Patent and Trademark Office

# JUUL

| | |
|---|---|
| **Reg. No. 4,818,664** | JUUL LABS, INC. (DELAWARE CORPORATION) |
| **Registered Sep. 22, 2015** | 560 20th Street, Building 104<br>San Francisco, CALIFORNIA 94107 |
| **New Cert. Sep. 18, 2018** | CLASS 1: Nicotine-based liquid, namely, liquid nicotine used to refill electronic cigarettes; cartridges sold filled with liquid nicotine for electronic cigarettes |
| **Int. Cl.: 1, 30, 34** | FIRST USE 6-1-2015; IN COMMERCE 6-1-2015 |
| **Trademark** | CLASS 30: Electronic cigarette refill liquids, namely, chemical flavorings in liquid form used to refill electronic cigarettes; cartridges sold filled with chemical flavorings in liquid form for electronic cigarettes |
| **Principal Register** | |

FIRST USE 6-1-2015; IN COMMERCE 6-1-2015

CLASS 34: Electronic cigarettes; electronic smoking vaporizers, namely, electronic cigarettes; tobacco substitutes in liquid solution form other than for medical purposes for electronic cigarettes

FIRST USE 6-1-2015; IN COMMERCE 6-1-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-156,947, FILED 01-03-2014

*Andrei Iancu*

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# JUUL

| | |
|---|---|
| **Reg. No. 4,898,257** | JUUL LABS, INC. (DELAWARE CORPORATION) |
| **Registered Feb. 09, 2016** | 560 20th Street, Building 104<br>San Francisco, CALIFORNIA 94107 |
| **New Cert. Oct. 02, 2018** | CLASS 34: nicotine-based liquid, namely, liquid nicotine used to refill electronic cigarettes; cartridges sold filled with liquid nicotine for electronic cigarettes; electronic cigarette refill liquids, namely, chemical flavorings in liquid form used to refill electronic cigarettes; cartridges sold filled with chemical flavorings in liquid form for electronic cigarettes; electronic cigarettes; electronic smoking vaporizers, namely, electronic cigarettes; tobacco substitutes in liquid solution form other than for medical purposes for electronic cigarettes |
| **Int. Cl.: 34** | |
| **Trademark** | |
| **Principal Register** | FIRST USE 6-1-2015; IN COMMERCE 6-1-2015 |
| | The mark consists of the term "JUUL" in stylized lettering. |
| | SER. NO. 86-683,423, FILED 07-06-2015 |



Director of the United States
Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

# JUUL LABS

**Reg. No. 5,770,541**
**Registered Jun. 04, 2019**
**Int. Cl.: 34**
**Trademark**
**Principal Register**

JUUL Labs, Inc. (DELAWARE CORPORATION)
560 20th Street, Building 104
San Francisco, CALIFORNIA 94107

CLASS 34: nicotine-based liquid, namely, liquid nicotine used to refill electronic cigarettes; cartridges sold filled with liquid nicotine for electronic cigarettes; electronic cigarette refill liquids, namely, chemical flavorings in liquid form used to refill electronic cigarettes; chemical flavorings in liquid form, and tobacco substitutes in liquid solution form other than for medical purposes; cartridges sold filled with chemical flavorings in liquid form for electronic cigarettes; electronic cigarettes; electronic smoking vaporizers, namely, electronic cigarettes; tobacco substitutes in liquid solution form other than for medical purposes for electronic cigarettes; refill cartridges sold empty for electronic cigarettes; electric vaporizers, namely, smokeless vaporizer pipes for the ingestion and inhalation of tobacco and other herbal matter; electric vaporizers for the vaporization of tobacco; processed tobacco pods; pipe tobacco, namely, tobacco for use in electric vaporizers; tobacco, whether manufactured or unmanufactured; smoking tobacco, pipe tobacco, hand rolling tobacco, snus tobacco; tobacco sold in pods

FIRST USE 3-00-2019; IN COMMERCE 3-00-2019

The mark consists of the terms "JUUL LABS" in stylized font, with the letters "LA" stacked above the letters "BS" forming the term "LABS" and an overline above the letters "LA" and an underline below the letters "BS".

