STEPHEN C. STEINBERG (SBN 230656)
  *ssteinberg@bzbm.com*
GABRIELLA A. WILKINS (SBN 306173)
  *gwilkins@bzbm.com*
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone:  (415) 956-1900
Facsimile:   (415) 956-1152

Attorneys for Plaintiff JUUL Labs, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUUL LABS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANDY CHOU (aka LIZHI ZHOU), an individual; YIWU CUTE JEWELRY CO., LTD., a Chinese limited company; YIWU XITE JEWELRY CO., LTD., a Chinese limited company; CJ FULFILLMENT CORP., a California Corporation; CJ TRADE CORP., an Arizona Corporation; and YIWU PROMOTIONAL TRADE CO., LTD. (aka YIWU PROMOTION TRADE CO., LTD.), a Chinese limited company,<br><br>Defendant.<br><br>AND RELATED CROSS-ACTION | Case No. 2:21-cv-03056-DSF-PDx<br><br>**DECLARATION OF MATTHEW HEWLETT IN SUPPORT OF PLAINTIFF JUUL LABS, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:  Hon. Dale S. Fischer<br>Date:   August 16, 2021<br>Time:   1:30 p.m.<br>Ctrm.:   7D<br><br>Action Filed:   April 8, 2021<br>Trial Date:      October 18, 2022 |

I, Matthew Hewlett, declare as follows:

1. I am familiar with the matters set forth in this declaration based upon my own personal knowledge. If called as a witness, I could and would competently testify to the following facts.

2. I submit this declaration in support of Plaintiff JUUL Labs, Inc.'s ("JLI") motion for summary judgment.

## Experience and Qualifications

3. I am employed as a private investigator at Vaudra International ("Vaudra"), an investigations and brand protection solutions company located in the greater Charlotte, North Carolina area. Vaudra assists companies in identifying, among other things, unauthorized, counterfeit sales of their products.

4. I have worked for Vaudra since October 2009. I have worked within the investigations and brand protection industry since 2003.

5. Vaudra was retained by JUUL Labs, Inc. ("JLI") to investigate suspected unlawful, unauthorized sales of counterfeit JUUL branded items.

6. Prior to working with JLI, JLI provided me with training for JUUL product authentication.

## Investigation and Purchase of Products

7. JLI, through its representative Brittany Garcia, retained Vaudra on October 3, 2019 to conduct a series of controlled buys of suspected counterfeit JLI products from the website cjdropshipping.com ("CJ").

8. On October 7, 2019, I accessed cjdropshipping.com, created an account, and signed in to the warehouse section of the website. I searched for JUUL products, and located a listing for "JUUL00 STARTER1 KIT CHARGER INCLUDE 4 FLAVOR PODS," priced at $13.69. Attached hereto as **Exhibit 32** is a true and correct copy of a screenshot I took of the listing on cjdropshipping.com.

9. When searching for JUUL products, I located a listing for "JUUL USB Charger," priced at $1.00. Attached hereto as **Exhibit 33** is a true and correct copy of a screenshot I took of the listing on cjdropshipping.com.

10. On October 7, 2019, I purchased three silver and two pink JUUL Starter Kits and five JUUL USB Chargers from CJ.

11. CJ provided me with Order #ZF1910083563215030. I made a payment of $85.32 to "义乌市促佳贸易有限公司" to a PayPal account registered to email address 1156979741@qq.com.

12. On October 8, 2019, I downloaded the invoice for Order #ZF1910083563215030. Attached hereto as **Exhibit 34** is a true and correct copy of that invoice. The buyer information is redacted in order to protect other ongoing investigations.

13. On November 7, 2019, I received a USPS package with the following products: three (3) JUUL Starter Kits, Silver; two (2) JUUL Starter Kits, Pink; and five (5) JUUL USB Charging Docks.

14. The suspect JUUL Starter Kits each contained a JUUL Device, a JUUL USB Charging Dock, and JUULpods in Cool Mint, Virginia Tobacco, Crème Brulee, and Mango flavors. The packaging of each suspect product, and the JUUL Device therein, bore one or more of the JUUL Marks.

