# EXHIBIT 32

Page 8
John Hoetker
November 25, 2019

Attachment #1



Document title: JUUL00 STARTER1 KIT CHARGER INCLUDE 4 FLAVOR PODS With Free Shipping
Capture URL: https://app.cjdropshipping.com/product-detail.html?id=919D94F8-F527-4AF8-8192-CE609EC36745&amp;from=all&amp;fromType=all&amp;productType=0
Capture timestamp (UTC): Mon, 07 Oct 2019 20:07:57 GMT