# EXHIBIT 33

Page 10
John Hoetker
November 25, 2019

**Attachment #3**



Document title: JUUL USB Charger
Capture URL: https://app.cjdropshipping.com/product-detail.html?id=78196280-D6E8-451F-8504-…
Capture timestamp (UTC): Mon, 07 Oct 2019 16:09:52 GMT