# EXHIBIT 34

Page 21
John Hoetker
November 25, 2019

**Attachment #9**

**Invoice Number: ZF1910083563215030**          PAID



Invoice Date:
Due Date: 2019-10-07 17:12
Payment Method: [PayPal]

**BILL TO:**

Westwood

Huntersville, North Carolina, 28078
United States of America (the)

**BILL FROM:**

Yiwu Cute Jewelry Co., Ltd.
No. 70319, F5, Gate 97, District 5, International Trade City
Yiwu, Zhejiang, 322000
China

| CJ Order Number | Description | SKU | Quantitly | Weight | Price | Line Total |
|---|---|---|---|---|---|---|
| ZF1910083563215030 | JUUL USB Charger default | CJXFLPCD00042-default | 5 | 35.00 | $1.00 | $5.00 |
| | JUUL00 STARTER1 KIT CHARGER INCLUDE 4 FLAVOR PODS With Free ShippingJUUL00 STARTER1 KIT CHARGER INCLUDE 4 FLAVO···PODS With Free Shipping default | CJXFZNZN00104-default | 5 | 170.00 | $13.69 | $68.45 |

Items Quantity: 10                                                    Subtotal: **$73.45**

Shipping Method: [ CJPacket ]                                          Shipping: **$11.87**

Total:            **$85.32**