# EXHIBIT 35

Attachment #15

3:52:52 PM 2/3/2020

Vaudra International Inv. M. Hewlett

**Meera**
Last seen days ago | Gallery | Find

yes, things will become complicated if we all return to work now

3:32 PM

I noticed the USB chargers I received in my first order were different than the ones received in the second order. They did not look the same. I plan on making wholesale orders and need same product on consistent bases. Can you guarantee the same product on a consistent bases?

Meera, 3:37 PM

sorry, we can't guarantee that

since the supplier may out of stock as well sometimes

3:41 PM

Can I request product only be sourced from one supplier on order to have consistency?

Meera, 3:42 PM

sorry, we can't provide this kind of service

since the supplier may change sometimes

3:44 PM

Ok, How do you decide who product is sourced from?

Meera, 3:45 PM

it is not decide by me , the purchase team will do it

since they will decide which supplier is the best accoourding to many reasons

3:46 PM

Do you know what requirements they use to decide? It would help me in my ordering process.