# EXHIBIT 36

Page 40
John Hoetker
April 22, 2020

**Attachment #20**

