# EXHIBIT 37

Page 42
John Hoetker
April 22, 2020

