# EXHIBIT 38

Page 24
John Hoetker
July 31, 2020

Attachment #10

