# EXHIBIT 39

**Attachment #1**

9:09:11 AM 4/8/2020

Vaudra International Inv. M. Hewlett

app.cjdropshipping.com/product-detail.html?id=919D94F8-F527-4AF8-8192-CE609EC36745&from=all&fromType=all&productType=0

Language / USD | Authorization | Wishlist | Warehouses | Print on Demand | Sourcing | My CJ | Max | Suppor

CJ Dropshipping.com — You sell - We source and ship for you!

Search what you want | See More Products | Queue

Consumer Electronics > Smart Electronics > Smart Wearable Accessories

**JUUL00 STARTER1 KIT CHARGER INCLUDE 4 FLAVOR PODS With Free Shipping**

**Product Price:** $13.69 — Price Updated on July 26, 2018

**Shipping From:** China Warehouse

**Shipping Method:** United States of America (the) — CJPacket(5-15 days)

**Shipping Cost:** $6.26

**Quantity:** 1

**Total DropShipping Price:** $19.95

**Inventory:** 10507 — View All

**Processing Time:** 1-3 days

**Weight:** 170g

**SKU:** CJXFZNZN00104-default

**Product Attributes:** Battery Contains

List — 12 Lists

Photography Request | Add to SKU List

Add to Cart

Wishlist | Share

Description | Consultation

Comments (0)

JUUL

Chat

Comments (0) 0/5 — Add a comment

（If you have any suggestions to our product description, please tell us what you think and we will improve it soon.）