# EXHIBIT 40

**Attachment #3**

| 4/9/2020 | | | | | | Invoice |
|---|---|---|---|---|---|---|

**Invoice Number: ZF2004083563265205**                PAID

Invoice Date: 2020-04-08 13:25
Due Date: 2020-04-08 13:28
Payment Method: [Balance]

**BILL TO:**

Huntersville, North Carolina, 28078
United States of America (the)

**BILL FROM:**

Yiwu Cute Jewelry Co., Ltd.
No. 70319, F5, Gate 97, District 5, International Trade City
Yiwu, Zhejiang, 322000
China

| CJ Order Number | Description | SKU | Quantity | Weight | Price | Line Total |
|---|---|---|---|---|---|---|
| ZF2004083563265205 | JUUL00 STARTER1 KIT CHARGER INCLUDE 4 FLAVOR PODS With Free ShippingJUUL00 STAR…. | CJXFZNZN00104-default | 13 | 170.00 | $13.69 | $177.97 |

**Items Quantity:** 13                                                                        Subtotal: $177.97

**Shipping Method:** [ CJPacket ]                                                                Shipping: $46.02

                                                                                        Total:      $223.99

Download  |  Back