# EXHIBIT 41

Page 12
John Hoetker
April 22, 2020

**Attachment #1**

12:01:37 PM 12/5/2019

Vaudra International Inv. M. Hewlett

## Leon Li
CJ Dropshipping ( U.S. East Department ) | Gallery | Find

 

———— Today ————

10:48 AM



> I am looking to speak with you regarding warehousing of a wholesale order from CJDropShipping.


Leon, 11:00 AM
Hello, what can help you?

11:03 AM

> Hi. My business partner was talking with cjdropshipping.com. They gave him your number to discuss U.S. warehousing. We are looking to speak with someone in the U.S. regarding storing product we order. Can you help? My business partner was talking with cjdropshipping.com. They gave him your number to discuss U.S. warehousing. We are looking to speak with someone in the U.S. regarding storing product we order. Can you help?


Leon, 11:05 AM
ok, what do you want to know about our U.S. warehouse? 


Leon, 11:11 AM
you can make a list of questions and I will answer them one by one. It's winter season, we are being busy now. please forgive me if I response late

11:14 AM

> I appreciate your assistance. We are looking to place a wholesale order and have it shipped to, stored at your California warehouse. How does that work? What are storage costs? Is warehouse secure, bonded? Is warehouse climate controlled? Would our goods be kept separate from others?


Leon, 11:23 AM
1. We ship product from China to U.S. warehouse via DHL and these products will store for your private use. 2. the storage cost is free if you sourced the product from CJ. you can check this link: https://cjdropshipping.com/2018/03/28/cjdropshipping-service-fee/ 



Page 13
John Hoetker
April 22, 2020

**Attachment #1**

