# EXHIBIT 42

Page 34
John Hoetker
November 25, 2019

**Attachment #17**

12:00:34 PM 11/14/2019

Vaudra International Inv. M. Hewlett

X ‹ Back

Ticket List / Ticket Detail

Thank you for your reply. I am interested in having product stored at a U.S. warehouse located on the West Coast. Can you let me know the contact details for my personal agent? I would like to schedule a call to discuss additional warehouse details and logistics.

CJDropshipping   CJ Management Team                                              2019-11-13 23:37:26

Hi, Max You can contact Meera Jin, our sales assistant and this is her skype: live: cid. af0260dc4199fff13 Best regards

**Message**