# EXHIBIT 43

Page 6
John Hoetker
July 31, 2020

**Attachment #1**

