# EXHIBIT 44

Page 7
John Hoetker
July 31, 2020

**Attachment #2**



Page 8
John Hoetker
July 31, 2020

**Attachment #3**



Page 9
John Hoetker
July 31, 2020

**Attachment #3**







Page 10
John Hoetker
July 31, 2020

Attachment #4

2:18:08 PM 4/30/2020

Vaudra International Inv. M. Hewlett

**Celia Yang**
○ Last seen 4h ago | Gallery | Find

What is the status of the order shipment to the new Jersey warehouse?

Celia, 10:38 PM

> Do they have Apple branding on them?
> Nick Patterson, Yesterday at 11:25 AM

yes they have

Celia, 11:05 PM

> What is the status of the order shipment to the new Jersey warehouse?
> Nick Patterson, Yesterday at 11:55 AM

normally it will take 7-10 days

—— Today ——

2:14 PM

Please me know tracking number for shipment to New Jersey. Thanks.