STEPHEN C. STEINBERG (SBN 230656)
 ssteinberg@bzbm.com
GABRIELLA A. WILKINS (SBN 306173)
 gwilkins@bzbm.com
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone:  (415) 956-1900
Facsimile:   (415) 956-1152

Attorneys for Plaintiff JUUL Labs, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUUL LABS, INC., a Delaware Corporation,<br><br>                Plaintiff,<br><br>        v.<br><br>ANDY CHOU (aka LIZHI ZHOU), an individual; YIWU CUTE JEWELRY CO., LTD., a Chinese limited company; YIWU XITE JEWELRY CO., LTD., a Chinese limited company; CJ FULFILLMENT CORP., a California Corporation; CJ TRADE CORP., an Arizona Corporation; and YIWU PROMOTIONAL TRADE CO., LTD. (aka YIWU PROMOTION TRADE CO., LTD.), a Chinese limited company,<br><br>                Defendant.<br><br>AND RELATED CROSS ACTION | Case No. 2:21-cv-03056-DSF-PDx<br><br>**DECLARATION OF THEODORE KAVOWRAS IN SUPPORT OF PLAINTIFF JUUL LABS, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:      Hon. Dale S. Fischer<br>Date:       August 16, 2021<br>Time:       1:30 p.m.<br>Ctrm.:      7D<br><br>Action Filed:      April 8, 2021<br>Trial Date:        October 18, 2022 |

I, Theodore Kavowras, declare as follows:

1.      I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto. I make this declaration in support of Plaintiff JUUL Labs, Inc.'s ("JLI") Motion for Summary Judgment.

2.      I am a private investigator for Panoramic Consulting Ltd. ("Panoramic"), who was retained by Bartko Zankel Bunzel & Miller, attorneys of record for JLI.

3.      On or around May 21, 2021, Xu Jinzeng, an agent of Panoramic, along with Wu Qingfeng, a notary public from Guangzhou Notary Public Office, came to the offices of Panoramic.

4.      In accordance with the *Notarization of Law of the People's Republic of China*, Wu Qingfeng, along with Hu Kun, an employee of Panoramic, supervised Xu Jinzeng while he used Panoramic's office equipment, entered the web address http://www.shezfy.com/index.html, the official website for Shanghai No. 2 Intermediate People's Court, and accessed the link for "the case of Wu Jia, Zhou XX and Tu XX infringing copyright and selling registered trademark signs illegally manufactured." The People's Court places an XX in place of the defendant's first name to provide a degree of privacy, so references to "Zhou XX" are to Defendant Lizhi Zhou aka Andy Chou.

5.      Xu Jinzeng downloaded the official copy of all seven (7) pages of Ruling of a Criminal Action issued in "the case of Wu Jia, Zhou XX and Tu XX infringing copyright and selling registered trademark signs illegally manufactured."

6.      On or around June 17, 2021, Panoramic received the Notarial Certificate and official translation of the aforementioned judgment.

7.      True and correct copies of the official judgment, Notarial Certificate, and official translation are attached hereto as **Exhibit 45  .**



1      I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.
3      Executed on this 18 day of July, 2021.
4
5                            Theodore Kavowras
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Scanned with CamScanner