# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUUL LABS, INC.,<br><br>                                         Plaintiff(s)<br>v.<br><br>ANDY CHOU et al.,<br><br>                                        Defendant(s) | CASE NUMBER:<br><br>CV21-03056 DSF (PDx)<br><br>MOTION RE: INFORMAL DISCOVERY DISPUTE |

The parties have requested an informal discovery conference with Magistrate Judge Patricia Donahue. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required    ☒ Hearing Required
                                    ☐ In-Person Court Hearing
                                    ☒ Video Conference
                                    ☐ Telephonic

Magistrate Judge: Patricia Donahue

Date/Time: 3/30/2022

Courtroom: Appear by video (Zoom link to be provided by the clerk)

Dated: March 28, 2022                        By: J. Munoz
                                                                                   Deputy Clerk