STEPHEN C. STEINBERG (SBN 230656)
  *ssteinberg@bzbm.com*
GABRIELLA A. WILKINS (SBN 306173)
  *gwilkins@bzbm.com*
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone:  (415) 956-1900
Facsimile:   (415) 956-1152

Attorneys for Plaintiff JUUL Labs, Inc.

John K. Buche, Esq.
  jbuche@buchelaw.com
**BUCHE & ASSOCIATES, P.C.**
2029 Century Park E., Suite 400N
Los Angeles, California 90067
Telephone: (858) 459-9111

*Additional Counsel on Signature Page*

Attorneys for Defendants Andy Chou, Yiwu Cute Jewelry Co., Ltd., Yiwu Xite Jewelry Co., Ltd., CJ Fulfillment Corp., CJ Trade Corp., and Yiwu Promotional Trade Co., Ltd.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUUL LABS, INC., a Delaware Corporation,<br><br>   Plaintiff,<br><br>  v.<br><br>ANDY CHOU (aka LIZHI ZHOU), an individual; YIWU CUTE JEWELRY CO., LTD., a Chinese limited company; YIWU XITE JEWELRY CO., LTD., a Chinese limited company; CJ FULFILLMENT CORP., a California Corporation; CJ TRADE CORP., an Arizona Corporation; and YIWU PROMOTIONAL TRADE CO., LTD. (aka YIWU PROMOTION TRADE CO., LTD.), a Chinese limited company,<br><br>   Defendants. | Case No. 2:21-cv-03056-DSF-PDx<br><br>**JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE FOR PLAINTIFF JUUL LABS, INC.'S POTENTIAL MOTION FOR SANCTIONS**<br><br>Action Filed:  April 8, 2021<br>Trial Date:      October 18, 2022 |

1       Pursuant to Civil Local Rule 7-1, Plaintiff JUUL Labs, Inc. ("JLI") and
2 Defendants Andy Chou (aka Lizhi Zhou), Yiwu Cute Jewelry Co., Ltd., Yiwu Xite
3 Jewelry Co., Ltd., CJ Fulfillment Corp., CJ Trade Corp., and Yiwu Promotional
4 Trade Co., Ltd. (aka Yiwu Promotion Trade Co., Ltd.) (together, "Defendants") (JLI
5 and Defendants are referred to together as the "Parties") hereby stipulate as follows:
6       WHEREAS, on March 30, 2022, the Court held an informal discovery
7 conference and ordered the parties **"**to work together in good faith in order to
8 accomplish the depositions" of Defendants' China-based personnel (ECF No. 174);
9       WHEREAS, on March 30, 2022, the Court also ordered that "[i]f Plaintiff
10 intends to file a motion pursuant to Fed. R. Civ. P. 37, as set forth in Issues 1
11 through 4, it shall do so no later than **April 14, 2022**[,] Defendants shall file their
12 opposition no later than **April 21, 2022**[, and] Plaintiff may file an optional reply no
13 later than **April 25, 2022**" (*id.*);
14       WHEREAS, the parties have now scheduled depositions to take place in
15 Macau of Lynn Li on Apr. 11 (pacific time) /Apr. 12 (Macau time) and Zhaofeng
16 Liu on Apr. 12 (pacific time) / Apr. 13 (Macau time), 2022;
17       WHEREAS, the parties are working to try to schedule depositions of the
18 remaining China-based witnesses—Defendant Andy Chou (aka Lizhi Zhou) and Fei
19 Jiang—for the time period of Apr. 15-21, 2022, which is after the Court's deadline
20 for JLI to file a potential motion for sanctions; and
21       WHEREAS, the parties wish to delay the briefing schedule on JLI's potential
22 motion for sanctions as set forth below, to give the parties more time to try to
23 accomplish the remaining depositions before such motion is due.
24       NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that,
25 conditioned on the Court's granting a Proposed Order consistent herewith, if JLI
26 files a motion pursuant to Fed. R. Civ. P. 37 as set forth in Issues 1 through 4 in the
27 emails submitted to the Court on March 2022, it shall do so no later than **April 21,**
28

**2022**, Defendants shall file their opposition no later than **April 24, 2022**, and Plaintiff may file an optional reply no later than **April 27, 2022**.

DATED: April 8, 2022

By: _____/s/ Stephen C. Steinberg_____
STEPHEN C. STEINBERG (SBN 230656)
  ssteinberg@bzbm.com
GABRIELLA A. WILKINS (SBN 306173)
  gwilkins@bzbm.com
BARTKO ZANKEL BUNZEL & MILLER
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone:  (415) 956-1900
Facsimile:   (415) 956-1152

Attorneys for Plaintiff JUUL Labs, Inc.

DATED: April 8, 2022

By: _____/s/ Timothy T. Wang_____
John K. Buche, Esq.
  jbuche@buchelaw.com
**BUCHE & ASSOCIATES, P.C.**
2029 Century Park E., Suite 400N
Los Angeles, California 90067
Telephone: (858) 459-9111

Timothy T. Wang, Esq.
  twang@nilawfirm.com
Neal Massand, Esq.
  nmassand@nilawfirm.com
Tong Jin, Esq.
  tjin@nilawfirm.com
Stevenson Moore V
  smoore@nilawfirm.com
**NI, WANG & MASSAND PLLC**
8140 Walnut Hill Lane, Suite 500
Dallas, Texas 75231
Telephone: (972) 331-4600
Facsimile: (972) 314-0900

Attorneys for Defendants Andy Chou, Yiwu Cute Jewelry Co., Ltd., Yiwu Xite Jewelry Co., Ltd., CJ Fulfillment Corp., CJ Trade Corp., and Yiwu Promotional Trade Co., Ltd.