Timothy Wang (*pro hac vice*)
twang@nilawfirm.com
Neal Massand (*pro hac vice*)
nmassand@nilawfirm.com
Steve Moore (*pro hac vice*)
smoore@nilawfirm.com
Tong Jin (*pro hac vice*)
tjin@nilawfirm.com
NI, WANG & MASSAND, PLLC
8140 Walnut Hill Lane, Suite 500
Dallas, TX 75231
Telephone: (972) 331-4600
Facsimile: (972) 314-0900

John Karl Buche SBN 239477, *Local Counsel*
*jbuche@buchelaw.com*
BUCHE & ASSOCIATES, P.C.
2029 Century Park East
Suite 400N
Los Angeles, California 90067
Telephone: 310-593-4193

Attorneys for Defendants,
Andy Chou (aka Lizhi Zhou); Yiwu Cute Jewelry Co., Ltd.; Yiwu Xite Jewelry Co., LTD.; CJ Fulfillment Corp.; CJ Trade Corp.; and Yiwu Promotional Trade Co., LTD (aka Yiwu Promotion Trade Co., LTD.)

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

(WESTERN DIVISION)

| | |
|---|---|
| JUUL LABS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANDY CHOU, et al.,<br><br>Defendants. | Case No. 2:21-cv-03056-DSF-PDx<br><br>**APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>**Honorable Dale S. Fischer** |

**Defendants' L.R. 79-5.2.2(a) and (b) Application To File Under Seal**

Pursuant to Local Rules 79-5.2.2(a) and 79-5.2.2(b) Defendants Andy Chou (aka Lizhi Zhou); Yiwu Cute Jewelry Co., Ltd.; Yiwu Xite Jewelry Co., LTD.; CJ Fulfillment Corp.; CJ Trade Corp.; and Yiwu Promotional Trade Co., LTD (aka Yiwu Promotion Trade Co., LTD.) (collectively, "Defendants") respectfully file this Application to file Defendants' Opposition to Plaintiff's Motion for Summary Judgment and Reconsideration Under Seal and, in support thereof, state as follows:

Pursuant to Local Rule 79-5.2.2(b), on June 22, 2022, counsel for Defendants contacted counsel for Plaintiff and stated Defendants' intent to file an Application to File Under Seal related to certain Plaintiff's documents and testimony marked "Highly-Confidential—Attorneys' Eyes Only," in addition to the documents with the same confidentiality designation that the parties have met and conferred while filing Defendants' Motion for Summary Judgment (Dkt. No. 204). Plaintiff's position regarding the confidentiality designation of these documents has not changed, *i.e.*, the "Highly Confidential—Attorneys' Eyes Only" designation is appropriate as these documents and testimony relate to personal information and internal business practices of Plaintiff. Defendants do not contest the Highly Confidential designations for Plaintiff's documents and testimony.

Portions of Defendants' Opposition to Plaintiff's Motion for Summary Judgment and Reconsideration and the exhibits attached thereto also contain information and direct quotations related to Defendants' revenues, customer

purchases and addresses, personal salaries, inventory, and confidential company policies. These documents and information have been designated as "Highly Confidential – Attorney's Eyes Only" by Defendants. Pursuant to Local Rule 79-5.2.2(a), on June 27, 2022, counsel for Defendants contacted counsel for Plaintiff and stated that Defendants intend to file its Opposition to Plaintiff's Motion for Summary Judgment and Reconsideration, and supporting exhibits containing Defendants' confidential information under seal. Plaintiff does not contest the filing of Defendants' confidential documents under seal. Good cause exists for maintaining the confidentiality of such documents and information. These reasons are set forth in the Declaration of Neal Massand regarding Defendant's Application to File Under Seal.

    Redacted copies of the proposed documents to be filed under seal are attached hereto.

|   |   |
|---|---|
| Dated: June 28, 2022 | By: /s/ Neal Massand |

Timothy Wang (*pro hac vice*)
twang@nilawfirm.com
Neal Massand (*pro hac vice*)
nmassand@nilawfirm.com
Steve Moore (*pro hac vice*)
smoore@nilawfirm.com
Tong Jin (*pro hac vice*)
tjin@nilawfirm.com
NI, WANG & MASSAND, PLLC

Local Counsel
John Karl Buche (SBN 239477)
jbuche@buchelaw.com
BUCHE & ASSOCIATES, P.C.


Attorneys for Defendants

4

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 28, 2022, I served the foregoing upon opposing counsel by ECF and Email.

*/s/ Neal Massand*
Neal Massand
