Timothy Wang (*pro hac vice*)
twang@nilawfirm.com
Neal Massand (*pro hac vice*)
nmassand@nilawfirm.com
Steve Moore (*pro hac vice*)
smoore@nilawfirm.com
Tong Jin (*pro hac vice*)
tjin@nilawfirm.com
NI, WANG & MASSAND, PLLC
8140 Walnut Hill Lane, Suite 500
Dallas, TX 75231
Telephone: (972) 331-4600
Facsimile: (972) 314-0900

John Karl Buche SBN 239477, *Local Counsel*
jbuche@buchelaw.com
BUCHE & ASSOCIATES, P.C.
2029 Century Park East
Suite 400N
Los Angeles, California 90067
Telephone: 310-593-4193

Attorneys for Defendants,
Andy Chou (aka Lizhi Zhou); Yiwu Cute Jewelry
Co., Ltd.; Yiwu Xite Jewelry Co., LTD.; CJ
Fulfillment Corp.; CJ Trade Corp.; and Yiwu
Promotional Trade Co., LTD (aka Yiwu Promotion
Trade Co., LTD.)

## THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## (WESTERN DIVISION)

| | |
|---|---|
| JUUL LABS, INC., a Delaware corporation, | Case No. 2:21-cv-03056-DSF-PDx |
| Plaintiff, | Judge: Dale S. Fischer |
| v. | **NOTICE OF LODGING DEFENDANTS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** |
| ANDY CHOU, *et al.*, | |
| Defendants. | |

Please take notice that Defendants Andy Chou (aka Lizhi Zhou); Yiwu Cute Jewelry Co., Ltd.; Yiwu Xite Jewelry Co., LTD.; CJ Fulfillment Corp.; CJ Trade Corp.; and Yiwu Promotional Trade Co., LTD (aka Yiwu Promotion Trade Co., LTD.) hereby lodge their proposed findings of fact and conclusions of law pursuant to Local Rules 52-1 and 52-3 and the Court's trial procedures and Standing Orders.

Dated:  August 30, 2022

By: */s/ Tong Jin*

Timothy Wang (*pro hac vice*)
twang@nilawfirm.com
Neal Massand (*pro hac vice*)
nmassand@nilawfirm.com
Steve Moore (*pro hac vice*)
smoore@nilawfirm.com
Tong Jin (*pro hac vice*)
tjin@nilawfirm.com
NI, WANG & MASSAND, PLLC

Local Counsel
John Karl Buche (SBN 239477)
jbuche@buchelaw.com
BUCHE & ASSOCIATES, P.C.

Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on August 30, 2022, I served the foregoing by ECF.

*/s/ Tong Jin*
Tong Jin

1