STEPHEN C. STEINBERG (SBN 230656)
  ssteinberg@bzbm.com
PATRICK M. RYAN (SBN 203215)
  pryan@bzbm.com
KERRY L. DUFFY (SBN 233160)
  kduffy@bzbm.com
JOSEPH J. FRARESSO (SBN 289228)
  jfraresso@bzbm.com
BARTKO ZANKEL BUNZEL & MILLER
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone:  (415) 956-1900

Attorneys for Plaintiff JUUL Labs, Inc.

John K. Buche, Esq.
  jbuche@buchelaw.com
BUCHE & ASSOCIATES, P.C.
2029 Century Park E., Suite 400N
Los Angeles, California 90067
Telephone: (858) 459-9111

*Additional Counsel on Signature Page*

Attorneys for Defendants Andy Chou, Yiwu Cute Jewelry Co., Ltd., Yiwu Xite Jewelry Co., Ltd., CJ Fulfillment Corp., CJ Trade Corp., and Yiwu Promotional Trade Co., Ltd.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUUL LABS, INC., a Delaware Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>ANDY CHOU (aka LIZHI ZHOU), an individual; YIWU CUTE JEWELRY CO., LTD., a Chinese limited company; YIWU XITE JEWELRY CO., LTD., a Chinese limited company; CJ FULFILLMENT CORP., a California Corporation; CJ TRADE CORP., an Arizona Corporation; and YIWU PROMOTIONAL TRADE CO., LTD. (aka YIWU PROMOTION TRADE CO., LTD.), a Chinese limited company,<br><br>  Defendants. | Case No. 2:21-cv-03056-DSF-PDx<br><br>**JOINT STIPULATION RE: TRIAL**<br><br>Action Filed:  April 8, 2021<br>Trial Date:     October 18, 2022 |

2875.000/1781785.1                                              Case No. 2:21-cv-03056-DSF-PDx

JOINT STIPULATION RE: TRIAL

Pursuant to Civil Local Rule 7-1, Plaintiff JUUL Labs, Inc. ("JLI") and Defendants Andy Chou (aka Lizhi Zhou), Yiwu Cute Jewelry Co., Ltd., Yiwu Xite Jewelry Co., Ltd., CJ Fulfillment Corp., CJ Trade Corp., and Yiwu Promotional Trade Co., Ltd. (aka Yiwu Promotion Trade Co., Ltd.) (together, "Defendants") (JLI and Defendants are referred to collectively as the "Parties") hereby stipulate to conduct the trial of this case based upon briefing, deposition and written testimony, exhibits, and oral argument to be submitted by the Parties in lieu of conducting a bench trial involving live testimony.

Subject to the Court's approval and availability, the Parties stipulate to the following briefing schedule, hearing date for oral argument, and framework for conducting the trial based upon the Parties' submissions:

- JLI shall file its opening trial brief and supporting evidence by October 28, 2022.  JLI's opening trial brief shall not exceed 40 pages.
- Defendants shall file their responsive trial brief and supporting evidence by November 16, 2022.  Defendants' responsive trial brief shall not exceed 50 pages.
- JLI may file a rebuttal trial brief and supporting evidence by December 5, 2022.  JLI's rebuttal trial brief shall not exceed 20 pages.
- Defendants may file a sur-rebuttal trial brief and supporting evidence by December 12, 2022.  Defendants' sur-rebuttal trial brief shall not exceed 10 pages.
- The Court shall hear oral argument on December 19, 2022 based on the evidence and argument submitted by the Parties in lieu of conducting a bench trial.

The Parties further agree that:

The Parties may submit deposition testimony, but only to the extent that it would have been admissible at trial, in support of their briefs.

1. All other testimony is to be submitted by declarations, which may include both direct and rebuttal testimony, and substantive testimony will be limited to witnesses listed on the Parties' trial witness lists filed with the Court.

Each party may rely upon documents produced during discovery by the opposing party without the requirement to establish foundation or that the business records or other exception to the hearsay rule is applicable. For example, JLI may submit any of Defendants' documents and Defendants will not object on hearsay grounds, and Defendants may submit any of JLI's documents and JLI will not object on hearsay grounds, though Parties may object to the admissibility of documents on other grounds (e.g., Fed. R. Evid. 402, 403).

As the Parties discussed but did not finalize an amended trial exhibit list and further exchange of amended and additional exhibits, the Parties may rely upon documents that are not listed on the exhibit list filed with the Court in connection with the [Proposed] Final Pretrial Conference Order, but must be documents disclosed during discovery, the authentication of which is still permitted.

The Parties may separately submit to the Court physical evidence that is referenced in the briefing and supporting materials (e.g., physical product samples of authentic JUUL products and products purchased from Defendants).

The Parties shall follow the Protective Order's confidentiality requirements when filing their briefing and supporting evidence.

At the hearing, the Parties may present any evidence addressed in the briefing and supporting materials as part of their argument, including presenting deposition testimony and physical evidence that may be referenced therein, but may not present testimony from live witnesses.

At the hearing, JLI may present its opening argument for a maximum of one hour, Defendants may respond for a maximum of one hour, JLI's rebuttal may be presented for a maximum of 15 minutes, and Defendants' response to rebuttal may

be presented for a maximum of 15 minutes. The Parties may allocate their presentation time between multiple attorneys.

The Parties shall exchange demonstrative evidence to be used at the hearing by 5pm Pacific Time two days before the hearing of oral argument.

The Parties agree that the Court may make findings of fact, credibility assessments, and conclusions of law based solely on the briefing, supporting materials, and oral argument, and that the Court's decision will be treated as if it followed a bench trial conducted with live testimony and presentation of evidence.

DATED: October 11, 2022    BARTKO ZANKEL BUNZEL & MILLER

By:    /s/ Stephen C. Steinberg
Stephen C, Steinberg
Patrick M. Ryan
Kerry L. Duffy
Joseph J. Fraresso

Attorneys for Plaintiff JUUL Labs, Inc.

DATED: October 11, 2022    NI, WANG & MASSAND, PLLC

By:    /s/ Neal Massand
Timothy Wang (*pro hac vice*)
twang@nilawfirm.com
Neal Massand (*pro hac vice*)
nmassand@nilawfirm.com
Steve Moore (*pro hac vice*)
smoore@nilawfirm.com
Tong Jin (*pro hac vice*)
tjin@nilawfirm.com
NI, WANG & MASSAND, PLLC
8140 Walnut Hill Lane, Suite 500
Dallas, TX 75231
Telephone: (972) 331-4600

Attorneys for Defendants

I hereby attest that the other signatory listed above, and on whose behalf this is submitted, concurs in the content of and has authorized this filing.

   /s/ Stephen C. Steinberg