Timothy Wang (*pro hac vice*)
twang@nilawfirm.com
Neal Massand (*pro hac vice*)
nmassand@nilawfirm.com
Steve Moore (*pro hac vice*)
smoore@nilawfirm.com
Tong Jin (*pro hac vice*)
tjin@nilawfirm.com
NI, WANG & MASSAND, PLLC
8140 Walnut Hill Lane, Suite 500
Dallas, TX 75231
Telephone: (972) 331-4600
Facsimile: (972) 314-0900

John Karl Buche SBN 239477,
Byron E. Ma SBN 299706, *Local Counsel*
jbuche@buchelaw.com
BUCHE & ASSOCIATES, P.C.
2029 Century Park East
Suite 400N
Los Angeles, California 90067
Telephone: 310-593-4193

Attorneys for Defendants,
Andy Chou (aka Lizhi Zhou); Yiwu Cute Jewelry
Co., Ltd.; Yiwu Xite Jewelry Co., LTD.; CJ
Fulfillment Corp.; CJ Trade Corp.; and Yiwu
Promotional Trade Co., LTD (aka Yiwu Promotion
Trade Co., LTD.)

# THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### (WESTERN DIVISION)

| | |
|---|---|
| JUUL LABS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> ANDY CHOU, *et al.*, <br><br> Defendants. | Case No. 2:21-cv-03056-DSF-PDx <br><br> **DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION UNDER RULE 43(a)** <br><br> Date: **November 14, 2022** <br> Time: **1:30 pm** <br> Courtroom: **7D** <br><br> **Honorable Dale S. Fischer** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD**:

PLEASE TAKE NOTICE that Defendants Andy Chou (aka Lizhi Zhou); Yiwu Cute Jewelry Co., Ltd.; Yiwu Xite Jewelry Co., LTD.; CJ Fulfillment Corp.; CJ Trade Corp.; and Yiwu Promotional Trade Co., LTD (aka Yiwu Promotion Trade Co., LTD.) (collectively, "Defendants") hereby withdraw the Notice of Motion and Motion to Permit Xiancheng Zeng to Testify by Contemporaneous Transmission Pursuant to Rule 43(a). Dkt. No. 264. Accordingly, Defendants request this Court remove from calendar the hearing on Defendant's Motion to Permit Xiancheng Zeng to Testify by Contemporaneous Transmission Pursuant to Rule 43(a), currently set for November 14, 2022, at 1:30 p.m., without prejudice.

Defendants' withdrawal is made pursuant to the Joint Stipulation Re: Trial. Dkt. No. 267.

Dated:  October 17, 2022

By: /s/ Neal Massand

Timothy Wang (*pro hac vice*)
twang@nilawfirm.com
Neal Massand (*pro hac vice*)
nmassand@nilawfirm.com
Steve Moore (*pro hac vice*)
smoore@nilawfirm.com
Tong Jin (*pro hac vice*)
tjin@nilawfirm.com
NI, WANG & MASSAND, PLLC

Local Counsel
John Karl Buche (SBN 239477)
Byron E. Ma (SBN 299706)
jbuche@buchelaw.com
BUCHE & ASSOCIATES, P.C.

Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on October 17, 2022, I served the foregoing by ECF and Email.

*/s/ Neal Massand*
Neal Massand