STEPHEN C. STEINBERG (SBN 230656)
  ssteinberg@bzbm.com
PATRICK M. RYAN (SBN 203215)
  pryan@bzbm.com
KERRY L. DUFFY (SBN 233160)
  kduffy@bzbm.com
JOSEPH J. FRARESSO (SBN 289228)
  jfraresso@bzbm.com
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone:  (415) 956-1900
Facsimile:   (415) 956-1152

Attorneys for Plaintiff JUUL Labs, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUUL LABS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANDY CHOU (aka LIZHI ZHOU), an individual; YIWU CUTE JEWELRY CO., LTD., a Chinese limited company; YIWU XITE JEWELRY CO., LTD., a Chinese limited company; CJ FULFILLMENT CORP., a California Corporation; CJ TRADE CORP., an Arizona Corporation; and YIWU PROMOTIONAL TRADE CO., LTD. (aka YIWU PROMOTION TRADE CO., LTD.), a Chinese limited company,<br><br>Defendants. | Case No. 2:21-cv-03056-DSF-PDx<br><br>**DECLARATION OF JOSEPH J. FRARESSO IN RESPONSE TO THE COURT'S ORDER RE SEALING OF TRIAL DOCUMENTS**<br><br>Action Filed:  April 8, 2021<br>Trial Date:   January 30, 2023 |

I, Joseph J. Fraresso, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a principal of Bartko Zankel Bunzel & Miller, attorneys of record for Plaintiff JUUL Labs, Inc. ("JLI").

2. In response to the Court's Order re Sealing of Trial Documents (ECF No. 325) and further correspondence with Defendants' counsel, JLI is filing redacted public versions and unredacted versions of documents previously filed under seal in connection with JLI's trial briefing.

3. Attached hereto as Trial Exhibit 128 is a true and correct copy of Exhibit 128 from the April 26-28, 2022 deposition of Andy Chou, previously filed under seal as ECF No. 274-15.

4. Attached hereto as Trial Exhibit 129 is a true and correct copy of Exhibit 129 from the April 26-28, 2022 deposition of Andy Chou, previously filed under seal as ECF No. 274-16.

5. Attached hereto as Trial Exhibit 164 is a true and correct copy of Exhibit 164 from the April 26-28, 2022 deposition of Andy Chou, previously filed under seal as ECF No. 274-24.

6. Attached hereto as Trial Exhibit 165 is a true and correct copy of Exhibit 165 from the April 26-28, 2022 deposition of Andy Chou, previously filed under seal as ECF No. 274-24.

7. Attached hereto as Exhibit 1 is a true and correct copy of a redacted version of excerpts from the transcript of Volume I of the deposition of Andy Chou held April 26, 2022, which was previously filed under seal as ECF No. 274-2.

8. Attached hereto as Exhibit 2 is a true and correct copy of a redacted version of excerpts from the transcript of Volume III of the deposition of Andy Chou held April 28, 2022, which was previously filed under seal as ECF No. 274-4.

9. Attached hereto as Exhibit 3 is a true and correct copy of a redacted version of the corrected version of excerpts from the transcript of Volume III of the

1 deposition of Andy Chou held April 28, 2022, which was previously filed under seal
2 as ECF No. 300-1.

4     I declare under penalty of perjury that the foregoing is true and correct under
5 the laws of the United States of America.  Executed on January 27, 2023.

        */s/ Joseph J. Fraresso*
        JOSEPH J. FRARESSO