STEPHEN C. STEINBERG (SBN 230656)
  ssteinberg@bzbm.com
PATRICK M. RYAN (SBN 203215)
  pryan@bzbm.com
KERRY L. DUFFY (SBN 233160)
  kduffy@bzbm.com
JOSEPH J. FRARESSO (SBN 289228)
  jfraresso@bzbm.com
BARTKO ZANKEL BUNZEL & MILLER
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone:  (415) 956-1900

Attorneys for Plaintiff JUUL Labs, Inc.

John K. Buche, Esq.
  jbuche@buchelaw.com
BUCHE & ASSOCIATES, P.C.
2029 Century Park E., Suite 400N
Los Angeles, California 90067
Telephone: (858) 459-9111

*Additional Counsel on Signature Page*
Attorneys for Defendants Andy Chou (aka Lizhi Zhou), Yiwu Cute Jewelry Co., Ltd., Yiwu Cu Jia Trade Co., Ltd. (aka Yiwu Cujia Trade Co., Ltd.), CJ Fulfillment Corp., and CJ Trade Corp.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUUL LABS, INC., a Delaware Corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>ANDY CHOU (aka LIZHI ZHOU), an individual; YIWU CUTE JEWELRY CO., LTD., a Chinese limited company; YIWU XITE JEWELRY CO., LTD., a Chinese limited company; CJ FULFILLMENT CORP., a California Corporation; CJ TRADE CORP., an Arizona Corporation; and YIWU PROMOTIONAL TRADE CO., LTD. (aka YIWU PROMOTION TRADE CO., LTD.), a Chinese limited company,<br><br>           Defendants. | Case No. 2:21-cv-03056-DSF-PDx<br><br>**JOINT STIPULATION TO AWARD OF REASONABLE ATTORNEYS' FEES AND COSTS**<br><br>Action Filed:   April 8, 2021<br>Trial Date:      January 30, 2023 |

Pursuant to Civil Local Rule 7-1, Plaintiff JUUL Labs, Inc. ("JLI") and Defendants Andy Chou (aka Lizhi Zhou), Yiwu Cu Jia Trade Co., Ltd. (aka Yiwu Cujia Trade Co., Ltd.), Yiwu Cute Jewelry Co., CJ Fulfillment Corp., and CJ Trade Corp. ("Defendants") (JLI and Defendants are referred to together as the "Parties") hereby stipulate as follows:

WHEREAS, the trial of this matter concluded on January 30, 2023 (the "Court Trial").

WHEREAS, after the Court Trial, on June 8, 2023, the Court issued its Findings of Fact and Conclusions of Law after Court Trial (the "Order") (*see* ECF No. 340).

WHEREAS, the Court held in the Order that "[t]his is an exceptional case because CJ's conduct was willful" and that "[t]he Court will award JUUL its reasonable attorneys' fees and costs." *Id.*

WHEREAS, the Court ordered the parties: "to meet and confer in good faith to resolve the amount of fees and costs to be awarded" to JLI pursuant to the Order.

WHEREAS, the Court ordered that: "Based on the amount of fees likely to be requested, if the parties are unable to reach agreement, the Court will appoint a special master pursuant to Rule 54(d)(2)(D) of the Federal Rules of Civil Procedure."

WHEREAS, the Court ordered that: "No later than 30 days from the date of this order, the parties must submit 1) a stipulation for the amount of fees and costs to be awarded, 2) a stipulation for the appointment of a special master, or 3) names of proposed special masters from which the Court shall choose."

WHEREAS, to avoid the expense related to the special master proceeding, post-trial filings, and appeal, the Parties have met and conferred as to the attorneys' fees and costs awardable to JLI and have reached a compromise agreement; i.e. "a stipulation for the amount of fees and costs to be awarded," in order to reduce further expense to the Parties and burden on the Court.

AND NOW THEREFORE, the Parties stipulate as follows:

1. Defendants shall pay JLI reasonable attorneys' fees and costs in the amount of Eight Hundred Thousand Dollars ($800,000.00).

2. The Parties agree that the Court may enter the [Proposed] Judgment, which is substantially in the form attached hereto as Exhibit 1, which will be separately provided to the Court as a proposed order in PDF and Word format at the same time as the filing of this Stipulation.

3. The Parties agree that Defendants' former counsel, Mei & Mark LLP, is hereby directed to immediately, and in any event within seventy-two (72) hours of the Parties' filing this Stipulation, electronically transfer to Plaintiff's counsel the Two Million Eight Hundred Thousand Dollars ($2,800,000.00) of Defendants' funds, which Mei & Mark LLP agreed to hold in trust pending a final ruling in this case pursuant to the Court's prior Orders (ECF Nos. 102, 107, 31, 65).

