# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# (WESTERN DIVISION)

| | |
|---|---|
| JUUL LABS, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>v.<br><br>ANDY CHOU et. al.,<br><br>            Defendants. | Case No. 2:21-cv-03056-DSF-PDx<br><br>**DEFENDANTS' COMPLIANCE REPORT PURSUANT TO THE COURT'S ORDER**<br><br><br>**Honorable Dale S. Fischer** |

Pursuant to the Court's order entered June 8, 2023 (Dkt. No. 340), Defendants, Andy Chou (aka Lizhi Zhou); CJ Fulfillment Corp.; CJ Trade Corp; Yiwu Cute Jewelry Co., Ltd.; Yiwu Promotional Trade Co., Ltd. (aka Yiwu Promotion Trade Co., Ltd.)[1]; and Yiwu Xite Jewelry Co., Ltd.[2] (collectively, "Defendants" or "CJ"), declare that they have fully complied with all the terms of that order, including, but not limited to:

    1.    All injunctive relief, and have permanently ceased from the following conduct, whether in the United States, abroad or anywhere in the world:

    a. Purchasing, selling, distributing, marketing, manufacturing, or otherwise using any of the JUUL Marks on any counterfeit or authentic product, or any marks confusingly similar thereto in connection with any JUUL products or other products;

    b. Using any logo, trade name, or trademark confusingly similar to any of the JUUL Marks that may be calculated to falsely represent or that has the effect of falsely representing that the services or products of any or all of the Defendants or of others are sponsored by, authorized by, or in any way associated with JUUL;

    c. Infringing any of the JUUL Marks;

    d. Otherwise unfairly competing with JUUL in the manufacture, sale, offering for sale, distribution, advertisement, or any other use of JUUL products;

---

[1] The Parties agree that the correct name of Defendant Yiwu Promotional Trade Co., Ltd. (aka Yiwu Promotion Trade Co., Ltd.) is Yiwu Cu Jia Trade Co., Ltd. (aka Yiwu Cujia Trade Co., Ltd.). Dkt. No. 268 at p. 2.

[2] Defendant Yiwu Xite Jewelry Co., Ltd. ("Xite") is a translation error that in fact should be Yiwu Cute Jewelry Co., Ltd.

e. Representing any or all of Defendants as being connected with JUUL or sponsored by or associated with JUUL or engaging in any act which is likely to cause the trade, retailers, and/or members of the purchasing public to believe that any or all of Defendants are associated with JUUL;

f. Using any reproduction, counterfeit, copy, or colorable imitation of any of the JUUL Marks in connection with the publicity, promotion, sale, or advertising of counterfeit JUUL products;

g. Affixing, applying, annexing, or using in connection with the sale of any goods, a false description or representation including words or other symbols tending to falsely describe or represent such goods as being JUUL products and from offering such goods in commerce;

h. Diluting any of the JUUL Marks;

i. Removing from their premises, or discarding, destroying, transferring, or disposing in any manner any information, computer files, electronic files, business records (including but not limited to e-mail communications), or other documents relating to Defendants' assets and operations or relating in any way to the purchase, sale, manufacture, offer for sale, distribution, negotiation, importation, advertisement, promotion, or receipt of any products purporting to be JUUL; and

j. Assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a) through (h) above.

2. Defendants have disabled, suspended, canceled, and/or otherwise ceased all use of any and all URL listings from the cjdropshipping.com website or any other associated website that advertises or lists for sale and/or distribution any and all

1  products that use the JUUL Marks or are otherwise advertised as JUUL products or
2  "JUUL compatible" products.

3.   Attached Exhibit A contains true and correct copies of the notices that CJ sent to its dropshipper customers and suppliers.

The Defendants hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 6, 2023, in the People's Republic of China.

Andy Chou

Dated: *July 6, 2023*            By: *Lizhi Zhou*

CJ Fulfillment Corp.

Dated: *July 6, 2023*            By: *Lizhi Zhou*
                                 Name: Andy Chou
                                 Title: General Manager

CJ Trade Corp.

Dated: *July 6, 2023*            By: *Lizhi Zhou*
                                 Name: Andy Chou
                                 Title: General Manager

4

Yiwu Cute Jewelry Co., Ltd.

Dated: July 6, 2023

By: /s/ Lizhi Zhou
Name: Andy Chou
Title: General Manager

Yiwu Promotional Trade Co., Ltd.

Dated: July 6, 2023

By: /s/ Lizhi Zhou
Name: Andy Chou
Title: General Manager

Yiwu Xite Jewelry Co., Ltd.

Dated: July 6, 2023

By: /s/ Lizhi Zhou
Name: Andy Chou
Title: General Manager

# EXHIBIT A

**Dropshipping.com**
*You sell - We source and ship for you!*

My CJ    Orders    Products    Print on Demand    Authorization

< Back

# Policy Update

Permanent Injunction Notice for Trademark "JUUL" or similar sold on CJdropshipping

Jun. 29, 2023 18:09:41

Dear dropshippers,

CJdropshipping stands for the protection of intellectual property and asks our users to do the same. It is our mission to expeditiously respond to clear notices of alleged trademark infringement.

This is a Notice of **Permanent Injunction for the Trademark "JUUL" or similar to its brand trademark sold on CJdropshipping**. CJdropshipping and any company or individual affiliated or cooperating with it are prohibited from participating in or assisting in the sale or transportation of any products or services under the "JUUL" brand or similar to its brand trademark. **Any violations will result in serious legal liability!**

The followings are the "JUUL" brand trademark and product pictures, please check this link carefully!

https://oss.cjdropshipping.com/Infringement/index.html

CJdropshipping also welcomes content reports on our platform that you believe violate or infringe a trademark. Let's work together to say goodbye to brand trademark infringement and create a healthy dropshipping environment in the long term! Appreciate your cooperation!

Sincerely,
CJdropshipping Team

Alex

Hi tt ▼