OWNER OF U.S. REG. NO. 4818664, 4898257

No claim is made to the exclusive right to use the following apart from the mark as shown: "LABS"

SER. NO. 87-657,660, FILED 10-24-2017



Director of the United States
Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

# JUUL LABS

**Reg. No. 5,776,153**
**Registered Jun. 11, 2019**
**Int. Cl.: 34**
**Trademark**
**Principal Register**

JUUL LABS, INC. (DELAWARE CORPORATION)
560 20th Street, Building 104
San Francisco, CALIFORNIA 94107

CLASS 34: nicotine-based liquid, namely, liquid nicotine used to refill electronic cigarettes; cartridges sold filled with liquid nicotine for electronic cigarettes; electronic cigarette refill liquids, namely, chemical flavorings in liquid form used to refill electronic cigarettes; chemical flavorings in liquid form, and tobacco substitutes in liquid solution form other than for medical purposes; cartridges sold filled with chemical flavorings in liquid form for electronic cigarettes; electronic cigarettes; electronic smoking vaporizers, namely, electronic cigarettes; tobacco substitutes in liquid solution form other than for medical purposes for electronic cigarettes; refill cartridges sold empty for electronic cigarettes; electric vaporizers, namely, smokeless vaporizer pipes for the ingestion and inhalation of tobacco and other herbal matter; electric vaporizers for the vaporization of tobacco; processed tobacco pods; pipe tobacco, namely, tobacco for use in electric vaporizers; tobacco, whether manufactured or unmanufactured; smoking tobacco, pipe tobacco, hand rolling tobacco, snus tobacco; tobacco sold in pods

FIRST USE 3-00-2019; IN COMMERCE 3-00-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4818664, 4898257

No claim is made to the exclusive right to use the following apart from the mark as shown: "LABS"

SER. NO. 87-455,960, FILED 05-18-2017



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# JUULPODS

**Reg. No. 5,918,490**
**Registered Nov. 26, 2019**
**Int. Cl.: 34**
**Trademark**
**Principal Register**

JUUL Labs, Inc. (DELAWARE CORPORATION)
560 20th Street, Building 104
San Francisco, CALIFORNIA 94107

CLASS 34: Nicotine liquid used to refill electronic cigarettes and vaporizer cartridges; electronic cigarettes and oral smoker's vaporizer refill cartridges sold with liquid nicotine solutions; electronic cigarette and vaporizer refill liquids, namely, liquid form chemical flavorings used to refill electronic cigarettes and oral vaporizers for smokers; liquid form tobacco substitutes other than for medical purposes; refill cartridges filled with liquid form chemical flavorings for electronic cigarettes and oral vaporizers for smokers; electronic and electric cigarettes and oral vaporizers for smokers; electronic smoking vaporizers, namely, electronic cigarettes and oral vaporizers for smokers; liquid form tobacco substitutes other than for medical purposes for electronic cigarettes and oral vaporizers for smokers; refill cartridges sold empty for electronic cigarettes and oral vaporizers for smokers; electronic oral vaporizers for smokers for the vaporization of tobacco; smoker's articles for electric and electronic cigarettes and vaporizers, namely, cases for electronic cigarettes and oral vaporizers for smokers and electronic cigarette accessories, namely, refill cartridges for electronic cigarettes sold empty, and boxes for electronic cigarettes and oral vaporizers for smokers and electronic cigarette accessories, namely, refill cartridges for electronic cigarettes sold empty; components for electric and electronic cigarettes and oral vaporizers for smokers, namely, atomisers, cartomisers, and clearomisers sold empty for tobacco substitutes

FIRST USE 6-00-2015; IN COMMERCE 6-00-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-289,543, FILED 02-05-2019



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,064,902**
**Registered May 26, 2020**
**Int. Cl.: 9, 16**
**Trademark**
**Principal Register**

JUUL Labs, Inc. (DELAWARE CORPORATION)
560 20th Street, Building 104
San Francisco, CALIFORNIA 94107

CLASS 9: Carrying cases, holders, and protective cases featuring power supply connectors, adaptors and battery charging devices adapted for use with handheld electronic devices, namely, electronic cigarettes

FIRST USE 12-00-2018; IN COMMERCE 12-00-2018

CLASS 16: Printed materials and publications, namely, user manuals, booklets, and brochures all in the field of electronic cigarettes and vaping technology

FIRST USE 12-00-2018; IN COMMERCE 12-00-2018

The mark consists of the word "JUUL" in stylized font within a hexagon.

OWNER OF U.S. REG. NO. 4818664, 4898257

SER. NO. 88-053,004, FILED 07-25-2018



Director of the United States
Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office

# JUUL

**Reg. No. 6,211,614**
**Registered Dec. 01, 2020**
**Int. Cl.: 9**
**Trademark**
**Principal Register**

JUUL Labs, Inc. (DELAWARE CORPORATION)
560 20th Street, Building 104
San Francisco, CALIFORNIA 94107

CLASS 9: Carrying cases, holders, and protective cases featuring power supply connectors, adaptors and battery charging devices adapted for use with handheld electronic devices, namely, electronic cigarettes

FIRST USE 7-1-2019; IN COMMERCE 7-1-2019

The mark consists of the word "JUUL" in stylized font.

OWNER OF U.S. REG. NO. 4818664, 4898257

SER. NO. 88-052,998, FILED 07-25-2018





Director of the United States
Patent and Trademark Office