15. I photographed the exterior packaging and interior contents of the JUUL Starter Kits. The silver JUUL Starter Kits appeared as shown in the following photographs:










 



16. The pink JUUL Starter Kits appeared as shown in the following photographs:

   






17. The JUUL USB Chargers appeared as shown in the following photographs:





18. None of the five (5) JUUL Devices had a serial number engraved on the back of the device below the JUUL logo. All authentic JUUL Devices have a serial number engraved on the back of the device below the JUUL logo.

19. The exterior cardboard box packaging for the suspect JUULpods showed lot code G0525A, but the interior foil packaging did not have a lot code printed on it. All packaging for authentic JUULpods, both the cardboard box packaging and the foil packaging, has a lot code printed on it, and the lot codes should match between the exterior and interior packaging for any particular pack of JUULpods.

20. I catalogued the items received and securely stored them. I transmitted a compilation of information regarding the items received to Jonathan Powell, an

evidence specialist with JLI, in order to further evaluate and determine whether or not the items were counterfeit. On January 6, 2020, I shipped the physical products to Mr. Powell via UPS tracking #1ZJT2236A796725825. Mr. Powell confirmed the items were counterfeit.

21. On December 9, 2019, I ordered, among other things, seventeen (17) JUUL Starter Kits. When I received the shipment on January 2, 2020, no JUUL Starter Kits were included. On January 3, 2020, a representative on CJ's platform who called herself "Celia Yang" informed me that the JUUL Starter Kits were out of stock, and that I should request a refund. From January 3, 2020, until February 19, 2020, I continued to press for delivery as ordered. Finally, on or around February 20, 2020, Celia informed me that CJ had thirteen (13) units of JUUL Starter Kits available. I continued discussions with her. However, with various delays arising due to the outbreak of the coronavirus in China, I never received the seventeen (17) JUUL Starter Kits from this order.

22. On or around February 3, 2020, I communicated with another representative from CJ named "Meera Jin" via Skype and she informed me that Defendants could not promise consistency in the JUUL products I had ordered because Defendants' supplier of such products may change, and that Defendants' purchase team decides which manufacturer to source products from based on "many reasons." Attached hereto as **Exhibit 35** is a true and correct copy of the screenshot I took of this conversation.

23. On or around March 16, 2020, I accessed a listing on CJ for "JUUL00 STARTER1 KIT CHARGER INCLUDE 4 FLAVOR PODS With Free Shipping." Attached hereto as **Exhibit 36** is a true and correct copy of a screenshot I took of this listing.

24. I then ordered and submitted payment via PayPal for one hundred (100) JUUL Starter Kits to be shipped to CJ's warehouse in Cranbury, NJ for Order #

SY2003143563222037. Attached hereto as **Exhibit 37** is a true and correct copy of that invoice.

25. On or around June 11, 2020, I communicated with Celia over Skype regarding the risk of the shipment containing the 100 JUUL Starter Kits being held by customs. Attached hereto as **Exhibit 38** is a true and correct screenshot I took of this conversation.

26. On July 30, 2020, I received confirmation, with photographs, that the shipment of 100 JUUL Starter Kits had arrived at CJ's warehouse in Cranbury, New Jersey.

27. CJ sent me the following photographs of the shipment at the New Jersey warehouse:







28. JLI arranged for another investigator to pick up the suspect JUUL Starter Kits at Defendants' New Jersey warehouse.

29. On April 8, 2020, I searched CJ for JUUL products and found a listing for "JUUL00 STARTER KIT CHARGER INCLUDE 4 FLAVOR PODS With Free Shipping" for $13.69. Attached hereto as **Exhibit 39** is a true and correct copy of the screenshot I took of this listing.

30. I purchased two silver, six pink, and five slate JUUL Starter Kits from CJ, which were delivered on April 23, 2020.

31. On April 9, 2020, I accessed my account and located an invoice for Order #ZF2004083563265205. Attached hereto as **Exhibit 40** is a true and correct copy of that invoice.

32. On April 23, 2020, I received a package from Defendants containing the following products: two (2) JUUL Starter Kits, Silver; six (6) JUUL Starter Kits, Pink; and five (5) JUUL Starter Kits, Slate.