DATED: June 13. 2023          BARTKO ZANKEL BUNZEL & MILLER

                              By:      /s/ Stephen C. Steinberg
                                    Stephen C, Steinberg
                                    Patrick M. Ryan
                                    Kerry L. Duffy
                                    Joseph J. Fraresso

                              Attorneys for Plaintiff JUUL Labs, Inc.

DATED: June 13, 2023          NI, WANG & MASSAND, PLLC

                              By:      /s/ Timothy Wang
                                    Timothy Wang (*pro hac vice*)
                                    Neal Massand (*pro hac vice*)
                                    Steve Moore (*pro hac vice*)
                                    Tong Jin (*pro hac vice*)

                              Attorneys for Defendants

## ATTESTATION

I hereby attest that the other signatory listed above, and on whose behalf this is submitted concurs in the content of and has authorized this filing.

*/s/ Stephen C. Steinberg*

# Exhibit 1

STEPHEN C. STEINBERG (SBN 230656)
  ssteinberg@bzbm.com
PATRICK M. RYAN (SBN 203215)
  pryan@bzbm.com
KERRY L. DUFFY (SBN 233160)
  kduffy@bzbm.com
JOSEPH J. FRARESSO (SBN 289228)
  jfraresso@bzbm.com
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone:  (415) 956-1900
Facsimile:   (415) 956-1152

Attorneys for Plaintiff JUUL Labs, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUUL LABS, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>ANDY CHOU (aka LIZHI ZHOU), an individual; YIWU CUTE JEWELRY CO., LTD., a Chinese limited company; YIWU XITE JEWELRY CO., LTD., a Chinese limited company; CJ FULFILLMENT CORP., a California Corporation; CJ TRADE CORP., an Arizona Corporation; and YIWU PROMOTIONAL TRADE CO., LTD. (aka YIWU PROMOTION TRADE CO., LTD.), a Chinese limited company,<br><br>    Defendants. | Case No. 2:21-cv-03056-DSF-PDx<br><br>**[PROPOSED] JUDGMENT**<br><br>Action Filed: April 8, 2021<br>Trial Date:  January 30, 2023 |

The Court having found in favor of Plaintiff JUUL Labs, Inc. ("Plaintiff" or "JLI") and against Defendants Andy Chou (aka Lizhi Zhou), Yiwu Cu Jia Trade Co., Ltd. (aka Yiwu Cujia Trade Co., Ltd.), Yiwu Cute Jewelry Co., CJ Fulfillment Corp., and CJ Trade Corp. ("Defendants") after a trial before the Court, IT IS ORDERED AND ADJUDGED that:

1. Defendants shall pay Plaintiff the amount of Two Million Dollars ($2,000,000.00), plus reasonable attorneys' fees and costs in the amount of Eight Hundred Thousand Dollars ($800,000.00), for a total Judgment in favor of Plaintiff of Two Million Eight Hundred Thousand Dollars ($2,800,000.00).

2. For satisfaction of the Judgment, within seventy-two (72) hours of the Parties' lodging the [Proposed] Judgment with the Court and Defendants' counsel receiving Plaintiff's wiring instructions, Defendants' former counsel, Mei & Mark LLP, is hereby ordered to electronically transfer to Plaintiff's counsel the Two Million Eight Hundred Thousand Dollars ($2,800,000.00) of Defendants' funds, which Mei & Mark LLP agreed to hold in trust pending a final ruling in this case pursuant to the Court's prior Orders (ECF Nos. 102, 107, 31, 65).

3. To ensure full satisfaction of the Judgment, to the extent Defendants' former counsel does not timely transfer the $2,800,000.00 held in trust to Plaintiff's counsel, Plaintiff's counsel is authorized to inform any financial institution or payment service, common carrier, or any other non-party maintaining financial accounts owned or controlled directly or indirectly by any above-listed Defendant, that such institutions shall freeze such accounts until such date as this Judgment is fully satisfied or the freeze is otherwise released by Plaintiff or this Court.

4. If the amounts identified herein are not timely paid, JLI is entitled to obtain writs of execution and/or attachment in order to fully satisfy this Judgment, up to the full amount of Two Million Eight Hundred Thousand Dollars ($2,800,000.00).

5. As detailed in this Court's Findings of Facts and Conclusions of Law, attached hereto as Exhibit 1, Defendants are permanently enjoined from their infringing activities.

**IT IS SO ORDERED:**

DATED: _____, 2023

                                            Honorable Dale S. Fischer
                                            UNITES STATES DISTRICT JUDGE