33. The packaging of each suspect product, and the JUUL Device therein, bore one or more of the JUUL Marks.

34. I photographed the exterior packaging and interior contents of the suspect JUUL Starter Kits. The silver JUUL Starter Kits appeared as shown in the following photographs:











35. The pink JUUL Starter Kits appeared as shown in the following photographs:

   

 








36. The slate JUUL Starter Kits appears as shown in the following photographs:











37. None of the suspect JUUL Devices had a serial number engraved on the back. All authentic JUUL Devices have a serial number engraved on the back of the device below the JUUL logo.

38. The exterior cardboard box packaging for the suspect JUULpods showed lot code G0525A, but the interior foil packaging did not have a lot code printed on it. All packaging for authentic JUULpods, both the cardboard box packaging and the foil packaging, has a lot code printed on it, and the lot codes should match between the exterior and interior packaging for any particular pack of JUULpods.

39. I catalogued the items received and securely stored them. I transmitted a compilation of information regarding the items received to Mr. Powell. On June 25, 2020, I shipped these devices to Mr. Powell via UPS tracking #1ZTU70B24200003019, which he received on July 1, 2020. Mr. Powell confirmed the items were counterfeit.

40. Every payment for a purchase of JUUL-branded products I made from Defendants was via their website at cjdropshipping.com to Defendants' PayPal account or by credit card to Defendants. All of the invoices and receipts I received from Defendants included the CJ logo and stated that I was being billed by and was making payment to Defendants. There was never any indication that I was buying products from nor paying any party other than Defendants or that any party other than Defendants was selling the products or would receive the funds.

41. Throughout my investigation, I communicated with several different individuals associated with CJ on the chat platform on Defendants' website and on Skype concerning purchases of purported JUUL products, including: (1) Celia Yang, (2) Leon Li, (3) Meera Jin, and (4) someone named "Gringer." Celia, Leon, Meera, and Gringer always communicated with me as if they represented Defendants, and never mentioned that they worked for or were associated with any other party.

42. Never, during any of my conversations with Celia, Leon, Meera, or Gringer, did any of them ever state that the JUUL-branded products and products advertised using the JUUL marks that I ordered from CJ were actually being advertised or sold by anyone other than Defendants, nor did they ever mention anyone named "Hu Qian."

43. On or around December 5, 2019, I communicated with Leon on CJ's platform. He informed me that he worked in the NJ warehouse in customer service. Attached hereto as **Exhibit 41** is a true and correct copy of the screenshot I took of this conversation.

44. Throughout all of my conversations with Celia, she always represented that she was my personal agent from CJ and that she would be responsible for sourcing any products that I wanted to purchase from CJ. She never represented that she worked for any other party.

45. On or around November 14, 2019 I communicated with a representative on CJ's platform who instructed me to contact Meera Jin, CJ's sales assistant. Attached here to as **Exhibit 42** is a true and correct copy of the screenshot I took of this conversation.

46. Based on Defendants' website and product listings, I believed that cjdropshipping.com, and not any other party, was the seller of all products listed for sale on its website, and that cjdropshipping.com had and could transfer title or possession of the products.

47. None of the listings for any of the purported JUUL products on cjdropshipping.com identified any party, other than cjdropshipping, as the advertiser, seller, or distributor of the advertised JUUL products.

48. During my investigation, Celia continuously represented that she was actively looking for additional suppliers to ensure that CJ could fulfill my orders for JUUL-branded products.

49. On April 27, 2020, I accessed on CJ a listing for "Phone7 Earphone" priced at $4.33. Attached hereto as **Exhibit 43** is a true and correct copy of a screenshot I took of this listing.

50. Celia once again acted as Defendants' agent in responding to all inquiries regarding this product. On or around April 27, 2020, I asked Celia about Apple-branding on these products. Celia responded that she would source them for me. On or around April 29, 2020, Celia stated via Skype that she had found a factory to source Apple-branded products and that the products were "not genuine one but the copy one with the same genuine apple." Attached hereto as **Exhibit 44** is a true and correct copy of the screenshot I took of this conversation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 19 day of July, 2021, at Huntersville, North Carolina.

Matthew Hewlett